## New Complaint

Rev. Ryan "Sasha" Gallagher
1723 Candleglow
Castle Rock, Co 80109

U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2019 MAY 14  AM 11:45
DEPUTY CLERK ___

**319-CV1151-N**

v.

The Bitcoin Foundation
   Ferry Building, One, #255
   San Fransisco, CA 94111

Martti Malmi - Representing Bitcointalk.org
legal_2019_unack@bitcointalk.org - Email
@MarttiMalmi - Twitter
Sirius - Bitcointalk.org forum
Lives in Espoo, Finland

## Jurisdiction

I am realledging the facts from Case # Gallagher v. Bitcointalk.org, 3:18cv05892 (ND CA 2019)

I am moving the case here for FRCiP Rule 3 reasons.

## Complaint

As alledged in the Northern District of California case, I have been involved in the Cryptocurrency Community

Since 2012. In 2012 Bitcoins were $5.00 each no one believed they would reach $100.00, and when I say "no one" I mean that all Bitcoin and Cryptocurrency activity and discussion are centered at Bitcointalk.org. If you created a currency today, even if you made it from scratch and it had no resemblance to the Bitcoin Blockchain, if you want it to work it absolutely has to have a presence on Bitcointalk.org. An example of a non-resemblant BlockChain on Bitcointalk.org is IOTA, which is Tangle instead of Blockchain.

Other Blockchains on Bitcointalk.org are Scrypt Blockchains (Ex: Litecoin, Doge, etc) or Dagger Hashomoto (Ex: Ethereum, ETC, EXP, etc) or Cryptonotes (Ex: Monero, Bytecoin, etc.) etc, etc, etc

You have to have a Bitcointalk presence. See, Steemit.com, and Synereo and HyperLedger, all major corporate ties, and all connected to Bitcoin.

Satoshi Nakamoto created Bitcoin, Hardly anyone knows his identity, but Martti Malmi knows his identity (will Efile Exhibit)

Bitcoins to $30.00 and $100.00 and the Bitcoin Foundation and Bitcointalk.org,

Martti Malmi, maybe even Satoshi Nakomoto wanted to get rid of the Silk Road image. The Silk Road was an online Black Market selling drugs, guns, counterfeit money, and by the time it was shutdown people were ~~~~ hiring hit men.

Martti Malmi created a "Merit Based", "Peer-to-Peer" Trust rating system. The Bitcoin Foundation started the Silk Road clean up, in 2013. I had no bad ratings in Martti Malmi's system and I was banned for being extremely involved but not being a developer or even a programmer or Nerd even.

I later figured out how to make coins but am banned and all my new accounts got banned.

because of this I do not have access to the Market Place, or Resources such as Crypto Developers, or the community of non-Bitcoin Crypto holders, as everyone is forced to congregate at Bitcointalk.org.

My Coin is Temple Coin, it is an Ethereum Clone, my other is Shaligram, a Litecoin Clone. And due to the actions of these people my ability to participate has been restrained, and that is their goal.

THERE ARE NEWS ARTICLES ABOUT HOW I WAS GOING TO START CRYPTOCURRENCY TOWNS NOW I'M HOMELESS AND AKON IS DOING IT

Whereby, Plaintiff Requests the Court

Order an Injunction ending the Monopoly, lifting the Ban, and Stopping the Bitcoin Foundation from deciding who wins and loses in the Cryptofield. Bitcoin is not the only Crypto currency and the Bitcoin Foundation should not be in charge. Award Actual, Punative, and other Damages, In the Amount of $250,000. Bitcoin recently went up to $18,000 each and is around $3,000 each, and they cut me out of that, even though I did not have a bad rating in their merit system.

Rev. Ryan "Sasha" Gallagher

723 Candleglow
astle Rock, Co 80109

Federal Clerk
1100 Commerce St #1452
Dallas, TX 75242

