

MEMBERSHIP    DONATE    DEVELOPERS    EVENTS    ABOUT    NEWS

CONTACT    SEARCH



# BROCK PIERCE

*Chairman*

Twitter: @brockpierce | LinkedIn

Brock Pierce is a venture capitalist and serial entrepreneur best known for pioneering the market for digital currency. He is a Founder and Managing Partner of Blockchain Capital. Blockchain Capital has invested in more than 30 blockchain enabling technology companies.

Pierce is also a founder, advisor, or board member of GoCoin, Tether, ZenBox, Blade Financial, Expresscoin, Noble

Markets, BitGo, ChangeTip, BlockStreet, Coin Congress, and Plug and Play.

Pierce is a BitAngels city leader and runs a top AngelList Syndicate. As an entrepreneur, he's raised more than $200 million for the companies he's founded and led more than 30 acquisitions throughout his career.



## BOBBY LEE

*Vice Chairman*

Twitter: @bobbyclee | LinkedIn

Bobby Lee is CEO and co-founder of BTCC (formerly BTCChina), the first bitcoin exchange in China and the leading bitcoin financial platform worldwide.

Before BTCC, Bobby was Vice President of Technology for Walmart's e-commerce business in China. Previously he was the CTO of SMG BesTV New Media, the largest IPTV operator in China with the most subscribers globally. He moved to Shanghai in 2007 and started off at EMC's China Center of Excellence, as Director of Software Engineering, with responsibilities for Cloud Computing and Cloud Storage.

Bobby started his career in Silicon Valley as a software engineer at Yahoo! and led the development of the earliest online communities. He graduated from Stanford University with B.S. and M.S. degrees in Computer Science, and was a member of the Mayfield Fellows Program. He earned an EMBA degree from CEIBS in China.



## BRUCE FENTON

***Board Member***

Twitter: @brucefenton | LinkedIn

Bruce Fenton is an investor, consultant and advisor in the Bitcoin space and is the organizer of the Dubai Bitcoin Conference and the Satoshi Roundtable retreat.

Bruce Fenton is the Managing Director of Atlantic Financial Inc, the first full service investment provider on the internet in 1994.

Prior to founding Atlantic Financial, Bruce Fenton worked for Morgan Stanley Dean Witter as a specialist in managed accounts and one of the youngest stockbrokers ever to work for the company.



## MICHAEL PERKLIN

***Board Member***

Twitter: @mperklin | LinkedIn

Michael Perklin is the Chief Information Security Officer at Shapeshift.io and an information and cyber security expert with over a decade of experience in performing digital forensic examinations, cyber investigations, and incident response post-mortems.

Michael is an information security expert with over a decade of experience in performing digital forensic examinations, cyber investigations, and incident response post-mortems. Michael trained these security skills onto bitcoin and blockchains in 2012 when he launched Canada's first blockchain consultancy practice: Bitcoinsultants.

Michael helped co-author the CryptoCurrency Security Standard and his work has secured hundreds of millions of dollars worth of Bitcoin, Ether, and other cryptocurrencies. Michael serves on the board of CryptoCurrency Certification Consortium (C4) and has testified about Bitcoin at the Canadian Senate's Committee on Banking, Trade, and Commerce.



# VINNY LINGHAM

***Board member***

Twitter: @VinnyLingham | LinkedIn

Vinny Lingham is best known as co-founder and CEO of Civic.com a digital identity startup based in Silicon Valley. Before Civic, Vinny was co-founder and CEO of Gyft, a mobile gift card company backed by Google and sold to First Data.

Lingham is a major advocate for Bitcoin, and Gyft was one of the early adopters amongst the businesses to accept Bitcoin as payment.

He was also founder and CEO of Yola, Inc. (SynthaSite), a start-up that provides free website building, publishing, and

hosting, and a co-founder of SiliconCape.com, an NGO based in South Africa that serves to turn Cape Town into a technology hub.

He was chosen as a Young Global Leader Honoree 2009 by the World Economic Forum & has been recognized as a high-impact entrepreneur by Endeavor Global and awarded the 2006 Top Young IT Entrepreneur.

More recently he participated as a technology investor in entrepreneurship reality television programs Dragon's Den South Africa (2014) and Shark Tank South Africa (2016).

## Not a member yet?

Be part of the change to bring financial freedom to everyone.

Become a member

Subscribe to our Newsletter

First Name

Last Name

Your email address

Sign up

Website Terms of Service | Privacy Policy | Terms of Membership

© Copyright 2019 | The Bitcoin Foundation | All Rights Reserved