



# Marketing & Operations Plan 2018

MARCH 30 2018

# A Misunderstood Industry Under Siege





## City & Business News

# Bitcoin to come under EU regulation as Brussels plots to kill cryptocurrency anonymity

BITCOIN and other cryptocurrencies such as E
closely by the European Union in an effort to g
Commission Vice-President Valdis Dombrovsk

By CHARLOTTE DAVIS
PUBLISHED: 14:42, Wed, Jan 24, 2018 | UPDATED: 14:4

**SHARE** f **TWEET** y G

INVESTOPEDIA Topics Reference Advisors Markets Simulator Acad

products free 1-year

## More US States May Roll Out Cryptocurrency Regulations

By Rakesh Sharma | Updated March 1, 2018 — 6:35 AM EST

Cryptocurrencies were originally meant to be stateless entities, not beholden to the legal frameworks of any state or country. Practical reality is different, however. Traction for cryptocurrencies has brought increased government censure and cynosure. Indifference and cynicism towards blockchain and virtual currency across the United States has given way to concern and grudging acceptance.

Up until last year, news publications routinely catalogued "friendly" and "hostile" states to cryptocurrencies. The sands have since shifted. There is growing realization that regulation

(or even attention from regulators) is good because it establishes rules and orders in an otherwise lawless jungle that provides free play to dubious actors and bad messes. It also signals an intent to engage in dialogue with businesses in the crypto ecosystem. (See also: Bitcoin Regulation: Is Necessary Evil.)

In the absence of a federal directive on cryptocurrencies, some states have taken matters into their own hands. A patchwork of old and new regulations is being used by states to wrap their heads around cryptocurrencies. But there are three broad aspects they are most concerned about: the use of cryptocurrencies as legal tender in business transactions (including taxation), imposing authority on operations of cryptocurrency exchanges as money transmitters, and the status of smart contracts and ethereum tokens. (See also: Bitcoin Government Regulations Around The World.)

### California and New York Take the Lead

Very few states have made progress on all three fronts. California and New York, which are both home to a large number of crypto businesses, are ahead of the pack. But others are quickly catching up. There are some unlikely contenders. For example, Wyoming has become one of the most progressive states as far as cryptocurrency and blockchain regulation is concerned. As is Arizona.

In contrast, Massachusetts is yet to take a stance on cryptocurrencies and blockchain. Similarly, Washington, a state that is home to a thriving tech scene, passed a bill in 2017 that

Centre for International Governance Innovation

Research Publications Experts Opinions Multimedia Events About

SUMMITS & INSTITUTIONS, TRADE & FINANCE

## Cryptocurrencies Are Top of Mind for G20 Finance Ministers

Anonymity and borderless transactions create a perfect climate for money laundering

PUBLISHED: FEBRUARY 20, 2018
AUTHOR: SAMANTHA O. AMAND

f y ✉ 🖶

# EU finance head: we will regulate bitcoin if risks are not tackled

Valdis Dombrovskis calls for global response to rise of cryptocurrencies at industry roundtable

at about $9,000 (£8,000) a token. Photograph: Dan Kitt

n Union has warned that it will regulate crypto
he meteoric rise of bitcoin and its ilk are not at

REUTERS World Business Markets Politics TV

Myanmar   Energy & Environment   Brexit   North Korea   Charged: The Future of Autos

See what a financial advisor can do for you.   RAYMON

**BUSINESS NEWS** FEBRUARY 19, 2018 / 4:27 AM / 2 MONTHS AGO

## Congress sets sights on federal cryptocurrency rules

6 MIN READ   y f

euters) - Jolted by the global investment craze over bitcoin and other
.S. lawmakers are moving to consider new rules that could impose stricter
s the emerging asset class, several top lawmakers told Reuters.

GET AN AMAZON FIRE TV ON US

**MOST READ**

facebook

Bitcoin could face new regulations in the U.S. after top financial cops and lawmakers raise new fears about virtual currency

By Tom Xaren | @TomXaren | Wed 5, 2018, 4:04pm EST

f y ✉ SHARE

eading U.S. financial regulators expressed on consensus Tuesday with the rapid rise of bitcoin —
acknowledged that new regulation of virtual currency could be on the horizon.

wo lawmakers on the Senate Banking Committee, their hearing this morning illustrated a fresh
ore the federal law may not be fully equipped to deal with a virtual currency that's now valued at
around $112 billion — not to mention the potential for theft and fraud and the virtue of smaller
vitro con-offerings, which are seemingly fundraising tools that rely on digital tokens.

In response, regulators at two key federal agencies — the Securities and Exchange Commission and
the Commodity Futures Trading Commission — sought to strike a delicate balance in their

April 12, 2018

# The Japan News
By The Yomiuri Shimbun

**NEWS** BLOG 読売新聞(Japanese Edition)

**TOP** POLITICS SOCIETY **BUSINESS** WORLD SPORTS

## Govt reviewing regulations on cryptocurrencies

in Share

7:07 pm, April 10, 2018

### Jiji Press

TOKYO (Jiji Press) — The Financial Services Agency on Tuesday meeting of a panel of experts that is reviewing regulations on cry

The panel, led by Hideki Kanda, professor at Gakushuin Univers School of Law, discussed responses to growing speculative tradi currencies and crypto exchange operators' sloppy customer asse that came to light in the wake of the theft of ¥58 billion worth of cryptocurrency NEM from Coincheck Inc.

# China is moving to eliminate all cryptocurrency trading with a ban on foreign exchanges

Rosie Perper
O Feb. 5, 2018, 5:03 PM   ▲ 9,201

f FACEBOOK   in LINKEDIN   y TWITTER   ✉ EMAIL   COPY LINK

**Recommended For**

15 high-pay students ca summer

ONE YE COMMIS FREE TR

OPEN AN AC

ANTHONY WALLACE/AFP/Getty Images

- China has previously taken steps to curb cryptocurrency trading in the country,
  but recent moves may eliminate trading in the country completely.
- People's Bank of China said on Sunday that it would block access to all domestic
  and foreign cryptocurrency exchanges and ICO websites.
- China already banned Bitcoin exchanges in late 2017 as a way to stem online
  trading, but the attempt failed to eliminate cryptocurrency trading completely.

CNBC   HOME INTL ˅   NEWS MARKETS INVESTING TECH MAKE IT VIDEO

## FINANCE

FINANCE | BANKS | INVESTING | WALL STREET | HEDGE FUNDS | M&A | INSURANCE

# New cryptocurrency rules just came into effect in South Korea

- Rules in South Korea that tackle anonymity and money laundering in the cryptocurrency space take effect on Tuesday.
- The rules bring greater legitimacy to the cryptocurrency markets and are positive in the long term, market participants say.
- Plans to introduce regulations in South Korea had spooked investors earlier this month.

Cheang Ming | @cheangming
Published 11:26 PM ET Mon, 29 Jan 2018 | Updated 2:20 AM ET Tue, 30 Jan 2018





CNBC



## Top 10 mistakes of cryptocurrency newbies

- Keep all the crypto on Coinbase or other online wallet
- Buy on breaking news and when price increases
- Sell all Bitcoins whenever a competitor is announced
- The blockchain is broken, my transaction is stuck
- Hi folks, I want to mine crypto
- Trading the crypto
- How can I revoke a wrong payment
- Don't worry, Bitcoin payments are anonymous
- I lost my keys, how can I recover them?
- What you mean I've gotta pay tax on this?

Based in part on http://immutable.today/10-mistakes-bitcoin-newbies/

# 2017 in Review



# 2017 Objectives and high level outcomes

Objectives: seek competitive differentiation through listening to what our members want us to do (**mandate**), partners recognize our right to contribute (**legitimacy**) & it is not already performed well by another organization (**performance**).

High level outcomes:

- Listened to what our members wanted us to do through surveys, community engagement and in person conversations at events.
- Raised the Foundation's profile through speaking engagements.
- Re-established legitimacy, showcased by the positive impact of the Foundation's opposition to premature legislation and invitations to assist governments with their cryptocurrency legislation.
- Positioned the Foundation as a respected advocacy organization.
- Partnered with Blockchain Academy and C4 to create online and offline Bitcoin training programs in 2018.



THE BITCOIN FOUNDATION

7

Confidential, © The Bitcoin Foundation, Inc. 2018



**BBC** | Sign in — News | Sport | Weather | Shop | Earth | Travel

# NEWS

Home | Video | World | US & Canada | UK | Business | Tech

Betterment — RETHINK WHAT YOUR MONEY CAN DO

## Technology

# Bitcoin Foundation boss urges cautious investment

By Jane Wakefield
Technology reporter

© 29 August 2017

f  y  ☺  ✉  Share

KELLY / WARNER  HOME ABOUT LAWYERS BLOG ALERTS CONTACT

BITCOIN FOUNDATION: DEAR CONGRESS, EARLY REGULATION KILLS INNOVATION

Originally Posted on: Wednesday, October 4th, 2017

The Bitcoin Foundation wants to establish a "more open and diverse dialogue with the U.S. Congress" because it worries that federal legislation will "stifle the adoption and use of so-called 'virtual currencies' such as Bitcoin."

The advocacy group, which envisions "economic participation without a bank account or credit history," may have reason for concern. Over the past 24 months, several states have implemented cryp-

Bitcoin.com Start here | News | Forum | Games | Get a Free Wallet



Sep 1, 2017 | Sterlin Lujan | ⊙ 12293

**Bitcoin Foundation: Department of Justice Should be Investigated**



Roger Ver & Mate Tokay
joined the MoneyToken advisory board

The Bitcoin Foundation on Tuesday asked government to investigate the Department of Justice (DOJ). The agency is going after merchants and vendors on the grounds they are selling bitcoin as "illegal money transmitters." However, the Bitcoin Foundation said bitcoin is not money, at least not how Senate Bill 1241 is defining it. The Bitcoin Foundation also took issue with the fact government

CROWDFUND INSIDER

# The Bitcoin Foundation Updates on Impending US Legislation that May Cripple All Cryptocurrencies

✓ 76  f 108  in 86  ⊙ 8  t  G  Ⓓ  ♨  t  ✉  < 277

December 8, 2017 @ 11:16 am By JD Alois

Crowdfund Insider
JD Alois
The Bitcoin Foundation Updates on Impending US Legislation that May Cripple...

1x  ↻ ►  Rate Speech Kit

The **Bitcoin Foundation** has been working diligently to mitigate language of pending legislation, "**The Combating Money Laundering, Terrorist Financing, and Counterfeiting Act of 2017**" (**S.1241**), in the US Senate that would define anyone issuing, redeeming or cashing Bitcoin as a financial institution. Think about what this means for moment. You, a mere Bitcoin holder, may be subject to formal reporting structures similar to a bank. As Bitcoin becomes more mainstream this language simply does not work unless you live in Xanadu but, as we all know too well, the US Congress has a reputation of creating untenable laws from time to time. Just look at the Dodd-Frank debacle. History does have a tendency to repeat itself.

**BTCMANAGER**.COM
ALL ABOUT THE BITCOIN INDUSTRY

BITCOIN PRICE: 6,899.10  HIGH: 6,984.92  LOW: 6,775.44

**Bitcoin Foundation Fights Back Against Stifling Regulation in the US**

September 2, 2017 15:09 by Alexander Lielacher



INDEPENDENT  News  Voices  Sports  Culture  Indy/Life  Video  Daily Edition

News > Business > Business News

# Bitcoin Foundation seeks legal protection from US currency regulation

Executive Director Llew Claasen denounces 'premature decision' to oversee cryptocurrency

Matt Nixon | Wednesday 30 August 2017 07:14 BST | ☐ 1 comment

f y ✉  0 shares  👍 Like  Click to follow the Independent



Getty

Llew Claasen, Executive Director of The Bitcoin Foundation, has announced that the organisation has retained legal counsel to advise in its effort to fight against increasing federal and state regulation in the US. The Foundation believes that increases in regulation are attempts to "control and stifle the adoption and use of so-called 'virtual currencies' such as Bitcoin."

**coindesk**  Blockchain 101 | Blockchain | Technology | Markets | Business | Data & Research | Consensus

# A Bitcoin Law for Every State? Interest and Animosity Greet Model US Regulation

You don't have to look far for a Financial Consultant who's accountable.
Find one at a Schwab branch near you.

**COINTELEGRAPH**
The future of money
BTC $7,109  +2.08% | ETH $424  +2.07% | LTC ... XRP ... XMR ...

News ~  Features ~  Cryptopedia ~  Market Tools ~  Industry ~  Buy Bitcoin

changelly  Buy **Bitcoin** with your credit card at the be...

By Helen Partz  Feb 14, 2018

# Bitcoin Foundation's Llew Claasen Says Bitcoin Will Hit $40,000, 90% Of Altcoins Will Fail

68192 Total views  776 Total shares



The executive director of the Bitcoin Foundation Llew Claasen predicted that the price of Bitcoin will hit $40,000 by the end of 2018, while 90% of all other cryptocurrency projects will fail, Business Insider reported Feb. 15.

As Claasen stated at the Startup Grind conference which took place Feb. 12-14, this failure will be caused by investors taking too much risk investing in cryptocurrency projects which later turn out to be scams.

Only a month and a half into 2018, five major Initial Coin Offering (ICO) and cryptocurrency scams have already been discovered, including the notorious cash

# 2017 in Review

- New website launched March 2017.
- Membership
  - New membership plans launched March 2017.
  - Membership program status and details in following slides.
- Key speaking engagements
  - Our Executive Director represented the Foundation at TEDGlobal in Arusha, Tanzania August 27-30 and delivered a talk on cryptocurrency tokenization, which included a well-received primer on Bitcoin and its blockchain.
  - ED spoke at Peer Summit in Eden, Utah on behalf of the Foundation, during Jan 2018.
  - ED spoke at Blockchain Africa in March 2017
  - ED spoke at private asset manager conference in Dubai during May 2017
- Networking
  - ED represented the Foundation at many industry events in 2017, including Bitcoin North America, Satoshi Roundtable, Consensus, Money2020 and Coin Agenda
- Marketing activities
  - Continued member engagement through email, social channels and surveys.
  - SEO audit and optimizations put in place (continuous process).
  - Paid acquisition campaign on bitcoin.com  ($7,500 donated inventory) with unimpressive results.
- Education and training
  - C4 and the Foundation have endorsed Blockchain Academy's beginners Bitcoin training material which will be converted to video format and made available on a freemium basis in 2018.



THE BITCOIN FOUNDATION

9

Confidential, © The Bitcoin Foundation, Inc. 2018

# 2017 in Review

- Lobbying
  - Uniform Law Commission (ULC): Abandon the "Uniform Regulation of Virtual Currency Businesses Act"
    - The Foundation & Theo Chino's attorney sent letter to Universal Law Commission on July 14 asking them not to pass draft cryptocurrency legislation as it's premature. We received a letter of thanks from the ULC but it was passed on July 19.
  - The Foundation appointed The Ciric Law Firm as legal counsel.
  - S.1241: Combating Money Laundering, Terrorist Financing, and Counterfeiting Act of 2017.
    - The Foundation sent a number of letters to the Senate Committee on the Judiciary in regards to our opposition to this draft bill. We engaged with legal counsel to Senator Chuck Grassley and proposed changes to the draft bill. The Foundation's changes were prepared by legal counsel and supplemented by membership input (surveys and telephonic interviews).
    - To date this legislation has not been passed and we continue to engage with the Senate staff.
    - We raised 1BTC ($13,000) to cover the legal fees incurred in fighting S.1231.
  - BitLicense
    - The Foundation has supported Theo Chino throughout 2017 in his opposition to BitLicense.
    - The Foundation's Executive Director, Llew Claasen, represented the Foundation at a New York state legislature hearing into cryptocurrencies and BitLicense on February 23, 2018.
    - While a useful forum with majority of the testimony confirming that BitLicense has stifled innovation in New York and needs to be overhauled the Senators wish to apply a band aid.
    - We will continue engaging on this matter.


THE BITCOIN FOUNDATION

Confidential, © The Bitcoin Foundation, Inc. 2018

# 2017 in Review – Membership program status

- Membership types:
  – Annual membership payable in Bitcoin or fiat: $100 / year (launched March 2017)
  – Monthly subscription membership: $10 / month (launched March 2017)
  – Lifetime membership (2012-2015)

| Membership overview | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annual memberships | 0 | 6 | 12 | 18 | 30 | 39 | 58 | 66 | 71 | 91 | 106 | 120 | 129 |
| Monthly memberships | 1 | 2 | 2 | 6 | 8 | 17 | 19 | 20 | 34 | 38 | 49 | 59 | 48 |
| Active lifetime memberships | 237 | 231 | 208 | 214 | 214 | 225 | 198 | 180 | 176 | | 207 | 173 | 158 |

- Note: Membership acquisition during this period was mostly organic. A paid campaign ran late August / early September 2017 on bitcoin.com ($7,500 in donated inventory) but the campaign was unsuccessful. Available cash hasn't allowed further paid acquisition campaigns as yet.



THE BITCOIN FOUNDATION

11

Confidential, © The Bitcoin Foundation, Inc. 2018

# 2017 in Review – Membership program status



**New Membership Sign ups**

| | Mar-17 | Apr-17 | May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New monthly memberships | 1 | 1 | 1 | 8 | 4 | 10 | 7 | 4 | 15 | 9 | 16 | 13 | 6 |
| New annual memberships | 0 | 6 | 6 | 6 | 12 | 9 | 19 | 8 | 5 | 20 | 15 | 14 | 9 |



THE
BITCOIN
FOUNDATION

Confidential, © The Bitcoin Foundation, Inc. 2018

**Income Statement**
**The Bitcoin Foundation**
**For the month ended 31 December 2017**

| | Dec-17 | Nov-17 | Oct-17 | Sep-17 | Aug-17 | Jul-17 | Jun-17 | May-17 | Apr-17 | Mar-17 | Feb-17 | Jan-17 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | | | | | | |
| Donations | $0.00 | $0.00 | $0.00 | $0.00 | $4,975.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,585.70 | $1,000.00 | $40.63 | $7,601.33 |
| Legal Fee Income | $0.00 | $10,371.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,371.17 |
| Memberships - Direct | $2,708.81 | $996.56 | $1,653.34 | $1,680.81 | $1,088.12 | $1,081.34 | $685.43 | $691.02 | $619.90 | $9.41 | $0.00 | $1,696.58 | $12,911.32 |
| **Total Revenue** | **$2,708.81** | **$11,367.73** | **$1,653.34** | **$1,680.81** | **$6,063.12** | **$1,081.34** | **$685.43** | **$691.02** | **$619.90** | **$1,595.11** | **$1,000.00** | **$1,737.21** | **$30,883.82** |
| **Gross Profit** | **$2,708.81** | **$11,367.73** | **$1,653.34** | **$1,680.81** | **$6,063.12** | **$1,081.34** | **$685.43** | **$691.02** | **$619.90** | **$1,595.11** | **$1,000.00** | **$1,737.21** | **$30,883.82** |
| **Operating Income / (Loss)** | **$2,708.81** | **$11,367.73** | **$1,653.34** | **$1,680.81** | **$6,063.12** | **$1,081.34** | **$685.43** | **$691.02** | **$619.90** | **$1,595.11** | **$1,000.00** | **$1,737.21** | **$30,883.82** |
| **Other Income and Expense** | | | | | | | | | | | | | |
| Bank Service Charges - Bank Service Fees | -$15.00 | -$78.00 | -$32.68 | -$39.20 | -$34.00 | -$20.14 | -$38.00 | -$3.00 | -$2.15 | -$33.73 | -$1.80 | -$1.80 | -$299.50 |
| Bank Service Charges - Merchant Services | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.00 |
| Dues & Subscriptions | -$18.53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$18.53 |
| Exchange (gain)/loss - Realized | $3,662.54 | $1,797.24 | -$55.31 | $0.00 | $0.00 | $286.56 | $0.00 | $0.00 | $0.00 | $237.07 | $0.00 | $0.00 | $5,928.10 |
| Exchange (gain)/loss - Unrealized | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.97 | $6.97 |
| Expensed Software | -$100.50 | -$100.50 | -$126.00 | -$100.50 | -$100.50 | -$100.50 | -$95.50 | -$95.50 | -$117.90 | -$106.97 | -$92.40 | -$92.40 | -$1,229.17 |
| Internet | -$187.96 | -$187.96 | -$182.43 | -$182.34 | -$173.94 | -$245.35 | -$177.32 | -$172.80 | -$172.32 | -$190.39 | -$137.29 | -$147.29 | -$2,157.39 |
| Marketing & PR | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$654.30 | -$191.72 | $0.00 | $0.00 | -$846.02 |
| Payroll - Salaries | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$2,467.36 | -$225.64 | -$1,033.62 | -$3,726.62 |
| Payroll Taxes: Federal Unemployment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$17.53 | -$8.44 | -$8.44 | -$34.41 |
| Payroll Taxes: Medicare - ER | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$42.36 | -$20.39 | -$20.39 | -$83.14 |
| Payroll Taxes: Social security - ER Tax | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$181.11 | -$87.20 | -$87.20 | -$355.51 |
| Payroll Taxes: WA Dept of Labor & Industries | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.60 | -$46.51 | -$76.78 | $0.00 | $0.00 | -$5.00 | -$96.69 |
| Payroll Taxes: WA Employment Security Tax | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$80.05 | -$38.53 | -$38.53 | -$157.11 |
| Postage & Delivery | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$6.62 | $0.00 | -$129.94 | -$29.72 | -$4.65 | -$170.93 |
| Professional Fees | -$2,589.16 | -$2,440.66 | -$2,534.60 | -$3,488.88 | -$3,681.92 | -$2,741.30 | -$2,635.66 | -$2,481.32 | -$2,000.00 | -$2,000.00 | $0.00 | -$4,000.00 | -$30,593.50 |
| Professional Fees - Accounting | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$1,150.00 | -$134.23 | -$198.73 | $0.00 | -$1,482.96 |
| Professional Services: Legal Services | $0.00 | -$5,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$5,000.00 |
| Travel: Airfare | -$2,394.11 | $0.00 | -$1,799.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$4,194.10 |
| Travel: Ground Transportation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$131.99 | -$131.99 |
| Travel: Lodging | $0.00 | $0.00 | -$489.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$285.00 | -$774.17 |
| Travel: Visas | $0.00 | $0.00 | -$171.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$171.14 |
| Vacation | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$74.89 | -$74.89 |
| Website Development & Domain Registration | -$64.80 | -$661.90 | $0.00 | -$144.69 | -$1,061.51 | -$112.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$131.10 | -$4,444.97 |
| **Total Other Income and Expense** | **-$1,707.52** | **-$6,671.78** | **-$5,391.32** | **-$3,955.61** | **-$5,051.87** | **-$2,933.25** | **-$2,904.88** | **-$2,805.75** | **-$4,173.45** | **-$7,606.77** | **-$840.14** | **-$6,055.33** | **-$50,097.67** |
| **Net Income / (Loss) before Tax** | **$1,001.29** | **$4,695.95** | **-$3,737.98** | **-$2,274.80** | **$1,011.25** | **-$1,851.91** | **-$2,219.45** | **-$2,114.73** | **-$3,553.55** | **-$6,011.66** | **$159.86** | **-$4,318.12** | **-$19,213.85** |

THE BITCOIN FOUNDATION

13                                Confidential, © The Bitcoin Foundation, Inc. 2018

**Balance Sheet**
**The Bitcoin Foundation**
**As at 31 December 2017**

| | December | November | October | September | August | July | June | May | April | March | February | January |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | |
| **Cash and Cash Equivalents** | | | | | | | | | | | | |
| Bank of America | $1,685.48 | $2,087.12 | $5,186.61 | $4,549.46 | $8,860.16 | $3,208.15 | $2,212.05 | $442.91 | $457.64 | $44.94 | $2,945.29 | $3,488.03 |
| **Total Cash and Cash Equivalents** | $1,685.48 | $2,087.12 | $5,186.61 | $4,549.46 | $8,860.16 | $3,208.15 | $2,212.05 | $442.91 | $457.64 | $44.94 | $2,945.29 | $3,488.03 |
| | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | |
| Accounts Receivable | $18,500.00 | $18,500.00 | $18,500.00 | $18,500.00 | $18,500.00 | $18,500.00 | $18,500.00 | $18,500.00 | $18,500.00 | $18,500.00 | $18,500.00 | $18,500.00 |
| Allowance for Doubtful Debts | -$18,500.00 | -$18,500.00 | -$18,500.00 | -$18,500.00 | -$18,500.00 | -$18,500.00 | -$18,500.00 | -$18,500.00 | -$18,500.00 | -$18,500.00 | -$18,500.00 | -$18,500.00 |
| Bitcoin Wallet (Temp. a/c) | $14,232.09 | $10,432.63 | $29.10 | $797.31 | $119.44 | $16.78 | $14.36 | $1,106.84 | $725.04 | $414.36 | $1,092.13 | $92.13 |
| Deposits | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,592.00 | $0.00 | $0.00 |
| Other Assets | $275.96 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Paypal A/c (Temp. a/c) | $5.89 | $5.89 | $5.89 | $5.89 | $5.89 | $5.89 | $5.89 | $5.89 | $5.89 | $5.89 | $5.89 | $285.89 |
| Prepayments | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $27.40 | $54.80 | $82.20 |
| **Total Current Assets** | $17,513.94 | $13,438.52 | $3,034.99 | $3,803.20 | $125.33 | $22.67 | $20.25 | $1,112.73 | $730.93 | $2,039.65 | $1,152.82 | $460.22 |
| | | | | | | | | | | | | |
| **Total Assets** | $19,199.42 | $15,525.64 | $8,221.60 | $8,352.66 | $8,985.49 | $3,230.82 | $2,232.30 | $1,555.64 | $1,188.57 | $2,084.59 | $4,098.11 | $3,948.25 |
| | | | | | | | | | | | | |
| **Liabilities and Equity** | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | |
| Accounts Payable | $49,241.44 | $46,568.95 | $43,960.86 | $41,255.12 | $37,613.15 | $32,869.73 | $30,019.30 | $27,379.12 | $24,897.32 | $22,239.79 | $17,787.85 | $17,797.85 |
| Accrued Vacation | -$34.74 | -$34.74 | -$34.74 | -$34.74 | -$34.74 | -$34.74 | -$34.74 | -$34.74 | -$34.74 | -$34.74 | $419.06 | $419.06 |
| Affiliate Rev Share Payables | $422.07 | $422.07 | $422.07 | $422.07 | $422.07 | $422.07 | $422.07 | $422.07 | $422.07 | $422.07 | $422.07 | $422.07 |
| Other Liabilities | $10,291.67 | $10,291.67 | $10,291.67 | $10,291.67 | $10,291.67 | $10,291.67 | $10,291.67 | $10,291.67 | $10,291.67 | $10,291.67 | $10,291.67 | $10,291.67 |
| Payroll Liabilities: WA Dept of Labor & Industries | $16.90 | $16.90 | $16.90 | $16.90 | $16.90 | $16.90 | $16.90 | $16.90 | $16.90 | $16.90 | $16.90 | $16.90 |
| The Ciric Law Firm/Theo Chino vs NYDFS | $1,657.11 | $1,657.11 | $1,657.11 | $255.93 | $255.93 | $255.93 | $255.93 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Current Liabilities** | $61,594.45 | $58,921.96 | $56,313.87 | $52,206.95 | $48,564.98 | $43,821.56 | $40,971.13 | $38,075.02 | $35,593.22 | $32,935.69 | $28,937.55 | $28,947.55 |
| | | | | | | | | | | | | |
| **Non-Current Liabilities** | | | | | | | | | | | | |
| Loan - CB Digital | -$2,500.00 | -$2,500.00 | -$2,500.00 | -$2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Non-Current Liabilities** | -$2,500.00 | -$2,500.00 | -$2,500.00 | -$2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | |
| **Total Liabilities** | $59,094.45 | $56,421.96 | $53,813.87 | $50,206.95 | $48,564.98 | $43,821.56 | $40,971.13 | $38,075.02 | $35,593.22 | $32,935.69 | $28,937.55 | $28,947.55 |
| | | | | | | | | | | | | |
| **Equity** | | | | | | | | | | | | |
| Current Year Earnings | -$19,213.85 | -$20,215.14 | -$24,911.09 | -$21,173.11 | -$18,898.31 | -$19,909.56 | -$18,057.65 | -$15,838.20 | -$13,723.47 | -$10,169.92 | -$4,158.26 | -$4,318.12 |
| Unrest. Net Assets (Retained) | -$20,681.18 | -$20,681.18 | -$20,681.18 | -$20,681.18 | -$20,681.18 | -$20,681.18 | -$20,681.18 | -$20,681.18 | -$20,681.18 | -$20,681.18 | -$20,681.18 | -$20,681.18 |
| **Total Equity** | -$39,895.03 | -$40,896.32 | -$45,592.27 | -$41,854.29 | -$39,579.49 | -$40,590.74 | -$38,738.83 | -$36,519.38 | -$34,404.65 | -$30,851.10 | -$24,839.44 | -$24,999.30 |
| | | | | | | | | | | | | |
| **Total Liabilities and Equity** | $19,199.42 | $15,525.64 | $8,221.60 | $8,352.66 | $8,985.49 | $3,230.82 | $2,232.30 | $1,555.64 | $1,188.57 | $2,084.59 | $4,098.11 | $3,948.25 |


THE BITCOIN FOUNDATION

Confidential, © The Bitcoin Foundation, Inc. 2018

# 2018 Objective & Priorities



# Where are we now?

- The Bitcoin Foundation is the first, the largest and the oldest cryptocurrency advocacy organization in the world;
- Bitcoin no longer has the >80% market dominance as it had in Jan 2017;
- The objectives of many new blockchains and Bitcoin are shared, they simply reflect a desire for contributors to be most productive where they are most valued and sometimes this is in new projects;
- The industry is immature and it doesn't make sense to fight each other, but rather to pool resources against threats external to the industry;
- Coordinating effort & pooling resources around education and lobbying for cryptocurrency and blockchain platforms in general, makes sense for all cryptocurrency and blockchain projects;
- No other significant cryptocurrency lobbying organization has a "no state" or libertarian philosophy as a core principle;
- No other cryptocurrency advocacy organization has the name and/or brand recognition of the Bitcoin Foundation, and
- The Bitcoin Foundation already represents the interests of other blockchain and cryptocurrency projects when we engage with regulators and lawmakers.



THE
BITCOIN
FOUNDATION

Confidential, © The Bitcoin Foundation, Inc. 2018

# Vision

Bitcoin will be a **globally accepted** method of **exchanging and storing value** which will operate **without the need for third parties.**

# Mission

The Bitcoin Foundation **coordinates** the efforts of the members in the Bitcoin community, helping to create **awareness** of the **benefits of Bitcoin, how to use it** and its related **technology requirements**, for **technologists**, **regulators**, **the media and everyone else globally**.

# Values

- Privacy
- Guaranteed financial access
- Decentralization

- Autonomy
- Stable money supplies
- Financial inclusion



THE
BITCOIN
FOUNDATION

17

Confidential, © The Bitcoin Foundation, Inc. 2018

# 2018 Objectives

In line with our mission and taking into account the current climate, our 2018 objectives are to:

- **Positively impact global regulatory policy and legislation** around Bitcoin, other cryptocurrencies and blockchain technology;
- **Educate the media and general public** about blockchain technology, cryptocurrencies (Bitcoin in particular), their benefits and how to get involved in creating the next generation decentralized financial system;
- **Raise the profile** of the Bitcoin Foundation through speaking engagements; and
- **Facilitate communication and cooperation** between the Bitcoin and other cryptocurrency and blockchain communities, where interests are aligned.



Confidential, © The Bitcoin Foundation, Inc. 2018

# 2018 Key priorities

- **Raise funds:** Raise $5million (USD) to scale and achieve objectives over next 12 months.
- **Lobby**: Lobby lawmakers on a global and local level to positively impact regulation around cryptocurrency and prevent untenable and premature regulatory burdens.
- **Educate**: Develop training programs, work with Blockchain Academy to create online and offline Blockchain training programs that are endorsed by the Foundation and C4.
- **Educate**: Launch a global half day seminar series (50-100 people per seminar) on "How to get started with cryptocurrency and how to invest in it."
- **Raise profile:** Executive Director to attend and speak at a minimum of 6 conferences on behalf of the Foundation.
- **Facilitate communication and cooperation**: Launch regional operations in North America, Asia & Australasia, Africa & Latin America and Europe with a focus on local lobbying, local education and training and local member acquisition and engagement.
- **Facilitate cooperation:** Develop Bitcoin brand guidelines for global use.



Confidential, © The Bitcoin Foundation, Inc. 2018

# 2018 Key priorities – a regional approach



**Launch regional operations in:**
1. North America
2. Asia & Australasia
3. Africa & Latin America
4. Europe

**Budget allocation:** $1m (USD) per region

**Regional priorities:**
- Local chapter development
- Local lobbying
- Local education and training
- Local member acquisition and engagement

**Memberships:** Each region expected to grow a membership base from 0 to 10,000 over 18 months.



THE BITCOIN FOUNDATION

Confidential, © The Bitcoin Foundation, Inc. 2018

# Marketing programs



# Audiences



Confidential, © The Bitcoin Foundation, Inc. 2018

# Cryptocurrency advocacy landscape (US, UK & Canada)

**Audience**

Regulators & lawmakers







General public and media

Engineers

**Philosophy**

Statist

Libertarian/ anarcho-capitalist





Confidential, © The Bitcoin Foundation, Inc. 2018

# Individual membership value proposition

## Benefits

- Active involvement in the Bitcoin community
- Member only discounts & special offers for events & products
- Involvement in program planning
- I know what I'm getting, transparency of activities

## Features

- Two memberships types: monthly and annual
- Easy sign up and cancel at any time
- Pay in Bitcoin or on card
- Members only Telegram, monthly newsletter & financial report
- Local chapters and events

## Experience

- Belong to a group with the same beliefs in driving financial inclusion
- Strengthened belief in decentralization & autonomy
- A co-advocate for financial freedom
- I am part of the change I want to see in the world
- Aligned with my libertarian philosophy

## Wants

- What's in it for me?
- To be a part of something good & credible
- Connect with people who have a similar philosophy
- To change the world

## Fears

- Organization isn't run effectively
- They're wasting my money

## Needs

- Knowing money is well spent
- To belong and be recognized as a member

## Substitutes

- Support other Bitcoin / Blockchain advocacy organizations
- Support other cryptocurrencies

THE BITCOIN FOUNDATION

Confidential, © The Bitcoin Foundation, Inc. 2018







Q&A