Bitcoin Forum

*simple machines forum*

May 19, 2019, 02:00:36 AM

Welcome, **Guest**. Please login or register.

**News:** Latest Bitcoin Core release: 0.18.0 [Torrent] (**New!**)

[Search field] [Search]

HOME    HELP    SEARCH    LOGIN    REGISTER    MORE

Bitcoin Forum > Other > Politics & Society (Moderator: Flying Hellfish) > **Bitcoin Town: Let's Make the Future Come to us**

« previous topic next topic »

Pages: [1] 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 »

print

 Author    Topic: Bitcoin Town: Let's Make the Future Come to us  (Read 54114 times)

**FinShaggy**
Full Member
●●●

Activity: 196
Merit: 100



Google/YouTube



**Bitcoin Town: Let's Make the Future Come to us**
May 25, 2013, 07:10:48 PM
Last edit: June 15, 2013, 04:51:18 PM by FinShaggy

#1

bitcointalk.org image proxy:
Invalid image
The mission of the town is: Freedom, as guaranteed by the constitution of America
Plans are to have a size of land between 600 acres and 6000+ acres by sometime in 2015

Other projects that will be completed before, and/or inside Bitcoin Town:
Bitcoin Restaurant: https://bitcointalk.org/index.php?topic=217610.0
Bitcoin TV Show: https://bitcointalk.org/index.php?topic=212562.0
Bitcoin Church/Charity: https://bitcointalk.org/index.php?topic=213405.0
Bitcoin Casino: https://bitcointalk.org/index.php?topic=218497.msg2297533#msg2297533
Bitcoin Philanthropist Awards: https://bitcointalk.org/index.php?topic=213699.0
Solar Powered Mining: https://bitcointalk.org/index.php?topic=189959.0;topicseen
Bitcoin Museum: https://bitcointalk.org/index.php?topic=219474.msg2310946#msg2310946
Bitcoin Junk-Yard: https://bitcointalk.org/index.php?topic=220452.msg2321320#msg2321320
Scare-C'Robots: https://bitcointalk.org/index.php?topic=220485.msg2321722#msg2321722
Bitcoin Farm: https://bitcointalk.org/index.php?topic=220511.msg2322171#msg2322171
Devtome Brick and Mortar: https://bitcointalk.org/index.php?topic=235066.0

All you need to start a town is 51% of the people's vote, and a written constitution or some other founding document. If we invest in our own town we can be the founders, and with BTC it will make it easier for us to come together from around the world to get this done. As well as not worry about paying taxes as long as we don't exchange cash (we have a way to do this that will be explained only to people who are very interested in supporting the town). And we could have the elected town leaders & business hubs pay federal taxes and do all our fiat exchanges for us, so that our "no tax town" system is viable.

And you only need 6 acres of people to agree... So I looked online and there are patches of land that are 600 acres (nearly 1 square mile. As well as much larger plots.) for sale in New Mexico. If 200 people each put in $10,000 (or equivalent in BTC) the property would be ours (I think this could be accomplished in 1 year). And at that point we could start using the land to farm and produce things and anyone who could afford a house or an Earthship could start building, while anyone else can rent their land out to earn money, or sell it (we will all come together and vote on what the land can and cannot be used for during this time) and once we have some communal money we can help people build Earthships and start working on Solar power and getting a super solid internet connection. Then we could start building FPGAs and ASICs, while we farm and produce what we can.

I feel New Mexico would be the best place to start something like this for a few reasons:

1. Billy the Kid ran out the Illuminati by starting a war against the corrupt "Justice System" where the people were literally shooting at cops.

2. the Freemasons messed up with their farming methods which was the reason for the "dust bowl". So all the people that would oppose Bitcoin are gone (central bankers and such).

3. Land is cheap in New Mexico.

4. It is a good place for affordable "Earthship" living, and could easily accommodate regular housing as well.

5. Tons of sun all year round, so we could try to start the community with some solar power, and work towards making it all solar powered. And anyone who wanted to farm could.

6. In New Mexico you don't have to pay taxes on most food trade anyways.

Once the town got started we would buy a some tractors, and use them to build better roads and farm better. Then we can start opening gift shops and things like that, and eventually work on starting our own franchises, or bringing a few to town and accepting bitcoin.

But we could make it a town where no one pays taxes and the town government is nothing but a service.

**Most Important Videos:**

First installment of "Bitcoin Town": Creating a Town in America
http://www.youtube.com/watch?v=LZsLLFROucc

First Things First
http://www.youtube.com/watch?v=xO9GcWoWszA

Local Politics
http://www.youtube.com/watch?v=7-KokfEoQPU

Biodiesel & Transportation
http://www.youtube.com/watch?v=up81asdoMzY

TV Show
http://www.youtube.com/watch?v=BA4HrOXRFbk

Seed Stock
http://www.youtube.com/watch?v=BX5Sekntejo

Library & Education
http://www.youtube.com/watch?v=SITdDb1Pe8g

EarthShips
http://www.youtube.com/watch?v=kqVvA9L-Dvo

Biodiesel & Solar Power
http://www.youtube.com/watch?v=9Wp3aEV7e1Q

Restaurant Franchise
http://www.youtube.com/watch?v=ZxuPoed0H7E

Voting System
http://www.youtube.com/watch?v=sqZwR9Wsdkk

3D Printers
http://www.youtube.com/watch?v=HEJQLNUdKIA
http://www.youtube.com/watch?v=3LBDt3EnVtk
http://www.youtube.com/watch?v=0HJiEEkmKxc
http://www.youtube.com/watch?v=6v5zWoh5Vsw
http://www.youtube.com/watch?v=0cMwo8nSYT4

Giant Reed:
http://www.youtube.com/watch?v=QUiy4s_6QVU

Phalaris (Canary Reed):
http://www.youtube.com/watch?v=KvL6zJL8Mj8

Museum:
http://www.youtube.com/watch?v=eUQ7B3jjJw4

Shepherds
http://www.youtube.com/watch?v=GDP3O1ZKZxk

Sugar Farm:
http://www.youtube.com/watch?v=qstu6bdzq74

**Other Videos About Bitcoin Town:**

New Mexico
http://www.youtube.com/watch?v=ZbEsxT2VI5E

The Arts
http://www.youtube.com/watch?v=e_eBNgQIaKc

The Police
http://www.youtube.com/watch?v=WFKG3Anr9JM

The Island
http://www.youtube.com/watch?v=r-fgf0bxSSg

Robots
http://www.youtube.com/watch?v=CmhwLaWeSTA

Cams
http://www.youtube.com/watch?v=aIdkXH8B7SI

Water & Distilling
http://www.youtube.com/watch?v=jnD-hDk0iWc

Cubensis Mushrooms
http://www.youtube.com/watch?v=wJWvPp7wXvM

Everyone Gets a Vote
http://www.youtube.com/watch?v=WiE4mkHBM68

Medical Marijuana
http://www.youtube.com/watch?v=4XqENZnp8c4

Creation
http://www.youtube.com/watch?v=m5nZc_9sRl8

Individual Freedoms
http://www.youtube.com/watch?v=2_TtkJ6Jk9U

Radio Shows
http://www.youtube.com/watch?v=dzPWECBcAKI

Junk Yard
http://www.youtube.com/watch?v=BaB8mxsOzfk

PAC
http://www.youtube.com/watch?v=Dns38YgbbyQ

Hatchery
http://www.youtube.com/watch?v=JzJn0XwdxDM

Corn Farmers
http://www.youtube.com/watch?v=qwzmrM-kiAc

San Pedro:
http://www.youtube.com/watch?v=OARwy1o5x3s

Pets
http://www.youtube.com/watch?v=CQPCsXmy5pc

Public Cars
http://www.youtube.com/watch?v=JigHbf5vea8

Sweat Lodge:
http://www.youtube.com/watch?v=5zpxmIvMJ_E

Hot Sauce:
http://www.youtube.com/watch?v=CwATcHZ1UX8

Datura:
http://www.youtube.com/watch?v=UWwR4Jit37E


**Land we are looking at for Bitcoin Town:**
(Raton is growing and is the border between NM and CO) http://www.landwatch.com/Colfax-County-New-Mexico-Farms-and-Ranches-for-sale/pid/200006696
http://www.landwatch.com/Colfax-County-New-Mexico-Farms-and-Ranches-for-sale/pid/204797813

http://www.landwatch.com/Rio-Arriba-County-New-Mexico-Farms-and-Ranches-for-sale/pid/204662804

http://www.landwatch.com/Socorro-County-New-Mexico-Farms-and-Ranches-for-sale/pid/204880355

http://www.landwatch.com/Rio-Arriba-County-New-Mexico-Land-for-sale/pid/204987828

http://www.landwatch.com/Socorro-County-New-Mexico-Land-for-sale/pid/205046992

http://www.landwatch.com/Harding-County-New-Mexico-Farms-and-Ranches-for-sale/pid/204932389

http://www.landwatch.com/Rio-Arriba-County-New-Mexico-Land-for-sale/pid/204953740

http://www.landwatch.com/Curry-County-New-Mexico-Farms-and-Ranches-for-sale/pid/200104554

http://www.landwatch.com/De-Baca-County-New-Mexico-Farms-and-Ranches-for-sale/pid/200104617

http://www.landwatch.com/Rio-Arriba-County-New-Mexico-Farms-and-Ranches-for-sale/pid/221532863

http://www.landwatch.com/Quay-County-New-Mexico-Farms-and-Ranches-for-sale/pid/200104553

http://www.landwatch.com/New-Mexico-Land-for-sale/pid/194000056

http://www.landwatch.com/San-Miguel-County-New-Mexico-Farms-and-Ranches-for-sale/pid/200082432

http://www.landwatch.com/Catron-County-New-Mexico-Farms-and-Ranches-for-sale/pid/257081011

http://www.landwatch.com/Mora-County-New-Mexico-Farms-and-Ranches-for-sale/pid/205058558

http://www.landwatch.com/Socorro-County-New-Mexico-Farms-and-Ranches-for-sale/pid/204953514

http://www.landwatch.com/Rio-Arriba-County-New-Mexico-Farms-and-Ranches-for-sale/pid/204627974

http://www.landwatch.com/Cibola-County-New-Mexico-Farms-and-Ranches-for-sale/pid/200115363

http://www.landwatch.com/Grant-County-New-Mexico-Land-for-sale/pid/260908528

**Land we are looking at for the farm before Bitcointown:**

http://www.landwatch.com/Catron-County-New-Mexico-Land-for-sale/pid/250216071

http://www.landwatch.com/Rio-Arriba-County-New-Mexico-Farms-and-Ranches-for-sale/pid/200338305

http://www.landwatch.com/Catron-County-New-Mexico-Land-for-sale/pid/116598148

http://www.landwatch.com/Sandoval-County-New-Mexico-Farms-and-Ranches-for-sale/pid/204516174

We will be attempting to start a restaurant, so that the town has a good place to eat and food supply ready to move in right when we get there 🙂
If we can't start the restaurant before the town, we will start it IN town once we have a small community.
https://bitcointalk.org/index.php?topic=217610.msg2288125#msg2288125
http://www.youtube.com/watch?v=ZxuPoed0H7E

The things that we plan to have on the menu so far are these:

Pancakes
Eggs/Omelets
Burgers (REAL ones, not like McDonalds)
Funnel Cake
French Fries
Carne Asada
Burritos (and every other variation of tortilla and contents, which means chips and salsa too)
Noodles
Sandwhiches
A Salad Bar
And anyone involved's "specialty"

And, we are going to work together with the environment to create the ideal natural living conditions. There will be an eco-council that watches the flora and fauna each year, and they will release a decided number of certain animals and plants, then the next year they will see if anything new needs to be done to balance the eco system.

Ex:
Buy and eventually breed drangonfly eggs to be released into town ponds, to eat mosquitos and similar pests, while adding to the "enchantment" of New Mexico.

Breed and release free-range Guinea Chickens, for eggs. Also for their "watch dog" qualities, as in, Guinea chickens will alert you when someone that is not from the neighborhood, or a new animal is around. They also eat ants, TICKS & spiders. So they are pretty good animals to have around.

Put up bat houses to attract bats, as well as bird houses to attract birds. And fruit trees (and cactuses like "saguaro", which grow to be over 50 foot tall and live longer than humans) that grow well in New Mexico (like Pears, Apples & Peaches) to feed them, and so that public workers can collect food to be distributed. Bat guano can also be collected for many uses, including fertilizer. And both animals eat bugs that are pests.

We will have a rabbit farm to feed both humans and any pets, while providing fertilizer.

This is just a few of the ideas that will be presented in the videos soon, so that we can live in a near perfect eco-system. And we can sell the eggs from the dragonflies and chickens, as well as the guano from the bats and the fruit from the trees, on the internet and at market.

Quote from: FinShaggy on May 28, 2013, 05:14:03 AM
> For the people that could not afford their own house, this is the kind of house we would be building as public work (public work is for people who need money).

They were called EarthShips.

<span style="color:red">bitcointalk.org image proxy:
Invalid image</span>
<span style="color:red">bitcointalk.org image proxy:
Invalid image</span>
<span style="color:red">bitcointalk.org image proxy:
Invalid image</span>
<span style="color:red">bitcointalk.org image proxy:
Invalid image</span>

**Quote from: FinShaggy on May 28, 2013, 05:22:20 AM**

The outline of an Earthship is made with old tires for insulation. The tires are framed with wood, and filled with concrete, some people fill the tires with soda cans or dirt, then concrete. Then some people put soda cans on the outside of the tires in the concrete also.

<span style="color:red">bitcointalk.org image proxy:
Invalid image</span>



<span style="color:red">bitcointalk.org image proxy:
Invalid image</span>

**Quote from: FinShaggy on May 28, 2013, 05:24:45 AM**

There are many benefits of Earthship living



`bitcointalk.org image proxy:`
`Invalid image`



Quote from: FinShaggy on May 28, 2013, 05:19:38 AM

We will also offer publicly built Geodomes for greenhouses and living.

`bitcointalk.org image proxy:`
`Invalid image`



`bitcointalk.org image proxy:`
`Invalid image`

Quote from: FinShaggy on May 28, 2013, 05:42:22 AM

We will also offer trailers to bury and use as basements, or use above ground as housing:

`bitcointalk.org image proxy:`
`Invalid image`



Quote from: FinShaggy on May 29, 2013, 06:01:00 PM

We will also add "cobb" extentions to each house, using what we dig up when making basements.
Cob is fire & Earthquake resistant.

Earthships are built east to west, with the glass facing the sun rise, and usually they try to use the dirt to make a small hill facing the sunset, which is where the rainwater collection chamber usually is. But reading about Cob material, I'm thinking we can just use the sandy ground in New Mexico, dig until we hit clay or buy some, then grow some canary reed to use as straw (grows very quickly). Then just add water and we can make an extension to each house, instead of a hill facing the sunset.

It will be practical, because we plan on getting trailers to bury and use as basements (so everyone has room for mining machines), so we will probably get a backhoe to dig holes, and will have plenty of raw dirt/sand.

People could also choose to have no Earthship, but it would be good to have at least one room designed like an Earthship, just because they are like massively insulative, so if there were ever a rare cold New Mexico day, a small fire could be made (or small heater plugged in) and heat the room effectively.

`bitcointalk.org image proxy:`
`Invalid image`



`bitcointalk.org image proxy:`
`Invalid image`



Quote from: FinShaggy on May 30, 2013, 02:46:46 AM

We will also use Adobe to make cheap, sturdy frames for the houses. It is similar to cob, and cob can be used as mortar and on the outside and inside to make the walls flat.



bitcointalk.org image proxy:
Invalid image



And our EarthShips will be different than most:

1. Each person will have at least three acres, so we won't be making small ones.

2. Geodomes outside will be used as green houses, making more room in the larger EarthShips

3. Trailers will be used to make basements, allowing for WAY more space.

And again, an outside company will be contracted for regular building, these will just be built for anyone that wants publically built housing.
**You only get a Cobb/Earthship/Geodome if you want a FREE house** 🙂

The free market will still be there. "Town work" will just be posted on bulletin boards or the internet, the whole point is just to have the town approve it so that the workers are paid by the town (if you can't afford to hire your own people), and people in town can earn some money.

Some people won't be moving to the land they buy, so we will have some plots that are rented out for maintenance or cash (by people that want to live in town but can't afford $10,000 for a plot, or by young people who get their parents to get them a place in town or something) by the owner, and those people will most likely be looking to the bulletin boards for work all the time.

And if you wanted to hire someone yourself from around town, that wouldn't be a problem at all. As long as you paid them with your money.

Also, we will be digging wells all over the land, so everyone cross your fingers for oil when we're looking for water. And we have a professional dowser who can find water for us Smiley As well as a Geologist/Engineer who could tell us if oil is possibly nearby, and appraise any minerals we find Smiley

Given websites talking about BitCoin Town:
http://www.shroomery.org/forums/showflat.php/Number/18350156
http://www.youtube.com/playlist?list=PL2BWsaJ60R2RpWZYQu_YrbA6XgFEExmeC
http://www.rollitup.org/hallucinatory-substances/662396-town-where-shrooms-legal-extent.html#post9151727
http://theyoutubecommunity.com/forums/index.php?/topic/8740-a-town-for-youtubers/
http://boards.adultswim.com/t5/Incoherent-Babbling/I-m-Starting-My-Own-Town/m-p/68134103#U68134103
http://forum.themonastery.org/index.php?showtopic=7536
http://www.politicalforum.com/latest-us-world-news/305466-new-town-coming-new-mexico.html#post1062693407
http://www.bluelight.ru/vb/threads/678550-The-Town-Where-Mushrooms-are-Legal?p=11601399#post11601399

If everyone is thinking outside the box, there is a new box.

 **BITDEER**

BTC/BCH    ETH    LTC    ZEC    DASH

**START MINING BTC** NOW
**WITH NEW GENERATION S17 ANTMINER!**

Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

---

**FinShaggy**
Full Member


Activity: 196
Merit: 100



Google/YouTube

**Re: Let's Start a town**
May 25, 2013, 07:28:39 PM                                          #2
Last edit: May 25, 2013, 08:53:27 PM by FinShaggy

Once everything got going, we could even try to use town funds to buy a private island for only people from town to visit, or we could get a bunch of boats + anchored platforms and start dumping rocks and dirt to build our own island.

And if anyone is wondering "How do I get $10,000 to throw down on this". Go write on http://Devtome.com Every month you can write 80,000 words and earn a lot of money. You could pay for a slot in the town in 3-5 months.

 

If everyone is thinking outside the box, there is a new box.

---

**Matthew N. Wright**
Untrustworthy
Hero Member

Activity: 588
Merit: 500



Hero VIP ultra official
trusted super staff puppet



**Re: Let's Start a town**
May 25, 2013, 09:09:39 PM                                          #3

> Quote from: AnonX on May 25, 2013, 09:08:17 PM
> What is the point of making a town inside of the US? You would still have to follow federal and state law, which defeats the purpose.

Have you seen the new guy running for Governor in Nevada? That's one of his first promises of what to change if elected. (The following federal laws part, and unnecessary unconstitutional state ones).

My transparent history + transaction-specific feedback thread    | No e-begging! If you need money, work for it!    | Bitcoin EU Convention 2013, Amsterdam, Sept 26~28

---

**Elwar**
Legendary


Activity: 2786
Merit: 1383



Viva Ut Vivas



**Re: Let's Start a town**
May 25, 2013, 09:10:18 PM                                          #4
Last edit: May 28, 2013, 06:28:08 AM by Elwar

This is all anyone needs to read before going on with this thread.

> Quote
> We will be writing a town constitution

> Quote
> we will be *allowing* people to sell or rent out their plots

> Quote
> we will be voting on **what the land can be used/sold for**

> Quote
> Anyone with no project plans will be lumped together to make a giant plot to rent out for air balloon landings

Housing won't have any restrictions except for height

**Quote**

And the person will go to jail, or whatever is decided as punishment

**Quote**

a town where no one pays taxes

**Quote**

the prison is paid **YOUR taxes** based on how many beds it fills

**Quote**

we could even try to use **town funds** to buy a private island

**Quote**

One of those places should start getting **government funding**, and start housing families & Veterans.

**Quote**

The libraries should have public printing machines to promote free speech.

**Quote**

There should also be a publishing program

**Quote**

We need to have **better welfare** for regular citizens and veterans

**Quote**

The **government needs to provide** for those people

**Quote**

Computers...everyone should have one no matter how poor. TVs too.

**Quote**

You only get a Earthship if you want a FREE house

**Quote**

we will eventually build a radio studio in town

**Quote**

Exercise programs in the town square every morning.

**Quote**

we could get a good educational program going and maybe even **start our own university**

**Quote**

We would eventually **get a bus, then start a fleet**

**Quote**

But once we got enough communal **town funds** we could work on that.

**Quote**

We actually hope to make **a local restaurant and turn it into a national franchise**

**Quote**

we would need a state of the art medical facility

**Quote**

The police, health, fire and other government departments should also utilize these programs to earn extra income by creating "cops" like programs, which will also keep them honest since they have viewers.

**Quote**

We also hope to open a hatchery, and make a lake if we don't start with one.

**Quote**

we need to go to each church and offer them contracts to not be churches any more

**Quote**

we find churches that need funding, and pay them to be "community centers"

**Quote**

opening a non-denominational church in town

**Quote**

This will be the local religion

**Quote**

church employees can get a **government salary**

**Quote**

We will have plenty of local holidays over time

**Quote**

There needs to be people that come to every party and bring free food or at least drinks/alcohol

**Quote**

You need to gather for a reason, not just because it's the weekend or you want to party

**Quote**

all a community has to work towards is developing shops, housing and eventually public buildings

**Quote**

I even believe that animals should be liberated and humans should be taught to communicate through body language with animals

**Quote**

The only way a plant can talk is with its chemicals (ex Poison: Don't touch/eat me) Learn to communicate on a level deeper than speech.

**Quote**

**Everyone would have a machine** that they repaired, or checked on.

**Quote**

you pay for the electricity, you mine the coins, but **you give some shit away for free**

**Quote**

Candy Contest, have people make home made candy and have a contest. And it could fit in well with Halloween in the square.

**Quote**

Classrooms should utilize programs like AdSense and Bitcoin mining. Parents and kids should have to sign a waiver saying that students CAN use their cell phones, cameras and other devices in the classrooms of teachers that deem it acceptable.

**Quote**

I am working on plenty of Charitable projects

**Quote**

New Mexico has awesome laws

**Quote**

Drug dealers would be arrested.

**Quote**

Manufacturing & Selling cocaine isn't a victimless crime. And neither is prostitution.

**Quote**

> it's illegal to manufacture guns

**Quote**

> I plan on hiding nothing and cooperating (with police) whenever asked.

**Quote**

> We will just have to defend the guy in court

**Quote**

> we can start a political party based on the **towns philosophy**

**Quote**

> You have to work if you want a share of **communal food**

**Quote**

> we will not have ongoing outside programs inside our town

**Quote**

> It would be child friendly, we even allow children to vote if they want.

**Quote**

> Education will be non traditional...They will still have the traditional subjects, but they won't be taught like lectures so much.

**Quote**

> We will have a program for children and adults that will work towards creating all kinds of community projects

**Quote**

> We will make dirt bikes legal.

**Quote**

> **I would be the one that got tax forms and everything** I already plan on that

(for the $2 million land purchase)

**Quote**

> we would work out getting everyone their territory afterwards

**Quote**

> **I have plans for a space program. And the creation of a non-territorial nation.**

tl;dr

**Quote**

> I've been in court for weed my whole life, but now I have a medical card for it.

First seastead company actually selling seasteads: Ocean Builders https://ocean.builders  Of course we accept bitcoin.
Seastead talk at http://seasteadtalk.org

**FinShaggy**
Full Member


Activity: 196
Merit: 100



Google/YouTube

 **Re: Let's Start a town**                                                                    #5
May 25, 2013, 09:15:31 PM

Quote from: AnonX on May 25, 2013, 09:08:17 PM

> What is the point of making a town inside of the US? You would still have to follow federal and state law, which defeats the purpose.

The goal is to have a town where bitcoiners can seek refuge. Kind of like some states used to be. I think it is Virginia that gave sanctuary to debtors.

If everyone is thinking outside the box, there is a new box.



**Hawker**
Legendary

Activity: 1218
Merit: 1001



◇ **Re: Let's Start a town**
May 25, 2013, 09:25:32 PM                                                    #6

> Quote from: FinShaggy on May 25, 2013, 09:15:31 PM
>> Quote from: AnonX on May 25, 2013, 09:08:17 PM
>>> What is the point of making a town inside of the US? You would still have to follow federal and state law, which defeats the purpose.
>>
>> The goal is to have a town where bitcoiners can seek refuge. Kind of like some states used to be. I think it is Virginia that gave sanctuary to debtors.

You know, necro-ing old threads will be the first thing we ban when we hold the town council meeting.  Fair warning....

😕

**Matthew N. Wright**
Untrustworthy
Hero Member

Activity: 588
Merit: 500



Hero VIP ultra official
trusted super staff puppet



◇ **Re: Let's Start a town**
May 25, 2013, 09:27:47 PM                                                    #7

> Quote from: Hawker on May 25, 2013, 09:25:32 PM
>> Quote from: FinShaggy on May 25, 2013, 09:15:31 PM
>>> Quote from: AnonX on May 25, 2013, 09:08:17 PM
>>>> What is the point of making a town inside of the US? You would still have to follow federal and state law, which defeats the purpose.
>>>
>>> The goal is to have a town where bitcoiners can seek refuge. Kind of like some states used to be. I think it is Virginia that gave sanctuary to debtors.
>>
>> You know, necro-ing old threads will be the first thing we ban when we hold the town council meeting.  Fair warning....

🙁

Discussion never dies! DOWN WITH THE COUNCIL! VIVA LA REVOLUCION!!11

My transparent history + transaction-specific    | No e-begging! If you need money,    | Bitcoin EU Convention 2013, Amsterdam,
feedback thread                                   | work for it!                        | Sept 26~28

**FinShaggy**
Full Member

Activity: 196
Merit: 100



Google/YouTube



◇ **Re: Let's Start a town**
May 25, 2013, 09:28:15 PM                                                    #8

> Quote from: Hawker on May 25, 2013, 09:25:32 PM
>> Quote from: FinShaggy on May 25, 2013, 09:15:31 PM
>>> Quote from: AnonX on May 25, 2013, 09:08:17 PM
>>>> What is the point of making a town inside of the US? You would still have to follow federal and state law, which defeats the purpose.
>>>
>>> The goal is to have a town where bitcoiners can seek refuge. Kind of like some states used to be. I think it is Virginia that gave sanctuary to debtors.
>>
>> You know, necro-ing old threads will be the first thing we ban when we hold the town council meeting.  Fair warning....

😕

What is necro-ing old thread?
What town meeting?

If everyone is thinking outside the box, there is a new box.

**Hawker**
Legendary

Activity: 1218
Merit: 1001

◇ **Re: Let's Start a town**
May 25, 2013, 09:30:36 PM                                                    #9

> Quote from: FinShaggy on May 25, 2013, 09:28:15 PM
>> Quote from: Hawker on May 25, 2013, 09:25:32 PM
>>> Quote from: FinShaggy on May 25, 2013, 09:15:31 PM
>>>> Quote from: AnonX on May 25, 2013, 09:08:17 PM
>>>>> What is the point of making a town inside of the US? You would still have to follow federal and state law, which defeats the purpose.

> The goal is to have a town where bitcoiners can seek refuge. Kind of like some states used to be. I think it is Virginia that gave sanctuary to debtors.

> You know, necro-ing old threads will be the first thing we ban when we hold the town council meeting.  Fair warning....



What is necro-ing old thread?
What town meeting?

The town meeting I organise when I come.  Someone has to get elections for a dog catcher started.



**Elwar**
Legendary


Activity: 2786
Merit: 1383

Viva Ut Vivas

 

**Re: Let's Start a town**
May 25, 2013, 09:31:27 PM                                                                          #10

There has been a lot of work done in New Hampshire with the Free State Project. They are very Bitcoin friendly up there. Trying to choose a different state would be pointless. They even have people in the state government fighting for liberty. Free Keene is a group of very active people in Keene. The Free Town Project chose Grafton as a place to move if you wanted to be in a town of liberty lovers.

http://en.wikipedia.org/wiki/Grafton,_New_Hampshire

First seastead company actually selling seasteads: Ocean Builders https://ocean.builders  Of course we accept bitcoin.
Seastead talk at http://seasteadtalk.org

**FinShaggy**
Full Member


Activity: 196
Merit: 100


Google/YouTube



**Re: Let's Start a town**
May 25, 2013, 09:32:31 PM                                                                          #11

> Quote from: Hawker on May 25, 2013, 09:30:36 PM
>> Quote from: FinShaggy on May 25, 2013, 09:28:15 PM
>>> Quote from: Hawker on May 25, 2013, 09:25:32 PM
>>>> Quote from: FinShaggy on May 25, 2013, 09:15:31 PM
>>>>> Quote from: AnonX on May 25, 2013, 09:08:17 PM
>>>>>> What is the point of making a town inside of the US? You would still have to follow federal and state law, which defeats the purpose.
>>>>>
>>>>> The goal is to have a town where bitcoiners can seek refuge. Kind of like some states used to be. I think it is Virginia that gave sanctuary to debtors.
>>>>
>>>> You know, necro-ing old threads will be the first thing we ban when we hold the town council meeting.  Fair warning....
>>>> 
>>>
>>> What is necro-ing old thread?
>>> What town meeting?
>>
>> The town meeting I organise when I come.  Someone has to get elections for a dog catcher started.

Dog catcher? We'll have dogs for that.

If everyone is thinking outside the box, there is a new box.

**FinShaggy**
Full Member


Activity: 196
Merit: 100



**Re: Let's Start a town**
May 25, 2013, 09:33:38 PM                                                                          #12

> Quote from: Elwar on May 25, 2013, 09:31:27 PM
> There has been a lot of work done in New Hampshire with the Free State Project. They are very Bitcoin friendly up there. Trying to choose a different state would be pointless. They even have people in the state government fighting for liberty. Free Keene is a group of very active people in Keene. The Free Town Project chose Grafton as a place to move if you wanted to be in a town of liberty lovers.
>
> http://en.wikipedia.org/wiki/Grafton,_New_Hampshire

I think getting it done in more than one state would be the opposite of pointless.

That's like saying it was pointless for Washington to legalize weed, since Colorado is a state and it already did it

Google/YouTube

 

If everyone is thinking outside the box, there is a new box.

**Matthew N. Wright**
Untrustworthy
Hero Member

Activity: 588
Merit: 500



Hero VIP ultra official
trusted super staff puppet



 **Re: Let's Start a town**
May 25, 2013, 09:34:08 PM

#13

> Quote from: Elwar on May 25, 2013, 09:31:27 PM
> There has been a lot of work done in New Hampshire with the Free State Project. They are very Bitcoin friendly up there. Trying to choose a different state would be pointless. They even have people in the state government fighting for liberty. Free Keene is a group of very active people in Keene. The Free Town Project chose Grafton as a place to move if you wanted to be in a town of liberty lovers.
>
> http://en.wikipedia.org/wiki/Grafton,_New_Hampshire

Seems like they are doing quite well and we should all try to replicate that success in other states to make a big impact in 10 years versus a small impact in 5.

My transparent history + transaction-specific feedback thread | No e-begging! If you need money, work for it! | Bitcoin EU Convention 2013, Amsterdam, Sept 26~28

**FinShaggy**
Full Member

Activity: 196
Merit: 100



Google/YouTube



 **Re: Let's Start a town**
May 25, 2013, 09:34:47 PM

#14

> Quote from: Matthew N. Wright on May 25, 2013, 09:34:08 PM
> > Quote from: Elwar on May 25, 2013, 09:31:27 PM
> > There has been a lot of work done in New Hampshire with the Free State Project. They are very Bitcoin friendly up there. Trying to choose a different state would be pointless. They even have people in the state government fighting for liberty. Free Keene is a group of very active people in Keene. The Free Town Project chose Grafton as a place to move if you wanted to be in a town of liberty lovers.
> >
> > http://en.wikipedia.org/wiki/Grafton,_New_Hampshire
>
> Seems like they are doing quite well and we should all try to replicate that success in other states to make a big impact in 10 years versus a small impact in 5.

Exactly.

If everyone is thinking outside the box, there is a new box.

**FinShaggy**
Full Member

Activity: 196
Merit: 100



Google/YouTube



 **Re: Let's Start a town**
May 25, 2013, 09:47:01 PM

#15

=Fully Unemployed Society=
This has been a dream of man since the dawn of civilization. Even the Egyptians had slaves to do their work, so that they could live more comfortable lives. They even considered their Egyptian language (or Ma'at) to be magical, because not only could it put their mindscape into reality, it could get things done through orders and chain of command.

=Slavery=

Slavery was the first attempt to "let the machines do the work", but slaves are PEOPLE, so that doesn't work. I even believe that animals should be liberated and humans should be taught to communicate through body language with animals. Slavery seemed to work for a long time, because social systems allowed it to. Just as society allows industrial slavery today

=Industrialization=

Industry changed everything, a machine could do the work of 1,000 men. But it started even before that. Feudalism, and cottage industry. There are still examples of this today, but it has mostly died out except among middle class Americans. Cottage industry is where a town agrees to make something for a company, say mittens. So they knit mittens, and at the end of the month the company comes by, buys all the mittens, then sells them for more somewhere else. That is cottage industry. Feudalism is where 1 man owns a piece of land and allows others to live on his land for a price. In the past people would do this in an attempt to make money for themselves (usually floundering under the taxes of a king or government), but now people seem satisfied to do it for no profit, and example being: [[Home Owners Associations]]

When machines started being built though, even cottage industry and feudalism were wiped out. Whoever owned the land could demolish the cottages or farms, build one giant factory or plantation, and pay one 'industrial slave' (and usually his family) to run the machines, and earn the money. So textile mills, companies like [[Dole]], steel mills, railroads and everything popped up.

But this was still not a means to "let the machines do the work", even though it was an attempt. There are still people in the middle struggling for income. It even got so bad they had "industry towns", which were just over crowded ghettos where the employers forced their employees to live. They got paid money that could only be spent at shops on company property, and most of their checks went straight back to their employers for rent. We haven't gotten very far away from that, and that was less than 200 years ago.

=Slave to the Dollar=

Now we aren't forced to live in industry towns, and work in steel mills. But the average Wal Mart emplpoyee still qualifies for welfare, and we don't blame Wal Mart for the excess of welfare recipients. And, most people don't like their jobs and would rather not work them, but they don't leave because of the almighty dollar

In the [[1960s]] groups like [[YIP]] or the [[Youth International Party]] supported the idea of a fully unemployed society.
=The Solution=

Mining.

Mine COINS. Let the machines do the work. True, you have to get funding, but there are websites where you can ask for funding, and you can try to do something to earn coins to fund your mining.

But this is FINALLY the solution, our society has discovered how to "let the machines do the work". Mine coin, support the coin economy when you have excess money. And everyone can live happily, with a means of income brought to them basically for free.

EVERY other time one of these revolutions has taken place in any society, someone gets left behind or put in a lower class, or considered the machines...

This time NO ONE should be left behind. Don't be greedy, help save the world.

Machines already produce most of our stuff. Cars, other machines, toys, money. Machines could do all that work still, we just need a few inventions in between the humans at the factories and the machines that already exist.

If we work towards a fully unemployed society, eventually the only jobs left are: Mechanic, Inventor and Specialized jobs.

Meaning:

1. Everyone would have a machine that they repaired, or checked on. (even through a webcam as long as it's working)

2. Some people invent new machines, and new things for people to do.

3. Some jobs will still be necessary, until a machine is invented for them. Ex: Brain surgeon.

=Currently=

Everyone could make a pretty good extra income right now, and we could solve a lot of poverty, hunger, education and child care issues simply by WORKING TOWARDS and unemployed society, I understand that it will not actually be fully unemployed for a long time.

We could basically become a society of businessmen (traders) and inventors, that have knowledge of mechanics and engineering. Like America started out as.

The goal isn't to mine and sit on your ass for the rest of your life while the machines do more mining to make you money to live on.

The idea is to mine, then make money, then use that money to put real life applications into place. Invention is the only one that I have mentioned, but there are plenty of other ways to start your own company, or publish your own book/magazine, start your own website, make your own movie, run a political campaign, start a charity.

Make the world a better place by mining.

Ex: Police are meant to be a TRANSPARENT part of society, meaning: As long as you are not an outlaw, you should not see police officers on a regular basis, yet they prey upon the regular citizens like tigers hiding in the brush. (giving tickets)

Yet,

These "guardian citizens" are awarded with free:

*Cruisers
*Computers
*Guns
*Headquarters
*Printing Equipement
*and much more, at our expense and to prey upon us with

Then when they arrest us, they can put us in the inmate worker program.

Why are NONE of these things provide for us. Why is there no library for cars?

If we provided for each other, instead of going through the middle man (government/taxes). WE WOULDN'T BE PEASANTS ANYMORE.

"Full unemployment" is a work in progress, of course it can not work in todays society. We have to work towards it.
=Arguments=
*1

Q: "What about the people who provide food and shelter?  You are saying they shouldn't be paid?  That they have to work for nothing?"

A: "Maybe they should just mine, and make those free houses into mining pools."

*2

Q: "I don't think you understand what 'free' means."

A: "It means you pay for the electricity, you mine the coins, but you give some shit away for free."

If everyone is thinking outside the box, there is a new box.

**FinShaggy**
Full Member



Activity: 196
Merit: 100



Google/YouTube



**Re: Let's Start a town**                                                      #16
May 25, 2013, 09:47:52 PM

Here is an example of how these philosophies could begin to be applied in a REAL town

=Collin County=
When most people look at Texas politically they see Dallas, they see Austin and maybe Houston. But Mckinney and Collin county are really more important than anyone sees.
First off, it has a pretty big population of people (19th biggest in Texas) and more importantly, it has a big population of people that LEAVE when they get old enough (unless they can't afford to and stay to live with their parents, while some get apartments in town and party into their twenties)... So, that makes the primary residents of Mckinney and the surrounding suburbs older and republican, and because of the number of churches, the cities status as "dry" and the lack of nightlife forces people into a Christian lifestyle. When we were younger we used to say "You need to be 40 or extremely Christian to have fun here." So even the kids are going other places to have fun, spreading their politics and stuff. But I'm not to that yet. It is primarily Christian, Older & Republican (most of the wealth comes from oil companies, prison industry or weapons technology companies like RAYTHEON, which is the single biggest employer in the entire town, including city staff and the school district.).

So the 19th biggest population in Texas has a PRETTY solid voting status, with the exception of people who DO stay when they get older, in which case they will have more liberal, democratic, libertarian or in most cases democratic-republican or liberal-republican veiws views because of the house-to-house party and crazy police environment they were raised in. Which brings me to my next point in the importance of Mckinney and Collin county in general. The kids grow up there, and go to Dallas or Arlington or Fort Worth or Austin or Houston or Denton looking for people more similar to them, so the kids from Mckinney are in some cases important to the politics of the other political hubs of Texas.

And with all this political importance, the town runs on arrests (tax money going to privately owned jails), probation fees, court fees, tickets and basically other predatory tactics on its own citizens, with a fairly heavy focus on arresting minors. The mayor is a LAWYER (I went to school with his daughter ) But I sense a change in the politics in Mckinney and thus a change in the politics of Texas.

1st, tons of people are staying to go to community college instead of real college, because it's not a community college now it's a "real 4 year university" since UNT adopted it.
2nd, it is the hub of jails, courts and probation so everyone has to go to Mckinney, and not only learns where it is, but meets the other criminals from there and around there. And mckinney has a lot of money, which I'm guessing is appealing to criminals. And in my opinion, the police focus too much on children and aren't prepared for 30yr old meth heads with AK-47s, as proven by the 1 man assault on the police station a few years back, in which one man blew up a truck in the police parking lot and fired three weapons for 5 minutes before being shot down.
3rd, there are so many schools there, and most of them are NOT making kids republican because they are piss testing them and filling the halls with officers.
4th, Mckinney hides most of it's politics, making it seem like it's something lawyers and doctors do and not regular people. The most you see is a sign on the side of the road or in someone's yard, which means that if some new wave of politics hits Texas, they aren't prepared to fight it...

McKinney's current slogan is "Unique by Nature", I believe it should be "Et in Mckinney Ego..."

=Arcadia=
I think McKinney has the potential to be a pseudo-"heaven on Earth". It just needs to stop focusing on drawing the attention of realtors, golfers and old people, and start focusing on the comfort and needs and wants of ALL of its citizens instead of just church goers. ex: change all the signs on the highway about golf to signs about FUN, and build the water park they told us they would build in McKinney TEN YEARS AGO. Or open a new club, or a paintball place. The country club isn't even profitable, so advertising it REALLY isn't the best way to do things. I don't see why they don't turn it into a nightclub at night for the kids. They have like 2-4 locations and the support of the police force, why not go for that shit.
McKinney should adopt the philosophy "It takes a village to raise a child". We are already half way there, but the government need to make sure the children are not just educated about the curriculum, but the world around them and the politics that drive their city. And the police need to make sure they aren't arresting kids instead of teaching them.

We already have good recreational sports programs and an amazing school district, but we need more things that support not only what we believe our kids should be, but what are kids believe they can be. There should be musical programs in place to support aspiring bands, actors, politicians, communications enthusiasts, tech enthusiasts and more, and they should be available and promoted to EVERYONE. Programs that are as supportive to your choice as the FFA or BSA is to the kids that join.
=Parks=

And I think we need to get more parks and rec programs going on in McKinney. The only people that use the parks are boyscouts and stoners, so it's just empty or random parked cars most of the time. And we have some pretty big parks, like Erwin park. So

own festivals and stuff could be held there, and a million thousand people could be there. Bike riders against park, so maybe races and stuff too. And honestly, I think a cannabis festival would be well received by the community, since everyone I went to highschool with is 18-25 now And my school is like AAAA with like 6,000+ kids and over 1/4 mile from one end of the building to the other. So that's a lot of stoners, 1/4 or more of which probably still live in town, in the surrounding suburbs, or in the surrounding countryside.

There is a group in McKinney known as the "Crape Myrtle Trails" and I know quite a bit about it, because when we were younger my stepmom talked about how she was like an important member or something.

But there is NOTHING good about the Crape Myrtle trails. True, they plant pretty trees. But honestly, there are WAY prettier trees to be planted.

It's ok to want to plant a few Crape Myrtles, but my stepmom told me about charity dinners where they literally earn $1,000,000+ for planting crap myrtles... That's TOO many, you can't just ATTACK an ecosystem like that (that is what they were doing, they plant them on every median and every sidewalk in town). A few years ago the trees even grew these weird beetles things, it looked like scaled that started as like bark colored and turned black if I remember correctly. But my point is, this kind of things isn't normal. They build an environment for that beetle to thrive, which effected the ecosystem by bringing MASS numbers of those beetles. Now, as an example: what if that beetle attracted a certain bird, and that bird ha a better beak for suburban living the natural birds of McKinney. Like they are better at digging into the mortar between bricks or something like that. Now those Texas birds get wiped out, and what if those birds are easier prey for wolves increasing the wolf population (just a crazy example explaining how the ecosystem works), or the bird carries a disease that can be transmitted to humans.

Planting a few of each plant in various places is ok, but planting ONE plant everywhere is not ok.

We should plant different kinds of fruit trees, so that the plants are useable. We should contract farmers to plant and harvest trees on public property all over town. A portion of it goes to the feeding community centers, while the farmers keep the rest. But the city keeps up regular watering and weed maintenance as it does now. And if that project could get as much funding as the crape myrtle trails project, we could feed hundreds of families, while making the town beautiful. Instead of making it beautiful at an unknown eco-price.

*Cook-Offs

We already have a Chili cook-off, and I believe we should: 1. Make that festival bigger and more musical 2. Make more culinary festivals like it.

ex:
Carne Asada contest, after the chili contest, people can marinate meat from hunting or just purchasing, and marinate it to submit in a carne asada contest. Some people put it on fries, some on burritos, or just whatever they can think of.

Bake off, which I think a few churches already do, but why not have one at town lake and hire a few local bands.

Candy Contest, have people make home made candy and have a contest. And it could fit in well with Halloween in the square.

It's Texas, so their should just be a general "Meat" festival where it's steak, burgers and everything else. It's a suburb full of dads, they will have plenty of stuff to enter in the contest.

It's McKinney, so a Wine festival and Oktober fest is almost like "Why don't they already do that?".

There are plenty of companies in town that could submit into, or even sponsor events like this. And people in McKinney love to get out and eat shit.

And having an eating contest at any of these events would probably completely get involvement, I can think of a few "eaters" in McKinney.

*Festivals

In McKinney there is a little "historic" type stone area made to look like a Croatian village. My friends uncle was the contractor building it, so they used to have band practice in the parking garage, and now they have July fireworks events next to it.

I think they should use that area for more festivals. They should poll the community, and see how many people would be interested in different festivals. And since it is a historic type village, I suggest heritage and art festivals. Like a day where there are Irish stalls and beer, Celtic art and fried stuff and stuff for St. Patricks. And same thing but German and sausage for Oktoberfest. Then February have a Black history festival with people who speak, artists who make art and music that empower the black community. Then a Mexican heritage celebration for cinco de mayo, etc. It would really bring people together, and teach them about culture and food from different places, while letting the people that are party of those cultures show everyone their heritage.
=Innovation=

And, there should be a stage at trade days, OR trade days should be held at the football stadium in town so it is more like the fair, and therefor more desirable to go to

I think there should be a studio in McKinney, so that companies are encouraged to make their own commercials, and the children in our highschool's drama programs have something to aspire to besides MOVING.

I'm sure a few people here know what Bitcoin mining is. Our town has like 3 libraries, plus a library in every school. If they put a program in place to turn 1 library into a mining facility, the town could be WILDLY profitable.

We had one of the first 3 environmentally friendly Wal Marts in America, meaning that it was powered by wind and solar panels. If

We started using the same technology on the government buildings, and especially the mining facility if that ever happens, the town could basically run for free. Then eventually it could work on equipping all houses with solar and wind attachments, to the point that it is no less common that having a toilet in your home. And Collin Count is THE richest county in Texas, so it would be the best place to start a project like that. A surplus of money and a surplus of sun.

McKinney should get murals made constantly. Every holiday, or celebration should be kept in everyone's memory by some shop owner (or school, public lot or church if that is where it is held) with a mural on a wall or section of parking lot, or some form of totem or statue/art.

This solidifies the neighborhood because they can point and say "I was part of that", as well as gives jobs to artists that may try to put their art in public illegally without an outlet such as this. And this can help us create celebrated artists that our town promotes nationally.
=AirPort=

We also have our own Airport, I really think that should be expanded as it would increase trade to and from our town, which would in turn create a wider product base for local stores (we have a crazy shopping scene, because the town square has been taken over by girls and gay dudes, which isn't a bad thing, it's really good for small businesses). And the whole thing would create more jobs because airports need people and so do stores with more products. And honestly, I don't believe that the stores in McKinney can support the population it is trying to build, because that is McKinney's number one focus and has been for years: Building houses and putting people in them. But we need more now. They did just build 3 hospitals, which is great for jobs, but an airport would just be 1,000x better. 1st, you don't have to be a brain surgeon to work at an airport. 2, the airport can take you places like dallas ft worth, cutting down commute time and overall traffic on the highways from Oklahoma to Dallas.

=Media=

I believe the government of Collin county should support a studio/media program. We have a local newspaper, and a branch of UNT at our community college. So if the newpaper and county government supported a journalism program at the college, they could start a small media outlet there, then eventually evolve into a studio. Because again, the town has tons of drama programs in the highschools, but the only option is to leave after highschool for those kids. So if we expanded the journalism jobs in the city, and created a studio there would be a place for those kids to go. Because not only are there a lot of highschool drama programs, but there are photo journalism and other journalism programs, but only a small newspaper in town, and then like the Dallas Morning news to aspire to. They really need more local incentive and opportunity.

I think our town should make its own reality shows and put them online. Made has come to our school, Intervention has been on the East side and Dax Flame was in 21 Jump Street and Project X, so I don't see why the parents don't encourage the kids to make videos. It seems like the kids are doing it themselves, and with pretty bad quality. That includes me, I make my videos from my iphone and don't edit shit, but that's because I don't have support and can't afford things to get better, until I put out the shitty shit and make some money to spend on it. If we had a studio, or just a group in town that had a loan or grant to make reality shows, they could start on YouTube and I don't doubt that some of them would end up on TV. There is WAY more interesting stuff going on in McKinney than the stuff they've already put on TV. I bet the Courier Gazette could afford to do it, and Newspapers are always looking for new stuff to do.

McKinney has tons of girls obsessed with fashion, but the only real outlet is facebook until they are old enough to leave and go to Dallas, and even in Dallas the chances of them being anything but a club promoter or stripper are slim to none.

I think McKinney should have fashion programs in place. 1, a media studio for people to make costumes and wardrobe for. 2, actual fashion type organizations to hold fashion shows. 3, there should be fashion festivals, where people can show off the things they've made and sell stuff.

There are plenty of clothing companies in McKinney that need exposure like this, all they have right now is the ability to get a billboard or magazine add.

=Education=

I think there should be more field trips and the children should have more educational assemblies. I don't understand why we don't have our kids ask questions of public officials, or go to places like the town hall and see how they operate. I promise our town could handle tours, I've been in just about EVERY government building in the town, and there is NOT that much going on. Groups of 20-30 kids with a few teachers could easily maneuver around any judicial and by my guess executive government building.

Classrooms should utilize programs like AdSense and Bitcoin mining. Parents and kids should have to sign a waiver saying that students CAN use their cell phones, cameras and other devices in the classrooms of teachers that deem it acceptable.

And the teachers should use the rule to make class projects that get online support/viewers, which means the ability to share ideas nationally and internationally and collaborate. As well as earn money from views.

There should be a contract that teachers sign that allows them to keep 50% of the revenue from ads, and the other 50% goes to class projects. But they can't allow projects to steer off curriculum. Basically like helping our teachers get tips, while teaching their students with the help and collaboration of other teachers. Same with the mining machine, it would tip the teacher while putting money into the curriculum. And the schools should get to vote on when the extra money goes, because I'm sure there will be leftover money every year from the 50% that goes to projects.

The county could eventually even start its own adsense type program to promote the community through ads, while helping independent artists and classrooms thrive.

The police, health, fire and other government departments should also utilize these programs to earn extra income by creating "cops" like programs, which will also keep them honest since they have viewers.

The libraries should have public printing machines to promote free speech. They should cost money per page like now it costs like 10 cents per page to print paper out at the Library. And I don't mean just put more printers, I mean like Xerox machines and brother machines. So that people can make large posters, write pamphlets, door hangers, mailers or t-shirts and stuff. It would make free speech amazingly, and it would provide the need and resources to hire graphic artists in our libraries. Smiley And this should already exist, instead of having to go to a company like Kinko's and pay fifty cents to a dollar for a regular piece of paper with regular ink printed on it. We could even contract companies that already exist and have machines to start operating out of the libraries.

This could be a shared venture with the post office to help the post office be profitable and convenient in terms of printing lots of stuff and shipping it.

There should also be a publishing program, where you can submit writing to the library for a chance to get your book/story/biography published and stocked on the library shelves.

We could create a pretty big writers society in Collin county.
=Biodiesel=

Texas doesn't use the oil it digs up for sale, it stores the oil it gets and buys oil for cars from countries like Saudi Arabia. So I think Collin county, or at least the McKinney Independent school district should switch to Biodiesel, then a chain of gas stations should get the contract to buy corn from local farmers and start supplying biodiesel at their gas stations, as well as like a biodiesel pump at the school bus gas station. Then eventually put a biodiesel public transport program, so there are buses running on biodiesel. And that way there would be more reason for the surrounding farmers to grow corn besides making high fructose corn syrup. And used cooking oil wouldn't go to waste at all the local restaurants. And McKinney could become a big player in the "Green Movement" by opening a biodiesel company. Any town in Collin county could start a half liquor half biodiesel company, or pay a company like everclear to come into town and do it. Everyone drinks in Texas, and everyone needs to drive no matter where you are, so it can't fail.

=Churches=

There are WAY too many churches in McKinney, I even helped build one with a volunteer organization, and there was another one across the street that was already small, shitty and had no attendants. So I think we need to go to each church and offer them contracts to not be churches any more, because you can't mix church and state. So we find churches that need funding, and pay them to be "community centers" and we have them choose a specific goal, like: feeding people and kids before/after school, teaching people about specific things (finance, rehab, media, politics, philosophy/theology, etc), clothing people, housing people/shelteres (most churches in McKinney are bigger than the one shelter I know exists in the whole town), planting trees, cleaning roads, public law libraries, public computer building (completely dedicated to computers instead of books) etc. That way the church employees can get a government salary, offer their congregation jobs instead of a chance to tithe, and still use their non-profit status to accept donations and put together events and even Sunday celebrations.

And instead of being thrown in prison with violent offenders, burglars, rapists and drug manufacturers. Drug users should be sentenced to volunteer time as part of these congregations, and not put in cages at all. And they should be put on probation so that any violations can still result in short jail sentences or extended time, as incentive not to skip time with the congregation.

=People's Police=

A lot of people know this, but I'm sure there are people that don't. But most jails are privately owned, meaning the government pays the salaries of all the employees, and government sanctioned officers are used as guards, but the prison is owned by a private company or family. So basically, the prison is paid YOUR taxes based on how many beds it fills, and prisoners do free labor to keep it clean and up to code, and to make sure the guards don't "have too much on their plate" :lol: . But McKinney is a prison, lawyer, judge run city (and Collin County is run in the same manner). And I think that needs to change. About 1/4 of the juvenile detention center could be made into something else. Such as some form of work program that supports the community instead of just keeping our jails clean (the juvy is right by the county jail, so it wouldn't be hard to transfer workers) or even as I suggested for the libraries: a mining program, so that the town can earn money on its own. And I PROMISE more than 1/4 of those kids don't belong in jail.

McKinney's police force is out of control, but there is no simple solution. Plus there needs to be a decrease in prosecution, while not leaving a vacuum of lawyers and officers without jobs.

So I propose a counter measure to the police department, a "people's police". It will start as a government program, similar to the DA's office, but it will hire barred lawyers as "educators" and aspiring lawyers, or true "officers of the law". They will be on call at all times like the regular police department, but the difference is:

They are armed with law books (and only concealed weapons if they get personal licenses for personal protection)

They are meant to be called as "legal mediators" or a 3rd party witness. Ex: The police are harassing you or on your property illegal, these are the people you call. There is a murderer in your house, and you may have to kill him but want everyone to know you killed him in self defense. Call the police, then call these guys.

They are basically an "on scene legal department" so that in court it's not "You against the cops" it's You, the cops and a 3rd party sharing what happened.

Eventually it would be absorbed into the police department once it started being less "police state" than it is right now and they would just send them out as teams, or in separate cars like the ambulance and fire trucks do.

And the police would always want to beat these guys, so response time would be WAY faster.

And to decrease the number of arrests and prosecutions in order to make this a "for the people's police" force durable, they should announce unwritten "codes" to the police department, asking that they focus on violent offenders, and dangerous drug manufacturers. And put less focus on arresting children and people growing/using drugs that are available from nature. Only charge people for things if they are already doing something BAD, if they are a child or doing something like possessing a joint, there should be no charge levied.

Now, if a guy is pissing on the wall of a place of business or there are reports of a gunshot and you find a joint, arrest him for it. But a few kids are sitting in their apartment stairwell, or at a park, or in the woods, or a car parked in a driveway smoking a joint. Break it up, but no one needs to go to jail.

=Welfare=

We need to have better welfare for regular citizens and veterans.
We aren't that big of a tourist attraction, yet we have like 4 pretty large hotels in town. One of those places should start getting government funding, and start housing families & Veterans. It would be bigger than all the government housing that is currently in town.

And veterans should be paid to work there if they want.

If everyone is thinking outside the box, there is a new box.

**FinShaggy**
Full Member


Activity: 196
Merit: 100



Google/YouTube




**Re: Let's Start a town**
May 25, 2013, 09:48:49 PM                                                                            #17

=THE AMERICAS MANIFESTO=

*By: A. Southerner

Respect, Honesty, Family, Knowledge, Love, Wisdom, Understanding, Forgiveness. These 8 pillars will stabilize our nations.

*1.Family:

Love, Respect and Family go hand in hand.

a.Respect and Love mothers. Any woman should be valued. They have the gift of bringing children into this world, and there is no reason for them to ever be disrespected, or hit. Respect the wisdom of the older women, and the older generations in general.

b.Respect and Love Children. Do not disrespect a child because of their age, protect the children at all costs, and train children to defend themselves. You should treat any child as if it is your own, and you should treat your own children better than whatever you find precious. And keep in mind throughout your child's life "It takes a village to raise a child" and "Walls that keep out danger, also keep out knowledge".

c.Respect and Love your brothers and sisters. Your brother/sister is not an acquaintance, he/she is not a relative, or a friend, you are family. Your brother has no color or race, he/she is all you have in this world, they have been there for you in every situation. You have your elders but one day they won't be here, you have the next generation but they have their own new problems they will be facing. Love and Respect your Brothers and Sisters, share your understanding with your brothers and sister. If you need help, let your family know.

2.Observe/Sense
a.Observation is a part of understanding. Observe the world around you. Do not just accept what you hear, or see. We must make an attempt to understand the world around us. See what is around you. Notice the wind, notice the temprature, notice the clouds, the stars, the grass, the trees. Begin to learn their names, understand where it is they belong in nature and why. Deepin your observation, and begin to see why everything is where it is, and what is doing, and what other things are doing to and with it and what it is doing to other things.

b.See, hear, taste, touch, smell. To understand something, you must get a sense of it. Experience the senses of yourself, experience the senses of your world, experience the senses of your brothers and sisters in the world. Understand each other, understand everything.

c. Plants don't have words, or sign language. The only way a plant can talk is with its chemicals (ex Poison: Don't touch/eat me) Learn to communicate on a level deeper than speech. If this doesn't make sense, ask a brother or sister to help.

d. Yesterday is not right now, and today is not tomorrow. If you're living for the moment? Then your time is already borrowed.

*3.Economy

a. The American economy is in shambles, and therefore the American dollar is in shambles. And to make things worse the American dollar is no longer backed by gold or silver. Meaning "pretty soon" the American dollar will fall below the Mexican peso. We should make a net for the economy, instead of just watching it plummet.
But if we created our own "private" community bank, and printed our own money (not counterfeit, copies of American bills, a brand new dollar.) and either made it on gold/silver coins, or made it where you could come and actually trade the notes for reserves of gold/silver or something else valuable (water, food, fuel, etc) then if and when the American recession reaches its climax, we will be prepared. And actually with a more foolproof economy than the current "no gold" paper dollar.

b. Every member of the Americas needs a job and/or income of some sort for little or no work (depending on health/ability). There are many services that people could pay the government for, that would make the government a truly useful servant entity, that it ignores: Garden tending, Homeless housing, Energy rigging, Biodiesel making, etc. Which are all very simple tasks that could be

carried and bought by the government, in any household, and for a steady income. And the government could then use those things to provide services to the community.
We must show the people in charge how things can change, or we must make the change ourselves, in our own communities.

c. We should make any attempt possible to stop using resources that will be used up, as fuel, and start using things that can be renewed forever, and therefore used forever. As well as use fibers that are more resilient (than cotton, nylon, etc), last longer, and protect us better. To make things like better clothes, and stronger building materials from.

*4.Community

a. Give back to the community, never forget where you came from and who your family is. If people in your neighborhood/state don't have money for Christmas/Hanuka/Kwanzaa, bring it to them. If someone is hungry, feed them. If someone has no bed, give them a place to sleep. Do not steal from your brothers and sisters, share with your brothers and sisters.

b. Respect the education of any (respectful) community member that has/does serve(d) in the armed forces, politics, law or government. And remember if you gain power as an officer, official, etc that you came from the community, and are still a part of it. You are there to represent, protect, and serve your community or nation, not to prey upon the citizens of it.

c.Register yourself to vote, and help register anyone in your community to vote. Only about 48% of registered voters (And only about 50% of America is registered) actually turn up to vote, if we can get all nonvoters to write a name in, we can actually get someone good in office.

d.We should intend on unlatching ourselves from the ways of the failing system. There should be true democracy, and true equality. Any person, and any voicefully willing child should be allowed to vote, make decisions in the community, see and learn from the consequences of those decisions. The political system should be more streamlined and responsive to the needs of all the people regardless of age, sex, or race We can not have complete peace until we leave no question of oppression, and revolution. To suppress the mind of a child from the world, simply for being the mind of a child is wrong. Same with any other person, race or species on this planet.

e. Create non-profit services such as churches and shelters, if you can be certified as non-profit you are probably doing something right. Apply for a Township if you have the land, or enough people in your community with deeds that want to make a difference.

f.Work together, organize. When individual organs work together as one body, they can get more done than they could ever imagine alone. Share in each others wisdom, knowledge, and understandings.
But do not impose yourself on another, let everyone be their own person. You control your own future.

g. Victimless offenders need to be released from prison. People who stole nothing, left no debts unpaid, hurt no one, and threatened no harm, should not be imprisoned.

h. No hard drugs. It's ok to drink, it's ok to ingest plants (Coffee, Tobacco, Chocolate, marijuana, etc) , it's ok to expand your mind. But do not use or get it physically addicted to a drug. There is no positives to addiction, even if you feel like their on top of the world, you will come down. Painkillers and anesthetics have their place in medicine, don't abuse them.
And do not distribute (sell) hard drugs throughout your community. To gain from the addiction of the community, hurts you and everyone.

i. Help a struggling brother, sister, elder, or child. Do not ignore, use or find humor in their struggle. Including court, show up for your family, even if they are wrong.

j. If the people making the rules, and running our world made the exact same amount of money as the lowest person they had jurisdiction over, the world would get better for the oppressed, real quick

k. We need a program of ecological development that would provide incentives for the decentralization of crowded cities and encourage rural living.

*5. Education
Much of your education as a child and as an adult, should come from the direct situations occurring in your community, or nation at that time. If we do not learn what the problems are, how they happened, what has been happening around them, who we are, and where we come from, how can we ever expect to solve those problems?
Share your education with your brothers and sisters.

a. Learn who your appointed and elected representatives are, and learn what/who they are representing and/or getting paid by, and who their families are. Make decisions at election time based on education and understanding, even if that decision is chaotic to the system (like voting for Elvis). And learn how that system works, like what powers are awarded to which titles.

b. Know the history of your state. Who it was founded by, what was done to found it, when, with what reason, etc. Also study the history of your states high courts, the specific cases and rulings.

c. Study the philosophies of the world. Even if you just study the main three philosophers Socrates, Plato, and Aristotle. Educate yourself about the world around you.

d. Learn the law. Learn the legal definitions of words with a Black's Law dictionary, there are many words that are different in there, than in common American English. Understand the difference between Constitutional "Law", US "Code", and agency "Regulations" when debating the finer points of law.

e. Understand time, how our calendar was made, what other calendars there are, and what an "age" is. Understand "quality of time", Kairos ("real" time), and Chronos ("timed" time). With measurements like minutes or seconds). Understand how to use kairos time (the fleeting moment), and free yourself with this understanding.

f. Immerse yourself in new cultures. By traveling, and by simply reaching out in your community. There is much you can learn, even from an "uneducated" tribesman.

g. Educate yourself in as much medical aid as your time and mind will allow, you never know when you could save your brother, sister, or child's life.

h. Do not "specialize", you may be very talented in one area, but life will demand more from you at some point. You never want to wake up one day and feel like you have "peaked", let age bring wisdom and wealth of life, not personal imprisonment. Become skilled in many things.

i. Read the Bible, Torah, Qur'an, Rig Veda, and any religious text you can find. Especially if you personally call any of them Holy.

j. Write your own literature. Flyers, brochures, books, anything. Share your thoughts, share current events, share anything. The circulation of information is one of the most important/powerful things in the word.

*6. The Beginning

a.Several smaller sections will be written separately as new wisdom and knowledge is gained.

b.Share these thoughts freely, and if you feel like you can add to them to make them better, do so with bullet points under the appropriate letter (a,b,c) Or a new letter if necessary (a whole new subject). If you would like to edit the words, contact me.

c. Each person or animal on the planet, is like the molecules of an organ of a cell in your body in your body. It contributes to:
Each group of animals (family, pack, organization) is the organ of the cell. With the molecules coming together to be the organs. The organs work together to be:
Ecosystems are like the cell. All of the organs do their part and come together to create a living, active cell. The cells work together to make:
The Planets and stars together make up the tissue of the cell. The tissue comes together to form the:
Solar systems are like the Organs in a body of god. Everything from the tiniest insect has done his part within his piece of god, and it all rushes like a reverse funnel as the actions of gods:
Galaxies are like gods organ systems. His Respiratory System, Circulatory system. Not actually the same as us, but ours represent his. "We have been created in gods image" Just means, "think about it, we're god." Everything that happens has cause and effect, and comes together to be "gods plan".

If everyone is thinking outside the box, there is a new box.

**FinShaggy**
Full Member


Activity: 196
Merit: 100



Google/YouTube

 **Re: Let's Start a town**
May 25, 2013, 09:49:58 PM                                                                                    #18

=It takes a Village to Raise a Child=

In the past (and still in many countries) children grew up with regular (even EVERYDAY) contact with their grandparents, cousins and various family friends. This still happens in smaller towns (and poorer areas) in America, but suburbs and city life is killing this idea. Suburbs are making people want to grab a plot of land with a nice box (house) on it. Then fill that box with nice things, and have some kids. Then keep EVERYONE else out of your box, unless it's the super bowl or thanksgiving.

The idea is still alive in small town America, where people trust their kids to walk down the street alone, and neighborhoods (such as projects and trailer parks) where people are forced to work together to make it to the next month.

=Reapplication=

This idea needs to come back to life in America, and become something that is less transparent in the rest of the world. This philosophy needs to be given credit. Whenever a kid blows something up, or shoots someone, everyone is quick to blame the village or the media, but when something goes right everyone says that against all odds that person did it alone. Ex: Oprah believes that visualization and her pure will got her the parts that made her famous, but that simply is not true. She needs to give credit to the people that gave her the connections to meet the people she met, as well as credit to the people that saw something in her and chose her for the part. AND her family and home town.

=Et in McKinney Ego...=

*Greek Society
Many people don't know this, but Greek society was slave driven. The reason everyone was able to spend time educating themselves, carving statues, painting pictures, philosophizing, writing poems... Was because they had slaves doing the work.

*Arcadia
In ancient Greece their was a place known as [[Arcadia]] (it still exists, but is not the same kind of place anymore). Arcadia was the Greek idea of heaven on Earth. It was a place where Shepherds watched flocks, lived happily and had plenty of everything to consume. But once it feel and became taken by philosophies like that of Sparta, all Greece had left was the memory. They painted pictures, and wrote poems. It became an even greater Utopian dream than it had ever actually been in Real life...

*McKinney
I believe McKinney can become a modern Arcadia by utilizing the machines that have been invented to date, and inventing new machines to do the rest of the labor. It can reach the comfortable status of Greece, by letting robots do the work no one wants to do. Then we can work on creating possibly an even better political philosophy than democracy, or perhaps perfect the idea behind democracy. McKinney is already on the verge of bliss, it just has to make it "over the hump", meaning: it needs to find a better

system of fundraising than tickets, court and probation fees.)

=Self Sustaining Party=

A Self sustaining party is basically a celebration that becomes a community.

=Philosophy=

The best example of a self sustaining party in America would be the tours of The Grateful Dead and Phish. They started out as celebrations known as "The Acid Test", and became a multigenerational nomadic community.

The way this happens can be put to a formula.

*1. The Alkaloids & Alcohol- Usually Marijuana & Alcohol, but sometimes inclusive of things like LSD.
*2. The Community- There needs to be people that come to every party and bring free food or at least drinks/alcohol (usually the people planning the event, my point is just that it needs to be a solidified group with goals). People should be allowed to become part of the community, and it should work towards making the events have more community activity going on.
*3. THE event- You need to gather for a reason, not just because it's the weekend or you want to party, usually the best reason is because as a group you want to change the world, or at least the politics of your nation or local region. This can also include house bands (The Warlocks were the acid test house band, and later became known as the Grateful Dead)
*4. Frequency and Area- The celebration needs to happen as frequently and as many places as possible, as many towns as possible, as many states as possible and as many countries as possible.
*5.  The Demand- The fact that these parties happen will create a demand for things like clothes, food, gas and shelter. Which allows for small businesses to start popping up, and possibly even local currencies for use between citizens of the party.
*6. Development- At this point all a community has to work towards is developing shops, housing and eventually public buildings.

If everyone is thinking outside the box, there is a new box.

**Matthew N. Wright**
Untrustworthy
Hero Member


Activity: 588
Merit: 500



Hero VIP ultra official
trusted super staff puppet



 **Re: Let's Start a town**
May 25, 2013, 09:54:23 PM                                                    #19

I honestly don't think I believe in family. It's a silly concept. No matter their DNA or familiarity, someone can always be out to destroy you or harmful to mankind.

My transparent history + transaction-specific feedback thread   | No e-begging! If you need money, work for it!   | Bitcoin EU Convention 2013, Amsterdam, Sept 26~28

**FinShaggy**
Full Member

Activity: 196
Merit: 100



Google/YouTube

**Re: Let's Start a town**
May 25, 2013, 09:55:23 PM                                                    #20

Quote from: Matthew N. Wright on May 25, 2013, 09:54:23 PM
> I honestly don't think I believe in family. It's a silly concept. No matter their DNA or familiarity, someone can always be out to destroy you or harmful to mankind.

When I say "Family" And "Brothers and Sisters" I just mean your generation.

If everyone is thinking outside the box, there is a new box.

Pages: [1] 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29 30 31 32 33 34 35 36 37 38 39 40 »     **print**

« previous topic next topic »

Jump to:  => Politics & Society  ▼   go