Bitcoin Forum

 simple machines forum

May 19, 2019, 01:58:33 AM

Welcome, **Guest**. Please login or register.

**News:** Latest Bitcoin Core release: 0.18.0 [Torrent] (**New!**)

Search

HOME   HELP   SEARCH   LOGIN   REGISTER   MORE

Bitcoin Forum > Alternate cryptocurrencies > Announcements (Altcoins) (Moderators: mprep, Welsh) > **[ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**

Pages: [1] 2 3 4 5 6 7 8 9 10 11 12 » All

« previous topic next topic »

print

   Author       Topic: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW  (Read 2108 times)

**immakingacoin**
Member


Activity: 98
Merit: 11

 **[ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**
January 20, 2018, 03:08:41 PM
Last edit: January 21, 2018, 03:59:07 PM by immakingacoin

#1



Temple Coin and Shaligram are Sister Coins, and will be the Backbone of an entire network of Coins made by people all over the World to represent their Home Towns, Countries, and other Real World Concepts. Shaligram is for Mining, while Temple Coin is handed out for Free. The Temple Coin ICO will go through February, and will be Free; Free Coins will continue to be handed out even after we get on an exchange. If you want to buy Coins so that you have more, that is also available as part of the ICO through one of our Other Team Members. Our Team will be introduced in this thread today. Wallets are at the bottom of this post.

In February we will also be asking people to use #Blessed on Twitter, with their Temple Coin Wallet Address, and we will send them Free Temple Coins and ask that others look for those Hashtags and send Free Temple Coins as well.

## Here are some of our Coin making Guides

Cryptonote/Forknote
http://shaivitetemple.org/Forum/topic/cryptocurrency-creation-for-dummies/

Ethereum
http://shaivitetemple.org/Forum/topic/how-to-create-ethereum-blockchains-token-ecosystem-blockchain/

Graphene (like Bitshares or Steemit)
http://shaivitetemple.org/Forum/topic/creating-graphene-blockchains/

HyperLedger (Commercial-Off-The-Shelf (COTS), like Bitshares or Steemit)
http://shaivitetemple.org/Forum/topic/hyperledger-open-source-blockchains-with-uses/

Tangle: The Non-Blockchain Cryptocurrency Model
http://shaivitetemple.org/Forum/topic/tangle-the-non-blockchain-cryptocurrency-model/

We are also looking for people who are interested in becoming Code Monks and coming to the United States to work for the Temple
http://shaivitetemple.org/Forum/topic/o-visas-for-shaivite-temple-ministers/

## Shaligram



Shaligram is a PoW Scrypt with 10 Minute Blocks and 50 Coins per Block

Shaligram was 1% Premined, for the purpose of Bounties, we are looking for Dedicated Shaligram users to each take 50,000 Shaligram and spread them to Friends and Family. You can get Free Shaligram as long as the Premine Supply lasts.

Shaligram has a total of 80,808,081 Coins

Shaligram Source Code
https://drive.google.com/file/d/1oByd_4BgYeeaoCWrFon79LTaM6J2PGvX/view?usp=sharing

Shaligram Daemon
https://drive.google.com/file/d/10K7qzgOBwYUHKhZaToditDjEsttBtPQ2/view?usp=sharing

Here is one of our Team Members
Quote from: zerodrama on January 20, 2018, 10:33:11 PM

Hi guys

Zerodrama here (worked on bitcoin, litecoin, feathercoin, catcoin code and community building).

The Shaligram node is up.

The code has been fixed to build on Ubuntu 16.04.

165.227.186.14
Port 32561

Have fun

More instructions and details coming.

---

Quote from: Rion on January 20, 2018, 03:09:07 PM

bitcointalk.org image proxy:
Invalid image

# https://hash4.life/

Automatic payouts every hour
No registration required for pool

To Start Mining
Code:

```
-a scrypt -o stratum+tcp://hash4.life:3433 -u WALLET -p c=SHG
```

Explorer
https://hash4.life/explorer/SHG

Nodelist
https://hash4.life/explorer/peers?id=3365

## Temple Coin



Temple Coin ॐ[TMPC]ॐ is a Scypt Coin, Proof-of-Stake (PoS) of 8% per year. The ICO started on Facebook, Google+ and Twitter, so we already have a Community and are simply presenting that Community to the Bitcoin World. This may very well be the first Coin that is not about itself, but is part of an existing Community, and tied to something larger than itself, and that larger thing it is tied to is not called Bitcoin.

Temple Coin ॐ[TMPC]ॐ is not a single Coin, but the Backbone of a Community and a Network of Coins and we will be finding people around the World to create Coins with the name of their Home Towns and Countries. We will soon have an Ethereum Clone and a Bitshares Clone that we are currently working on now. If anyone would like to complete that now, you can get a Bounty for it, but our Team is currently doing it also, but are always willing to accept a New Coin into the Network.
http://shaivitetemple.org/Forum/topic/information-about-the-shaivite-temple/

The first 10,000 Blocks had 300 Coins each in them, and were mined by people from advertisments of the Coin on Facebook, Google+ and Twitter; we wanted to bring in New People, not create a Coin for Bitcointalk. So before you have a chance to say "I don't want to use a New Coin unless it has New Code", I would just like to point out that we don't care and we already have a Community.

There will only ever be 138,461,538 Temple Coins total, and it was 9% premined, which is being used to hand out for Free in the ICO (still going on, maybe all the way through February) as well as for the Bounties.

There are already 100+ users total, as 50,000 Coins each was handed out to various individuals on Social Media and spread to their friends and family. Anything left over from the ICO (February 28th) will be used to Fulfill the Syllabus; and allow people to buy everything listed in the Syllabus for Temple Coins, which will start with Silver.

Syllabus

Once we are on an exchange, we will be starting a Tech Company in Armenia, and we will begin launching a Series of Coins.
http://shaivitetemple.org/Forum/topic/starting-an-armenian-cryptocurrency-company-for-the-benefit-of-the-temple/

ICO Bounty List (this list is subject to be added to)
http://shaivitetemple.org/Forum/topic/ico-bounty-list/

Create a Shaligram Node- ॐ10,000 TMPC

Create a Shaligram Mining Pool- ॐ25,000 TMPC

Be the first to post in each of the Sales Sections, with Pictures (No Illegal Sales, 1 per person)- ॐ10,000 TMPC each

Be the first to make a Sale in each of the Sales Sections – ॐ15,000 TMPC each

IRC Channel -done

Subreddit – ॐ5,000 TMPC

YouTube Channel with Wallet Download Tutorial – ॐ10,000 TMPC

Temple Coin Logos – ॐ5,000 TMPC each, will accept many, All Logos should contain the Om Symbol or the Eye of Wadjet in some way, one or the other or both. The Tibetan Ah Symbol can also be used in place of Om.

7 TMPC Banknote Logos with Dollar type imagery (1, 5, 10, 20, 50, 100, 1000) – ॐ15,000 TMPC each if accepted

Temple Coin Faucet – ॐ25,000 TMPC

Dice Game with Temple Coins – ॐ25,000 TMPC

Forum -done

Cryptonote Mining Pool – ॐ25,000 TMPC

Create a Cryptonote for your Home Town or Country – ॐ25,000 TMPC

Ethereum Clone or Fork – ॐ50,000 TMPC

Temple Coin TMPC Point of Sale Wallet with Catalog option – ॐ100,000 TMPC

GetGemz App and Coin Clone – ॐ100,000 TMPC

Bitshares Clone including Cryptofresh, Bitsharestalk & OpenLedger- ॐ100,000 TMPC

Graphene Steemit Type Twitter Clone – ॐ500,000 TMPC

Node Bounties
http://shaivitetemple.org/Forum/topic/temple-coin-nodes-needed/

As of January 20th, 2018, the day this is being announced on Bitcointalk, you will be able to buy Non-Recreational THCv Malawi Genetics mixed 50/50 with Dispensary Genetics. This will be the first sale of a real World item for Temple Coins, the same way Bitcoin was traded at 10,000 Bitcoins (now over $10,000,000) for 2 Pizzas. So we already have the basic "What can I do with these" question, solved.
http://shaivitetemple.org/Forum/topic/the-shaivite-temple-marijuana-breeding-program/

## The Official Cryptocurrency Towns Thread

http://shaivitetemple.org/Forum/topic/the-official-cryptocurrency-towns-thread/

Temple Exams, which will be conducted at the Temples and in the Towns. People can come to take Exams who are not involved in the Temples or the Towns, just to learn more about themselves.
http://shaivitetemple.org/Forum/topic/temple-exams/

There are different kinds of Color Blindness, and we think that mixing Color Blindness Tests with Sasha Shulgin's idea of Psychedelic Color/Sound/Taste/Touch scales, could start to open up new doors into human understanding of the world.





Types of Color Blindness











bitcointalk.org image proxy:
Invalid image

Color Blindness Test
bitcointalk.org image proxy:
Invalid image

Sasha Shulgin suggested that Psychedelics could be used to answer questions like "Is your Orange actually my Green?". All we have to do is create Light scales and Color scales and Sound scales and Taste scales, etc for different Psychedelics, then someone could use a Psychedelic the same way an eye doctor uses the different lenses to find out what your prescription should be.
https://www.youtube.com/watch?v=5NV4pzPm55I

For example, the Dress.
bitcointalk.org image proxy:
Invalid image

Gods, Titles and Nations
http://shaivitetemple.org/Forum/topic/gods-titles-and-nations/

What we are Starting that makes the Towns Possible is Mystery Schools
http://shaivitetemple.org/Forum/topic/mytery-schools/

We will be getting 40Hz Shock machines and will be conducting Lucid Dreaming Tests, and once we have a Physical Temple, we will make it Public and begin making a Machine that increases your ability to Dream.
http://shaivitetemple.org/Forum/topic/magic-crystals/

The Temple Tech will be combined with 2 things, 1st Fasting and Sacraments that cause effects like Fasting
http://shaivitetemple.org/Forum/topic/fasting/

And 2nd, we will be creating our own Drug Brand in the United States, a Brand that increases Mental Capability and Extends Life Spans.
http://shaivitetemple.org/Forum/topic/we-are-going-to-start-a-drug-brand-in-the-united-states/

Here is the research we will expand on to Extend Life Spans
http://shaivitetemple.org/Forum/topic/biological-immortality/

For anyone who would like more information, read this
http://shaivitetemple.org/Forum/topic/neurospirituality/

And we will be creating similar products for plants
http://shaivitetemple.org/Forum/topic/advanced-hashish-and-growing-techniques-from-organic-chemistry/


## DEA Exempt Status

We are currently also in the Process of getting a DEA Exemption for our Religion using the DEA Form 225 Process, found at this link.
https://www.deadiversion.usdoj.gov/pubs/rfra_exempt012209.pdf

http://shaivitetemple.org/Forum/topic/dea-administrative-law/


# Wallets and Chat

You can find the Linux and Windows Wallets for Temple Coin here
http://shaivitetemple.org/Forum/topic/%e0%a5%90-get-your-temple-coin-wallet-%e0%a5%90/

You can find the Windows Wallet for Shaligram here
https://drive.google.com/file/d/1CFw0vRRnPF33-nujufZd7nsu69jiklsW/view

Temple Coin IRC Chat
http://shaivitetemple.org/Forum/topic/temple-coin-irc-chat/

The Hindu Hash Lab Facebook Group
http://shaivitetemple.org/Forum/topic/the-hindu-hash-lab-facebook-group/

This is the Trading Page, where you can sell things you own to get Temple Coins
http://shaivitetemple.org/Forum/forum/trade-and-commerce/

Quote from: immakingacoin on January 21, 2018, 03:45:34 PM

Here is the Syllabus for Temple Coin for anyone who wants to know what we are doing as a Community.

**STEP 1-**

Christmas- Launch Temple Coin, a Proof-of-Stake Litecoin Clone, and Spread it on Facebook, Google+ and Twitter, while keeping it away from people who already have a ton of different coins, so as to create a new Community, instead of getting existing Bitcoiners to come into our Community.

Week after Christmas- Create Chat Room, Create Currency Symbol, Recruit Temple Coin Emissaries

First Month- Launch a Cryptonote Mining Pool for when we start launching Cryptonotes, Launch the first Town Based Cryptonote, January 20th 2018 make the first Temple Coin sale for Malawi Strains, Give out as many Temple Coins as possible.

That first sale will create value for the Coin. The first Bitcoin sale was 10,000 Bitcoins for 2 Pizzas. That is now over $10,000,000 in Bitcoin. And I was there when Bitcoin was $5 and we personally had to go in large numbers beg companies like Paypal to accept Bitcoins. I was part of Bitcoin becoming what it is, it is guaranteed that I can get value for Currencies I make. I know what I am doing.

**STEP 2-**

Second Month- Announce Temple Coin, the first Temple Coin sales, and the Community and the Chat Room and the Cryptonote Mining Pool on Bitcointalk, Bitsharestalk, and all Cryptocurrency related forums.

Find an Exchange- At this point we will begin contacting Exchanges to let them know about the Community we have that they can collect fees from if they add our coin to their exchange.

And if there is anyone that has Temple Coins but no patience, you can go ahead and start contacting Exchanges and asking them to list Temple Coin. I will get it listed somewhere by some time in February, but if you really really just have no patience, go ahead and start asking websites like these to list us:

https://novaexchange.com/markets/

https://c-cex.com/

**STEP 3- Creating Value**

Once we are on an exchange, we will just start making money hand over fist.

(A) First, what I will do, is this: even if the coin is only $0.001 each or something, I will take a large portion of the Coins I have, and I will buy Silver with them. Then I will start offering Silver for sale in exchange for Temple Coins and our Town Currencies. This will create a flood of people who want to buy the Coin, because if they buy the Coin and hold it in their Wallet, it will gain 8% interest per year, and they could either wait for the Coin to go up in value a little, then use it to buy Silver, or use that 8% every year to buy Silver. And because you will be able to do that, the value will go up. I will also create Ethereum Tokens and Bitshares Assets, that we can use for Trading; and we will create a Steemit group where we all create accounts with tons of voting power.

(B) Then, once we have Silver being traded for Coins, then we will get land and start building a physical Temple. And once we have a Physical Temple, we will begin to fill it with these things:

**JESUS CHRIST**

**FIRST PRESIDENCY**

Church Auditing Dept.

Budget Office

Personnel Dept.

Temple Presidencies

Presiding Bishopric

Welfare
Physical Facilities
Materials Mgt.
Information Systems
Finance and Records
Investments
LDS Foundation
Security Dept

**QUORUM OF THE TWELVE APOSTLES**

(3 Apostles serve on each Council)

| Correlation Executive Council (3 most senior Apostles) | Missionary Executive Council | Priesthood Executive Council | Temple and Family History Executive Council |
|---|---|---|---|
| Correlation Dept Conduct Research | Missionary Training Missionary Operations Media Division | Curriculum Dept. Priesthood Dept. | Temple Dept. Family History Dept. Historical Dept. |

Melch. Priesthood
Auxiliary Organizations

**QUORUMS OF THE SEVENTY AREA PRESIDENCIES**

AREA AUTHORITY SEVENTIES

MISSION PRESIDENTS

STAKE PRESIDENCY

WARD BISHOPRICS

MEMBERS



Trading Sacred Items for Coins

Japa mala or Mala (माला), meaning: garland, is a set of beads commonly used by Hindus and Buddhists, usually made from 108 beads, though other numbers are also used. Malas are used for keeping count while reciting, chanting, or mentally repeating a mantra or the name or names of a deity. This practice is known in Sanskrit as japa.

Gemstone Beads
https://www.houseofgems.com/gemstone-beads.aspx
http://www.shipwreckbeads.com/catalog/Beads/Gemstone-Beads/
http://www.jewelrysupply.com/gemstone-beads
http://www.dakotastones.com/
http://www.limabeads.com/Gemstone-Beads-C204
http://www.fusionbeads.com/gemstones
https://www.beadaholique.com/beads-pendants-charms/beads/gemstone-beads
https://www.goodybeads.com/store/Beads-Charms-Gemstones.htm
http://www.ebay.com/bhp/gemstone-beads

Rudraksha Beads
http://www.dhgate.com/wholesale/rudraksha+beads.html
http://www.nepalirudraksha.com/
https://www.rudrakshabeads.org/
https://www.rudraksham.com/index.aspx
http://www.buyrudraksha.com/

Lava beads
http://www.beadsfactory.com/beads/lava-beads.html
http://happymangobeads.com/natural-organic/lava-beads/
http://www.pandahall.com/lava/174-1.html
http://www.earthstone.com/Info/Beads/Lava.htm

Metal Beads
http://www.firemountaingems.com/shop/metal-beads
http://www.ebay.com/bhp/metal-beads
http://www.hobbylobby.com/Beads-Jewelry/Beads/Metal-Beads/c/2-100-1004
https://beadsinbulk.com/category/metal-beads
https://www.beadaholique.com/beads-pendants-charms/beads/metal-beads

Amethyst Beads
http://www.firemountaingems.com/shop/kwctbdgsamethyst
http://www.ebay.com/bhp/amethyst-beads
http://www.earthstone.com/Info/Beads/Amethyst.htm
http://www.dhgate.com/wholesale/amethyst+beads.html
http://www.pandahall.com/amethyst/258-1.html

Mala Tassels

https://www.aliexpress.com/w/wholesale-beads-nepal.html
https://www.aliexpress.com/w/wholesale-mala-tassel.html
http://www.beadsportal.com/tassels

bitcointalk.org image proxy:
Invalid image

Vibhuti (vibhūti Sanskrit: विभूति; Bengali: বিভূতি ; Kannada: ವಿಭೂತಿ; Telugu: విభూతి), also called Bhasma (ash), "Viboodhi" (Telugu: విబూది) or Thiruneeru (Tamil: திருநீறு), is a word that has several meanings in Hinduism. Generally, it is used to denote the sacred ash which is made of burnt dried wood in Vedic rituals. Hindu devotees apply vibhuti traditionally as three horizontal lines across the forehead and other parts of the body to please the god Shiva. Vibhuti smeared across the forehead to the end of both eyebrows is called Tripundra.

https://www.vedicvaani.com/bhasma-vibhooti-powder

Puranas describe these faces of Shiva as:
"Sadyojata, Vamdeva, Tatpurusha & Aghora are the four faces,
The fifth is Ishana, unknowable even to the seers"

Ishana (sanskr. Īśāna) – name of aspect of Shiva.

The name Ishana is also mentioned in Shiva Mahapurana as one of five names of the god. Īśāna has its roots in the word "ish", which means the invisible power that governs the universe. The wielder of this power, or this power itself, is "Īśāna". It is synonymous with Ishwar, which means "The Lord". In Hindu Scriptures this is a name given to Shiva. As per Hindu scriptures Shiva has five heads, each denoting one of the five tattvas (elements) namely Fire, Earth, Air, Water and Ether (also called as Sky-element or aakash-tattva in sanskrit) that make up the universe. This fifth head of Shiva faces the upward direction, towards the sky.

Īśāna signifies the subtle ethereal form of Shiva that represents transcendental knowledge. This dimension is reinforced by Vaastu Shastra, which says that Ishanya-disha (north-eastern direction) represents Prosperity and Knowledge. So Īśāna also has a symbolic meaning. In Hindu customs, north represents wealth and happiness while the east symbolizes knowledge and peace; Īśāna is a combination of both. It is also considered to be the name of the god of Vastu Śāstra. the Brahman splits into male (Parashiva) and female (Parasakti) and manifests as the universe. The Parashiva has five aspects:

Sadyojata – west aspect that propagates manifest Brahman-associated with brahma – represents earth.
Vamadeva – north aspect that sustains manifest Brahman – associated with Vishnu – represents water
Aghora – south aspect that rejuvenates manifest Brahman – associated with Rudra – represents fire
Tatpurusha – east aspects Rishi, Muni, Jnani, yogi – represents air
Isana – internal aspect that conceals – associated with all that exist – represents ether

http://www.alibaba.com/product-detail/108-Natural-Nepal-Small-Rudraksha-With_938193375.html
http://www.alibaba.com/product-detail/Rose-Quartz-Bracelets-with-Rudraksha-red_50014875243.html
http://www.alibaba.com/product-detail/SB6323-Nepal-Rudraksha-Beads-Rudraksha-Mala_1543378759.html
http://www.alibaba.com/product-detail/Nepal-Bodhi-Beads-Rudraksha-Seeds-Catholic_62336703533.html
http://www.alibaba.com/product-detail/PRIMERO-Nepal-Rudraksha-muslim-prayer-beads_60329024964.html
http://reseller.alibaba.com/product-detail/Jasper-Rudraksha-Wooden-Beaded-Buddha-Bracelet_60453942744.html
http://www.alibaba.com/product-detail/Nepal-Rudraksha-Vajra-Bodhi-beads-bracelets_60528331568.html
http://www.alibaba.com/product-detail/Tibetan-108-Beads-mala-necklace-Seed_60314270576.html
http://www.alibaba.com/product-detail/Indian-Nose-Rings-Stone-Nath-Jewelry_60208070007.html
http://www.alibaba.com/product-detail/BIG-HOOP-NATH-press-NOSE-RING_50025532050.html
http://www.alibaba.com/product-detail/BestDance-New-Colorful-Belly-Dance-Nose_60473784422.html
http://www.alibaba.com/product-detail/designer-bangles-kadas-and-bracelets-from_1719882606.html
http://www.alibaba.com/product-detail/Fashion-Arm-Band-Tribal-Bangle-Armlet_60501623142.html?s=p
http://www.alibaba.com/product-detail/Various-Boho-Turquoise-Bracelet-16-Items_60328128484.html
http://www.alibaba.com/product-detail/Arm-jewelry-accessories-armlet_60272653121.html
http://www.alibaba.com/product-detail/Indian-Ethnic-Bollywood-Wedding-Saree-Waist_50018801598.html
http://www.alibaba.com/product-detail/BRIDAL-WEAR-SILVER-TONE-TRADITIONAL-KAMAR_140335448.html
http://www.alibaba.com/product-detail/Traditional-Belly-Dance-Gold-Tone-Women_134309718.html
http://reseller.alibaba.com/product-detail/Fashion-Long-Jhumka-Style-Earring-Blue_60551693819.html?s=p
http://www.alibaba.com/product-detail/EYQ-00012-crystal-elegant-long-large_60510332111.html?s=p
http://www.alibaba.com/product-detail/White-Gold-Plated-Crystal-Drop-Bindi_60472498992.html
http://reseller.alibaba.com/product-detail/Head-Chain-Indian-Bollywood-Matha-Patti_60545619726.html
http://www.alibaba.com/product-detail/Gold-plated-jewellery-headpiece-exports-supply_50015624438.html
http://reseller.alibaba.com/product-detail/CR085-Grecian-Crown-Infinity-Chain-Alloy_60511365858.html
http://wholesaler.alibaba.com/product-detail/Indian-head-chain-jewelry-wholesale_60285847856.html
http://www.alibaba.com/product-detail/Waist-Chain-for-Lady-Belly-Chain_60502449473.html?s=p
http://www.alibaba.com/product-detail/Indian-Style-Alloy-Gold-Silver-Plated_60517985045.html?s=p
http://www.alibaba.com/product-detail/New-Simple-Style-Alloy-Jewelry-Belly_60172019469.html
http://wholesaler.alibaba.com/product-detail/Summer-Beach-Blue-Beads-Charm-and_60497072041.html

http://www.alibaba.com/product-detail/Vintage-Handmade-Kantha-Scarves-Stoles-Duppatta_50000129783.html
http://www.alibaba.com/product-detail/Indian-Silk-Sarees_50031189825.html
http://www.alibaba.com/product-detail/Assam-Silk-Sarees-Mekhela-Chadar_50002739809.html
http://www.alibaba.com/product-detail/Patiala-salwar-with-designer-kurta_50016069390.html
http://www.alibaba.com/product-detail/Pale-Haldi-Yellow-With-Mix-Dark_144256513.html
http://www.alibaba.com/product-detail/Indian-Pakistani-Salwar-Kameez-Ethnic-Anarkali_60415282830.html
http://www.alibaba.com/product-detail/Indian-Designer-Banflori-Sllk-Blouse-banglori_60415616636.html
http://www.alibaba.com/product-detail/LANGA-STYLE-SAREE_143998997.html
http://www.alibaba.com/product-detail/online-shopping-dhoti-patiala-salwar-Suits_50031971415.html
http://www.alibaba.com/product-detail/women-wide-cashmere-shawl-made-in_60459845109.html
http://www.alibaba.com/product-detail/colorful-girls-cashmere-shawls_558315101.html

**STEP 4-**

Now here it gets a little harder, but that's ok point by point operation, so I will more generally explain what I am trying to say.

If you live in America you probably think that Religion is all about Heaven and Hell, but it turns out most Religions don't even believe in those things.

In Hinduism Cows are considered important, and you have probably wondered why. It is because Cows give us milk, so they are considered one of your Mothers. And even today Milk is right along side Orange juice as a staple in many people's fridge. Cows are pretty much treated like people because they are seen as a representation of the Mother Goddess Kamadhenu. No Temples are dedicated to her, but the Cows are her Temples.
http://en.wikipedia.org/wiki/Kamadhenu

The 7 Mothers are known as Matrikas or Matara and are important to Shaktism, which is the worship of the Feminine forces of nature.
http://en.wikipedia.org/wiki/Matrikas

And if you look in to other Polytheistic Religions they treat Cows similarly, but they would also eat the Cow. They just thought it was fun to treat it nice first.
http://en.wikipedia.org/wiki/Apis_%28god%29

The word "Yoga" means "to add" or "to join" or "combined", and it can be visualized as putting a Yoke onto an Ox, in that you are employing your body for a purpose. Yoga practice is meant to be focused on the 5 Sheaths or 5 Kosha, which are: Foodstuff, Energy, Mnd-stuff, Wisdom & Bliss. The goal is to practice these things and line your body up with them so that the 5 Kosha are working together and at full capacity.
http://en.wikipedia.org/wiki/Kosha

An important part of this process is learning about your Prana, which is in your breathing & heart.
http://en.wikipedia.org/wiki/Prana

According to the Doctrine of the Three bodies in Hinduism, the human being is composed of three sariras or "bodies" emanating from Brahman by avidya, "ignorance" or "nescience". They are often equated with the five koshas (sheets), which cover the atman. The Three Bodies Doctrine is an essential doctrine in Hinduism.

Shaktipat or Śaktipāta (Sanskrit, from shakti – "(psychic) energy" – and pāta, "to fall") refers in Hinduism to the conferring of spiritual "energy" upon one person by another. Shaktipat can be transmitted with a sacred word or mantra, or by a look, thought or touch – the last usually to the ajna chakra or third eye of the recipient.

A Mantrik or mantric is someone who specializes in practicing mantra. In India the word mantrik & similar names are synonymous with magician in different languages. Generally a mantrik is supposed to derive his powers from the use of charms, mantras, spells and other methods. A Hindu mantrik is known to worship Kali and is often mentioned in the same breath as tantric, though there are subtle differences. A Mantrik is one who chants to please a god or evil spirit for his benefit. Mantras are sacred chantings containing magical and mystical words.

Sahasrara (Sanskrit: सहस्रार, IAST: Sahasrāra, English: "thousand-petaled") or crown chakra is the seventh primary chakra, according to Hindu tradition.

Ajna (Sanskrit: आज्ञा, IAST: Ājñā, English: "command") or third-eye chakra is the sixth primary chakra according to Hindu tradition.

Vishuddha (Sanskrit: विशुद्ध, IAST: Viśuddha, English: "especially pure"), or Vishuddhi, or throat chakra is the fifth primary chakra according to the Hindu tradition.

Anahata (Sanskrit: अनाहत, IAST: Anāhata, English: "unstruck") or heart chakra is the fourth primary chakra, according to Hindu Yogic, Shakta and Buddhist Tantric traditions. In Sanskrit, anahata means "unhurt, unstruck and unbeaten". Anahata Nad refers to the Vedic concept of unstruck sound (the sound of the celestial realm). Ananhata is associated with a calm, serene sound devoid of violence.

Manipura (Sanskrit: मणिपूर, IAST: Maṇipūra, English: "jewel city") or solar plexus/navel chakra is the third primary chakra according to Hindu tradition.

Svadhishthana (Sanskrit: स्वाधिष्ठान, IAST: Svādhiṣṭhāna, English: "one's own base") or sacral chakra is the second primary chakra according to Hinduism.

Muladhara (Sanskrit: मूलाधार, IAST: Mūlādhāra, English: "root support") or root chakra is one of the seven primary chakras according to Hinduism. It may be represented by the color red, but its root square form is usually yellow.

Yoga, including breathing techniques and postures (asana), is employed to balance the energies in the body/mind.

Mudras, or gestures

Mantras: syllables, words, and phrases
Mandalas

Yantras: symbolic diagrams of forces at work in the universe
Identification with deities

Many people don't know this, but 92 Percent of the World's Diamond Industry is centered in Surat India. Diamonds are actually not as expensive as we make them, and supposedly one Jewelry company owns more diamonds than the rest of the world combined. Diamonds were not a popular engagement gift in America until around the 1940s and the whole process to create diamonds that reflect light comes from the Hindu religion. When Britain owned most of the world they spread Diamonds to everyone, just like tea, and the Cullinan Diamond (the biggest diamond in the world) is still kept by the Royal family.

Diamonds are pretty much unbreakable, which is what makes them so useful. They are used on the tips of tools so that etchings can be made in rocks, or metal. But the main thing that people think of when they think of a Diamond are the facets. Diamond cutting is about getting all the right angles so that the light is most utilized and shines out in all directions as much as possible. This comes from Hindu tradition. You can see the same idea in a Rudraksha bead. A Rudraksha bead is meant to symbolize Shiva's Eyes, the word for Diamond in Sankrit is Vajra which is the same word for lightning bolt, and lightning is associated with the God Indra. The Vairja is important to both Hindu and Buddhist cultures.
http://en.wikipedia.org/wiki/Vajra

The picture of an orange seed is a Rudraksha Seed, you can see it has many faces just like a diamond.

Ancient Hindu scriptures mention eight types of diamonds

1. Vanaspati: transparent white quartz-like brooch.
2. Kamlapati: transparent pinkish white, like lotus petal.
3. Vajraneel: transparent blue-white, like the color of the neck of a blue jay,
4. Vanaspati: transparent green-white, like fresh blade of grass,
5. Shyamvajra: transparent smoky-grey color
6. Telia: oily,and dark color.
7. Sanloyi: yellow-green or pale green color,

The 2 topped, tapered, or scroll looking object is a ritual object is known as a Vairja, and it is meant to represent lightning and diamonds.





Plants considered Sacred to Shiva:
Marijuana, Golden Apples (Bael fruit), Ashoka Trees, Peepal Trees, Banyan Trees, Coconut Trees, Red Sandalwood Trees, Kesara Trees & Champaka Trees.

Concepts to Know
http://en.wikipedia.org/wiki/Rudras
http://en.wikipedia.org/wiki/Panchaloha
http://en.wikipedia.org/wiki/Shilpa_Shastras
http://en.wikipedia.org/wiki/Vajra
http://en.wikipedia.org/wiki/Yaksha
http://en.wikipedia.org/wiki/Loka
http://en.wikipedia.org/wiki/Yidam

Rudraksha beads are considered sacred to Shiva.
Mercury (Parad) is considered sacred to Shiva.

Venus = 
Mars = 🟦

Saturn = Saturday = Lead
Sun = Sunday = Gold
Moon = Monday = Silver

Mars = Tuesday = Iron
Mercury = Wednesday = Mercury
Jupiter = Thursday = Tin
Venus = Friday = Copper

Ashtadhatu is a mixture of all metals.

Crown = Violet = Clear Quartz
Third Eye = Indigo = Amethyst
Throat = Blue = Sodalite
Heart = Green = Rose Quartz
Solar Plexus = Yellow = Citrine
Sacral = Orange = Carnelian
Root = Red = Hematite

Shiva/Rudra = Marijuana/Rudraksha = Shiva Lingum
Kali = Datura = Crematorium

The Earth goes around the Sun, as we all know, and as the Earth goes around the Sun the Sun actually seems to move across the Horizon and it passes through those Constellations. Every day the Sun comes up in a slightly different spot than the day before, and in 365 days it goes back to the original spot. This is how Egyptians and Mayans had such great Calendars, they just made a wall to act as a fake Horizon for the Sun, then they would mark a line on the wall where the Sun rose, and at the end of the year they had 365 marks. And as the Sun seems to move around the Earth throughout the year, it passes through different Stars, and these Stars became the Constellations.

Aries, the Ram=April=Amethyst
Taurus, the Bull=May=Agate
Gemini, the Twins=June=Beryl
Cancer, the Crab=July=Emerald
Leo, the Lion=August=Ruby
Virgo, the Virgin=September=Jasper
Libra, the Balance=October=Diamond
Scorpio, the Scorpion=November=Topaz
Sagittarius, the Archer=December=Carbuncle
Capricorn, the Goat=January=Onyx Chalcedony
Aquarius, the Waterbearer=February=Sapphire
Pisces, the Fishes=March =Chrysolite

The Ogdoad can be found as a theme throughout most modern religions and some ancient Religions. An example of this is ancient Egypt. In the picture above you can see that the Sun has been placed in a boat, this is known as the Solar boat and it is thought to be part of the force that moves the Sun and the Moon across the sky. But if you look in the Solar boat you will see more Gods than just the Sun and moon, this is because the Egyptians noticed the Planets in the sky and called them Gods, just like the Sun is a God. This religion can be found in Ancient Egypt, Ancient Sumeria, Ancient Greece, Ancient Rome and Modern India/Hinduism.

Then there was Horus who represented the Horizon, but he was the planet Mars. They figured out the Cycle of Mars just like the Sun, and they also had the Moon's Cycles (And Moon Cycles give the lengths of our Months) and the Cycles of various planets. Even the Jewish Nomads knew about some of the Planets, they called Mars 'The Blushing One'. And in Christianity the 7 known planets of the time can be found in the Ancient Greek Christian Gnostic idea of The 7 Heavens which represented the Bodies in the Heavens the Heavenly Bodies or Planets. Some people like to say "They Planets were named after the Gods, the Gods weren't named after the planets" but that would only be true if Greece and Rome discovered the planets independently, but Greece found them first and gave them to Rome. And Egypt and Sumeria actually found them first. The 7 Heavenly bodies can still be found in our days of the week "Sun day" for the Sun, "Mon Day" for the Moon, etc. And the spoked wheel spread with this knowledge, an the spokes and their function are themselves a symbol of this.

A lot of people see statues of Zeus now a days and think that Ancient people thought Zeus threw lightning bolts at them, but before people knew about Gravity and the Atmosphere, they thought the Planets controlled the weather and it was specifically thought that Jupiter (Zeus) controlled the Lightning.

Many plants used to be thought to have a cycle based on the Planets and not the sun, and in the modern 'Old Farmer's Almanac' every year they publish the planetary crop planting cycle. And the history of Machines and Gears actually comes from the measuring of the sky on boats, and people making mechanical navigation devices. So Machines come from this also.

bitcointalk.org image proxy:
Invalid image



In Dream Yoga the Dream world is seen as a place where you can gain enlightenment, and the goal of Dream Yoga is to make massive progress in your dreams.It is similar to regular Yoga and is based on some of the same ideas. For example "Sadhana" which is Spiritual Progress, which is the base word of "Sadhu", which is a Shaivite Priest.

When you read most Lucid Dream Guides, they will usually just get you to the Point of Lucid Dreaming. Much of it is focused on the WILD, MILD, DILD, WBTB, etc etc. Techniques. But often times people do not make suggestions past that, except maybe to Fly or Meditate or use Jedi powers. But in Tibetan Dream Yoga "Realize You are Dreaming" is step 1. Not the last step like in usual guides, that is the first step in Dream Yoga.

The next goal in Dream Yoga is to eliminate any fears while dreaming. So once you "Realize you are in a dream" you have to actually "Realize you are not in the real world" so you have no restrictions. Breathe underwater, Put out fire with your hands, Jump off a cliff, Find a snake or anything else you may be afraid of or think can harm you.

Then once you are aware that you are not in the real world, the goal is to contemplate the real world and how it is similar in how time passes and things happen, etc. Meditate on reality while you are in your dream.

You can always go back to thinking about reality and interchange between different goals, but the next goal is to take control of the dream world. Playing with the Physics instead of just living within them. Not just making yourself fly, but making a tree carry you to the clouds. Or changing the weather or moving the Sun, Moon and Stars. Or Shrinking a mountain. Also try making things completely different, for example turning a Fish into a Dog, or turning a Tree into a Person.

Then, you have to realize that in the dream you are not a constant object. You can also change in the dream to become other things.

Then from there, the goal is to contact different entities in the dream and travel to different places with them or through them. These worlds are known as "Loka" in the ancient Sanskrit Language and are also talked about in Hindu tradition. The Entities you are supposed to seek are known as "Yidam" and can also be found in Buddhist Yoga.

Comparing your dreams to reality is a must in Dream Yoga so writing down your dreams is probably a good way to start doing that. Also thinking

induce lucid dreams while you are meditating is a good opposite technique to meditating on Reality while you are dreaming.

A Ritual used in Tibetan Dream Yoga is known as the "RAOM GAOM" Mantra, where you say "RRRAAAOOOMMMM" and "GGGGAAAOOOMMM" with special emphasis on the "O". This is meant to help you remember your dreams if you do it when you wake up.

This is the Dream Yoga technique for inducing Dreams. The Symbol below is the Tibetan Syllable that sounds like "Ah". If you imagine this symbol in the middle of your chest, and think "Ahhhhhhh" in your head. It will help you go into a Vivid or Lucid dream.

The Calendar is 52 Weeks, a Card Deck is 52 Cards. The Deck of Cards that we all know today comes from Tarot Cards. Spades is Swords, Clubs is Wands, Diamonds is Pentagrams/Coins, and Hearts is Chalices. There are 52 Cards in a Deck, and 52 Weeks in a year. There are 4 Suits, and there are 4 Seasons. Knowing this you can begin to see how Systems were created for Predicting things using Cards.

Each of the 4 Seasons has been associated with a Direction, a Lunar Pattern, a Solar Pattern and a Color; The Seasons are also associated with the Birth Signs (Capricorn, Aquarius, Leo, Libra, Pieces, etc). This is what is used in Cultures all over the world, it is also in the Native American Medicine Wheel. And in the Chinese Calendar, as well as other Calendars, the Years are associated with Animals. In the Chinese Animals Calendar you can begin to see the larger Cycles of time, that are forgotten in the modern day to day, year to year thinking.

North:
Earth
Diamonds/Pentagrams
New Moon
Winter
Midnight
Green

West:
Water
Hearts/Chalices
Waning Moon
Autumn
Sunset
Blue

East:
Air
Clubs/Wands
Waxing Moon
Spring
Sunrise
Yellow

South:
Fire
Spades/Swords
Full Moon
Summer
Noon
Red

Panchaloha (Sanskrit Devanagari: पञ्चलोह; Tamil: பஞ்சலோகம், ஐம்பொன்(aimpon); IAST: pañcaloha; Tibetan: ལྕགས་རིགས་སྣ་ལྔ། Wylie: lcags rigs sna lnga) (also called Panchaloham, Panchdhatu – literally, "five metals") is a term for traditional five-metal alloys of sacred significance used for making Hindu temple idols (Murti). Making Panchaloha images was a well kept secret for a long time and their color changing properties added to their mysticism.

The composition is laid down in the Shilpa shastras, an ancient Sanskrit text on idol making. It is traditionally described as an alloy of gold(Au), silver(Ag), copper(Cu), iron(Fe) and lead(Pb) as the major constituent. Instead of lead, some use tin (Sn) or zinc (Zn). It is widely believed that wearing jewellery made of Panchaloha / Panchdhatu brings balance in life, self-confidence, good health, fortune, prosperity, and peace of mind.

In some traditions, particularly Tibetan, it was considered auspicious to use thokcha, meteorite iron; either as a component of the alloy in general, or for a specific object or purpose. The amount used could vary, depending upon the material's availability and suitability, among other considerations. A small, largely symbolic quantity of "sky-iron" might be added, or it might be included as a significant part of the alloy-recipe.

Practical compositions are Cu, Au, Ag, Pb and Zn; Cu, Ag, Pb, Fe and Sn; and Sn, Cu, Fe, Pb, and brass. Because of the cost, gold and silver are now omitted from the manufacture of general-purpose icons, where copper, brass, and lead in the ratio 29:2:1 are used.

In Hinduism, a murti (Devanagari: मूर्ति), or murthi, or vigraha or pratima typically refers to an image that expresses a Divine Spirit (murta). Meaning literally "embodiment", a murti is a representation of a divinity, made usually of stone, wood, or metal, which serves as a means through which a divinity may be worshiped. Hindus consider a murti worthy of serving as a focus of divine worship only after the divine is invoked in it for the purpose of offering worship. The depiction of the divinity must reflect the gestures and proportions outlined in religious tradition.

A murti is a means of communication with the god or Brahman in Hinduism. Murti is a Sanskrit term which is meant to point to the transcendent "otherness" of the divine; therefore the word "murti" cannot be substituted with or translated as statue or idol without losing the underlying concept's inherent meaning and taking on unrelated connotations.

braxas. For this name the Greek table is used. Abraxas in Greek is Ἀβραξας. A = 1, β = 2, ρ = 100, α = 1, ξ =60, α = 1, ς = 200, the sum being 365, the number of days in the year. This number furnishes the key to the mystery of Abraxas, who is symbolic of the 365 Æons, or Spirits of the Days, gathered together in one composite personality. Abraxas is symbolic of five creatures, and as the circle of the year actually consists of 360 degrees, each of the emanating deities is one-fifth of this power, or 72, one of the most sacred numbers in the Old Testament of the Jewish people and in their Qabbalistic system.

One of the most popular of magical devices was the amulet, worn upon the person or attached to objects and animals (the Hebrew word for amulet, kame'a, has the root meaning "to bind") . Even in our supposedly non-superstitious age the good-luck charm is still quite familiar, apologetically

displayed on watch-chain, or was until lately in the recesses of pockets and purses — the rabbit's foot, the horseshoe, lucky coins, rings engraved with Chinese or Hebrew letters, animal molars. How much more common, then, are such objects in societies which unashamedly and openly accept them for what they are, whether in the less sophisticated regions of our contemporary world, or in the medieval and ancient worlds, which did not for a moment doubt their efficacy! As a matter of fact, it has been suggested that all ornaments worn on the person were originally amulets.

A familiar characteristic of magic is the injunction to do things in reverse, to walk backward, to put one's clothing on backward, to throw things behind one's back. The same principle applies in incantations, and Talmudic and medieval Jewish charms amply illustrate its operation. Biblical quotations were often recited both forward and backward, mystical names were reversed; sometimes the words were actually written backward as they were to be uttered, so that it requires considerable mental agility not to be taken in by the unnatural rendering. Phrases that are capable of being read alike in either direction were especially highly prized. The purpose was to capitalize the mystery of the bizarre and unfamiliar, and the power that is associated with the ability to reverse the natural order of things.

One type of incantation whose power derived from its form rather than its content was especially suited to dispel demons. Its Jewish archetype is found in the Talmudic spell against the demon Shabriri, which runs:

Shabriri
briri
riri
iri
ri

As Rashi explained its effect, "The demon shrinks and finally vanishes as he hears his name decreasing letter by letter."

The greatest feat to which the magician aspired was that of creation. Discussing this subject in the pages of the Talmud, R. Papa observed that the creative power of magic covered only gross and massive objects and creatures, such as the camel, but not fine and delicate things, and R. Eliezer maintained that the demons, to whom the magician owes this power, can create nothing smaller than a barley-corn. This was the standard limitation imposed on sorcerers by medieval writers, though, as the Gemara explained: "The demons cannot actually create even large beings, but merely assemble already created but unused primeval matter." Thus the ultimate act of genesis was reserved for God alone. It was nowhere suggested that human life could be created by ordinary magical means.

But the Talmud recognized also a second method of creation, which required the application of the "Laws of Creation," probably an oral collection of mystical traditions relating to the original creation of the universe. The kind of magic comprised in these "Laws of Creation" was the only one that was "permitted ab initio." By means of it, "if the righteous so desired they could create a universe. Raba created a man and sent him to R. Zeira, who conversed with him but he could not answer; so he exclaimed, 'You are created by magic, return to your dust!' Rabbis Hanina and Oshaya used to sit every Friday and occupy themselves with the Book [read: Laws] of Creation and create a three-year-old calf which they ate." For a description of this method we must rely on the tradition preserved by the commentators; Rashi wrote, "They used to combine the letters of the Name by which the universe was created; this is not to be considered forbidden magic, for the works of God were brought into being through His holy Name." The Talmudic Laws of Creation (unrelated to the later mystical Book of Creation) appear, then, to have been an exposition of the familiar name-magic, the foremost constituent of medieval Jewish practice, but in consonance with the difficulty and the prodigiousness of its object, a very exalted and esoteric department. Medieval Jews, like their Christian contemporaries, were avid of the power to create human life, and believed implicitly in man's ability to do so. William of Auvergne (thirteenth century) wrote, "Men have tried to produce, and thought that they succeeded in producing human life in other ways than by the usual generative process," but the methods pursued by non-Jews were less subtle than the one proposed by the Talmud. For example, a fourteenth-century Christian writer cited the Arab Rasis (tenth century) on generating a human being by putting an unnamed substance in a vase filled with horse-manure, for three days.

The thirteenth-century German Hasidim (Pietists and Mystics) were especially intrigued by this problem. From them comes the use of the word golem (literally, shapeless or lifeless matter) to designate a homunculus created by the magical invocation of names.

The image was to be made of "virgin soil, from a mountainous place where no man has ever dug before," and the incantation, which comprised "the alphabets of the 221 gates," must be recited over every single organ individually. A further detail, often noted, was the incision upon the forehead of the name of God, or of the word emet ("truth"). The destruction of this creature was effected by removing that name, by erasing the initial letter of emet, leaving met ("dead"), or by reversing the creative combinations, for, as R. Jacob b. Shalom, who came to Barcelona from Germany in 1325, remarked, the law of destruction is nothing more than a reversal of the law of creation.

The 72 names of God
<span style="color:red">bitcointalk.org image proxy:</span>
<span style="color:red">Invalid image</span>
<span style="color:red">bitcointalk.org image proxy:</span>
<span style="color:red">Invalid image</span>

---

**BIT**DEER

START **MINING** BTC NOW
WITH NEW GENERATION S17 ANTMINER!

BTC/BCH   ETH   LTC   ZEC   DASH

Advertised sites are not endorsed by the Bitcoin Forum. They may be unsafe, untrustworthy, or illegal in your jurisdiction. Advertise here.

**Rion**
Jr. Member




Activity: 207
Merit: 1



**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**
January 20, 2018, 03:09:07 PM
Last edit: January 20, 2018, 10:41:07 PM by Rion

*Merited by immakingacoin (1)*

#2

<span style="color:red">bitcointalk.org image proxy:</span>
<span style="color:red">Invalid image</span>

**https://hash4.life/**
Automatic payouts every hour
No registration required for pool

To Start Mining

Code:

```
-a scrypt -o stratum+tcp://hash4.life:3433 -u WALLET -p c=SHG
```

Explorer
https://hash4.life/explorer/SHG

Nodelist
https://hash4.life/explorer/peers?id=3365

Holding: Bitcoin | Ethereum | Ark

**immakingacoin**
Member


Activity: 98
Merit: 11



**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**    #3
January 20, 2018, 03:14:26 PM

> Quote from: Rion on January 20, 2018, 03:09:17 PM
> reserved for pool

I added Shaligram Mining Pool to the Bounties.

**Rion**
Jr. Member


Activity: 207
Merit: 1



**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**    #4
January 20, 2018, 03:21:34 PM

> Quote from: immakingacoin on January 20, 2018, 03:14:26 PM
>> Quote from: Rion on January 20, 2018, 03:09:07 PM
>> reserved for pool
>
> I added Shaligram Mining Pool to the Bounties.

do you have an already existing shaligram node? blockchain cant find any

Holding: Bitcoin | Ethereum | Ark

**pumz**
Sr. Member


Activity: 826
Merit: 250



**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**    #5
January 20, 2018, 03:22:14 PM

You are going to make a coin dedicated to Hindus by giving it name of temple ? I was just looking at the images of different kind without reading long introduction about the project. Which I am planning to read usually I avoid things which are based or created using religions names.

**immakingacoin**
Member


Activity: 98
Merit: 11

**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**    #6
January 20, 2018, 03:23:21 PM

> Quote from: Rion on January 20, 2018, 03:21:34 PM
>> Quote from: immakingacoin on January 20, 2018, 03:14:26 PM
>>> Quote from: Rion on January 20, 2018, 03:09:07 PM
>>> reserved for pool
>>
>> I added Shaligram Mining Pool to the Bounties.
>
> do you have an already existing shaligram node? blockchain cant find any

We want more to be created. Temple Coin is our main Coin, and we want Shaligram to go out to the Bitcointalk World. We do have 1 node, but we want more to be created right away.

**Rion**
Jr. Member


Activity: 207
Merit: 1



**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**    #7
January 20, 2018, 03:24:02 PM

> Quote from: immakingacoin on January 20, 2018, 03:23:21 PM
>> Quote from: Rion on January 20, 2018, 03:21:34 PM
>>> Quote from: immakingacoin on January 20, 2018, 03:14:26 PM
>>>> Quote from: Rion on January 20, 2018, 03:09:07 PM
>>>> reserved for pool
>>>
>>> I added Shaligram Mining Pool to the Bounties.
>>
>> do you have an already existing shaligram node? blockchain cant find any
>
> We want more to be created. Temple Coin is our main Coin, and we want Shaligram to go out to the Bitcointalk World. We do have 1 node, but we want more to be created right away.

Yes, can you give the IP for that? I cannot sync the blockchain to create a new node unless it finds an existing one.

**immakingacoin**
Member

Activity: 98
Merit: 11



**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**
January 20, 2018, 03:24:38 PM

#8

Quote from: pumz on January 20, 2018, 03:22:14 PM

> You are going to make a coin dedicated to Hindus by giving it name of temple ? I was just looking at the images of different kind without reading long introduction about the project. Which I am planning to read usually I avoid things which are based or created using religions names.

No, Temple Coin is meant to actually build Temples and Buy and Sell Hindu Religious Materials.

Shaligram is dedicated to Hindus, and is meant to be like a Digital form of the Real World Shaligrams.

**immakingacoin**
Member

Activity: 98
Merit: 11

**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**
January 20, 2018, 03:25:14 PM

#9



Quote from: Rion on January 20, 2018, 03:24:02 PM

> Quote from: immakingacoin on January 20, 2018, 03:23:21 PM
>
> > Quote from: Rion on January 20, 2018, 03:21:34 PM
> >
> > > Quote from: immakingacoin on January 20, 2018, 03:14:26 PM
> > >
> > > > Quote from: Rion on January 20, 2018, 03:09:07 PM
> > > >
> > > > > reserved for pool
> > > >
> > > > I added Shaligram Mining Pool to the Bounties.
> > >
> > > do you have an already existing shaligram node? blockchain cant find any
> >
> > We want more to be created. Temple Coin is our main Coin, and we want Shaligram to go out to the Bitcointalk World. We do have 1 node, but we want more to be created right away.
>
> Yes, can you give the IP for that? I cannot sync the blockchain to create a new node unless it finds an existing one.

Oh, ok, sorry. Hold on, let me talk to our Server guy.

**immakingacoin**
Member

Activity: 98
Merit: 11



**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**
January 20, 2018, 06:16:47 PM

#10

We're putting up Git Repos right now.

**Rion**
Jr. Member

Activity: 207
Merit: 1

 

**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**
January 20, 2018, 06:23:17 PM

#11

Quote from: immakingacoin on January 20, 2018, 06:16:47 PM

> We're putting up Git Repos right now.

Have you gotten an IP/ node address?

Holding: Bitcoin | Ethereum | Ark

**immakingacoin**
Member

Activity: 98
Merit: 11



**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**
January 20, 2018, 08:35:57 PM

#12

Sorry, it's Saturday, my Birthday and the Government Shutdown. We are good to go now though. Happens when you do things as a Team and not everyone lives in the same place. But now we can start introducing some of the Team also.

Here is one of the IPs:
165.227.211.241

We are Building a Daemon for Ubuntu 16 right now and making a Node on a 16 Server right now also.

If anyone wants to mess with the Source Code or download the wallet via command line or anything, here are the Repos
https://github.com/MahatmaJapa/ShaligramPoWsrc

https://github.com/MahatmaJapa/ShaligramPoWDaemon

https://github.com/MahatmaJapa/ShaligramPoWWallet

We will start handing out Free Shaligram for the ICO tonight. And Temple Coin Bounties are currently Open.



**Imadeok** Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW #13
Newbie January 20, 2018, 09:39:16 PM

Activity: 1
Merit: 0

I'm Brahmjot. I do IT-seva, etc, for various ministries.

These are the steps used to setup Shaligram daemon.
https://github.com/InnovAnon-Inc/InstallCoinWalletDaemon

One way to get started with TempleCoin and crypto currency in general is to click around here:
https://innovanon-inc.github.io/LHP/TempleCoin/index.html



**immakingacoin** Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW #14
Member January 20, 2018, 09:42:38 PM

Activity: 98
Merit: 11

You can now begin to reserve Seeds for the IMO

☞10,000 TMPC for each seed (there are more, much more quantity and 1 more as far as variety, than this)

https://bitcointalk.org/index.php?topic=2679959.0







**Panchadasi999**
Newbie

Activity: 1
Merit: 0



**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**
January 20, 2018, 09:55:53 PM                                    #15

I saw this on Facebook and have been mining since day one. I am in full support of this project and it's openness to newbies and helping people see the potential of crypto.

I believe these coins will be very valuable, and if you have not had the chance to get any now is definitely the time to do it.

**immakingacoin**
Member

Activity: 98
Merit: 11

**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**
January 20, 2018, 10:05:06 PM                                    #16

Holy Rudraksha Beads as well as Gemstones can be bought with Temple Coins, these will vary in price as you can buy mixed beads and don't have to buy a whole strand

Rudraksha Beads

Turquoise



Poppy Jasper

Mexican Obsidian



Garnet



Azurite



Amethyst



Aventurine



Apostle





**immakingacoin**
Member



Activity: 98
Merit: 11



Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW                    #17
January 20, 2018, 10:32:08 PM

And the Shaivite Temple has a Clothing Brand, and we will be soon accepting Temple Coins and Shaligram on our Website, once we have a Point of Sale software.

Here is our Clothing Brand
http://apsaraapparel.com/

**zerodrama**
Sr. Member

Activity: 364
Merit: 250

Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW                    #18
January 20, 2018, 10:33:11 PM

Hi guys

Zerodrama here (worked on bitcoin, litecoin, feathercoin, catcoin code and community building).

The Shaligram node is up.

The code has been fixed to build on Ubuntu 16.04.

165.227.186.14
Port 32561

Have fun

More instructions and details coming.

CLASSY PONZI SOLUTION FOR XTRADE SCAMMERS 1x1eth=1 Safcoin=1 x1eth=2 x0x5 1x1ETH=50 [email protected] Most of 10x herpcoin=10 golderpcoin=1 then
1 M herpcoin @ 001 derptoshi = 0.01 derpcoin, 1 M herpcoin @ 100 derptoshi = 1.00 derpcoin
Post Scarcity Economics thread https://bitcointalk.org/index.php?topic=3773185

**Rion**
Jr. Member


Activity: 207
Merit: 1



**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**       #19
January 20, 2018, 10:41:54 PM

I've updated my original post with a pool. Well, if I did it right because I've never seen a coin at block 1 before.

Holding: Bitcoin | Ethereum | Ark

**immakingacoin**
Member


Activity: 98
Merit: 11



**Re: [ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**       #20
January 20, 2018, 10:42:35 PM

Quote from: Rion on January 20, 2018, 03:09:07 PM



PM me your Temple Coin Wallet

---

Pages: [1] 2 3 4 5 6 7 8 9 10 11 12 »  All

Bitcoin Forum > Alternate cryptocurrencies > Announcements (Altcoins) (Moderators: mprep, Welsh) > **[ANN] #Blessed Temple Coin [TMPC] PoS 8% & Shaligram [SGRAM] [SHG] PoW**

« previous topic next topic »

Jump to:  => Announcements (Altcoins) ▼   go

