

**ABOUT**   CAMPAIGN   ROADMAP   TEAM   NEWS



CRYPTO ECOSYSTEM TO CREATE OPPORTUNITIES FOR YOUNG ENTREPRENEURS IN AFRICA AND BEYOND

TOKEN OF APPRECIATION

AKOIN PROVIDES ME ENTREPRENEUR AND CRYPTO EDUCATION TOOLS SO I CAN BUILD MY BUSINESS.



ABOUT   CAMPAIGN   ROADMAP   TEAM   NEWS

ABOUT AKOIN

# GROWTH ACROSS AFRICA AND THE WORLD



Akoin is a new cryptocurrency from global artist and visionary changemaker Akon and is the foundation of the Akoin Ecosystem – a unique global venture that offers an abundance of digital and real-life platforms and tools that create opportunity and inclusion for youth entrepreneurs by allowing consumers to earn, save, and spend cryptocurrency right from their smartphone through a suite of blockchain-powered apps.

Created by Grammy-



grew Akon Lighting Africa to provide scaled solar power solutions throughout 18 countries to date in Africa; the Akoin Ecosystem's exclusive suite of sustainability and growth-building crypto-based apps offer immediate and ongoing new revenue-generating opportunities to stimulate micro-exchanges and financial stability.

**THE PROBLEM**

# NEED FOR ACCESS TO BUSINESS & EDUCATIONAL TOOLS &



ABOUT   CAMPAIGN   ROADMAP   TEAM   NEWS

# GENERATING OPPORTUNITIES

- Young entrepreneurs in Africa face real hardships in creating and building businesses – problems that have hampered sustained development for too long.

- Global brands, likewise, face similar challenges that prevent their successful entrance and acceptance on the continent.

- Over half of Africa's population today is under 25, but despite the improvements in smartphone technology and the internet have brought, most still face limited access to global innovation and opportunities.

- Currency instability and inflation and a lack of banking services are at the heart of the African entrepreneur's dilemma.

-Challenges in trade and movement of money hamper growth and the need for access to high-quality education and



ABOUT    CAMPAIGN    ROADMAP    TEAM    NEWS

## SOLUTION

The Akoin Ecosystem unlocks the potential of the world's largest emerging economy through the creation of a trusted cryptocurrency with a vision to stimulate and innovative, revenue-generating opportunities that stimulate and support youth entrepreneurship, economic stability, and growth across Africa and the world.

**LEARN MORE**

## TOKEN OF APPRECIATION



ABOUT   CAMPAIGN   ROADMAP   TEAM   NEWS

raising no less than $1M USD to fund the building of the Akoin platform and launch of the Akoin cryptocurrency, the technical heart of the Akoin ecosystem, and help jumpstart our philanthropic programming (learn more about all of our ToA goals and programming plans here: https://www.akoinfoundation.org).

To show our #appreciation, for every $1 USD donation made during the Token of Appreciation (ToA) campaign ( up to $1M USD raised), donors will receive 4 Akoin cryptocurrency 'tokens' of appreciation! After we reach our $1M USD goal, TOAs will be gifted at different tiers (you can read more about these tiers in our FAQs)

Our goal is to release the Akoin token for sale by early Q3 2019 at a release price per token of .50 (or 50 cents) and in success of our Akoin Foundation ToA campaign. Thank you for joining and supporting the Akoin mission and movement!

TOKEN OF APPRECIATION



ABOUT    CAMPAIGN    ROADMAP    TEAM    NEWS

### Q1: PRIVATE RAISE, ESTABLISH FOUNDATION & PARTNERS

Jan 2019 – Mar 2019

- Private Raise (Equity, Token, Donations)
- Whitepaper / Explainer Video
- PR / Media / Events Launch
- Secure Dapp / App Launch Partners
- Foundation Established

### Q2: TOKEN/WALLET & PILOT LAUNCH

Apr 2019 – June 2019

- Token Sale / Wallet & GTM
- Pilot Platform Launch
- Akoin Exchange Listing
- Foundation Programs Build
- DApp / App Partner Expansion (ongoing)

### Q2: TOKEN OF APPRECIATION (TOA)

May 2019

- Foundation Live
- Token of Appreciation Campaign Launch

### Q3: PLATFORM LAUNCH & DEVELOPER NETWORK

Jul 2019 – Sep 2019

- Akoin Platform Launch / Roadshow
- Akoin Africa Accelerator / Festival
- Mobile Platform Partnership
- Deploy Foundation Programs
- DApp Developer Network Build



ABOUT   CAMPAIGN   ROADMAP   TEAM   NEWS

Oct 2019 – Dec 2019          Crypto City Design / Integration

# UNIQUE ECOSYSTEM BRINGS TOGETHER DIGITAL AND REAL-LIFE TOOLS & SERVICES

Our unique ecosystem brings together digital and real-life tools & services to empower consumers to earn, save and spend cryptocurrency while providing an opportunity for entrepreneurs and brands.

**MARKETPLACE**

**PARTNER DAPPS** (Apps)

**CURRENCY EXCHANGE**



ABOUT     CAMPAIGN     ROADMAP     TEAM     NEWS

with crypto discounts and reward programs for users.

### EXCHANGE

Multi-currency wallet and private exchange providing a secondary market for DApps crypto-currencies to trade in / out of Akoin, aka consumerization.



### TRUSTED CURRENCY

Akoin trusted cryptocurrency for transacting within the marketplace; exchanging into pre-paid minutes and/or local fiat; and a strong (less volatile) currency that holds value.

### MARKETING

Massive marketing platform for Brands and Foundations; increasing Akoin and DApp/App partner adoption.

## OUR PLATFORM





# PARTNERSHIP





ABOUT   CAMPAIGN   ROADMAP   TEAM   NEWS

# BRAND PROGRAMS

We fuel youth entrepreneurship through innovative brand and foundation driven campaigns and programs launched on our eco-system, Africa and the world. These campaigns transform the world of the next generation of entrepreneurs through a blend of digital and in-real-life experiences and advertising. Our hybrid business structure allows for brands and foundation-supported campaigns that can (if needed) be 100% tax-deductible.

**RAFFLES**          **GAMES & CONTENT**          **SOCIAL SHARING CAMPAIGN**          **USER GENERATED CONTENT**



ABOUT   CAMPAIGN   ROADMAP   TEAM   NEWS

# ENTREPRENEUR BUILDING BLOCKS

Providing Akoin based-integrated DApps / Apps (Crypto Apps) as building blocks for youth entrepreneurship in developing countries



## CRYPTO BASE



## FINANCIAL SERVICES



Digital Currency

Mobile Phone

Minutes Trading

Cash In / Cash Out

Remittances / Transfer

Establish Credit

Micro - Landing

Financial Asset Services





ABOUT      CAMPAIGN      ROADMAP      TEAM      NEWS

**AKOIN TOKEN**

# AKOIN IS THE EXCLUSIVE CURRENCY OF THE AKOIN ECOSYSTEM

Our model is unique as we strive to create a more stable and trusted currency for the people of Africa, and our platform has been built to reflect this vision.

**TOKEN OF APPRECIATION**

## TOKEN SUPPORTED BY A GROWING POOL OF ASSETS

(Akoin crytpocurrency supported by a pool of assets; and world class asset management, market making and hedging strategies)

## CURRENCY EARNING / CASH IN-OUT

(Akoin DApp earning opportunities; with cash in-out at Corner Market, Banks, ATMs, Point of Sale and

## MANAGED GROWTH & LESS VOLATILITY

(Akoin token economics manages for token velocity and growth for less volatility)

## CURRENCY SPENDING

(Akoin growth, managed velocity and reputation as a trusted currency with a vision will create demand and



ABOUT       CAMPAIGN       ROADMAP       TEAM       NEWS

# MEET THE PLAYERS

Team

   

Akon        Jon Karas       Lynn Liss       Khady Thiam Gueye

 



ABOUT    CAMPAIGN    ROADMAP    TEAM    NEWS

**Mike Tankel**    **Carl Bressler**    **Andrew Karas**    **Makenna Cross**

## Advisors






**Tony DiMatteo**    **Ann Rosenberg**    **Venus Brown**    **Olivier Saidi**




**Dan Sloan**    **Tom Meredith**



ABOUT    CAMPAIGN    ROADMAP    TEAM    NEWS

# OUR PARTNERS

Through our unique eco-system of entrepreneur building crypto-powered DApp / App partners; consumers can earn, save and spend cryptocurrency with immediate Akoin conversion between our partners cryptocurrency.

Our custom Partner Accelerator Program offers continuity and opportunity for brands to interact with new consumers based on a proven track record in 18+ countries; established relationships with the public sector, NGOs and media.

If you'd like to talk to us about partnership



ABOUT     CAMPAIGN     ROADMAP     TEAM     NEWS

CONTACT US

# FREQUENTLY ASKED QUESTIONS





ABOUT    CAMPAIGN    ROADMAP    TEAM    NEWS



Akon Crypto City – set to be built in the country of his birth…

Internationally renown musician Akon has launched his own…

It'
yo
cr

READ             READ

## FOUNDATION



ABOUT    CAMPAIGN    ROADMAP    TEAM    NEWS

economies, to start and build businesses and create sustainable communities. We believe that developing young entrepreneurs is the best way to promote innovation, economic stability, and growth across Africa, and, ultimately, the world. Read more about Akoin Foundation here: [https://www.akoinfoundation.org](https://www.akoinfoundation.org)

**TOKEN OF APPRECIATION**

# FOLLOW US



© 2018, Akoin LLC. All Rights Reserved.

Privacy Policy

Terms and Conditions

DESIGNED BY