Northern District of Texas

<u>Demand for Jury Trial</u>

I Demand a Jury Trial