<u>Statement of Emotion</u>

I am not angry and I am not filing cases in anger, no matter what people who have never met me say, I am not an angry person.