UNITED STATES DISTRICT COURT
FOR THE Northern District of Texas
Dallas

Ryan Gallagher

        Plaintiff,

v.                  Case No.: 3:19−cv−01151−N−BK

                 Judge David C Godbey

The Bitcoin Foundation, et al.

        Defendant.

### ORDER GRANTING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

The Motion to Proceed *In Forma Pauperis* is **GRANTED.**

SIGNED 5/24/2019.

Renee Harris Toliver
Magistrate Judge