<u>Response to R&R + Motion for Reconsideration of Judicial Assignment</u>

I as that the acting Magistrate on these Cases. This Judge is asking for something, citing absolutely 0 Hearings, or Investigations. I have yet to be heard by any court.

**Ketchum v. Cruz, 961 F.2d 916 (10th Cir. 1992).** The Magistrate Cites Colorado, but they cite cases that the Federal Executives Office is currently involved in in that Court, so I would like to cite Ketchum v. Cruz, where a diagnosed Hypographic Crazy person was given sanctions like me, and they gave him a full "Martinez Report" investigation.

The US Federal Courts have yet to give me ANY SUCH COURTESY. And I'm not even a crazy person.

These Judges took 1 or 2 weeks ro Determine my Cases, while others have sat in this District for almost a YEAR? Something fishy is going on, and the Federal Executive will be involved.

Prejudice Defined
harm or injury that results or may result from some action or judgment.

28 U.S. Code§ 144.Bias or prejudice of judge
Whenever a party to any proceeding in a district courtmakes and files a timely and sufficient affidavit that the judge before whom the matter is pending has a personal bias or prejudice either against him or in favor of any adverse party, such judge shall proceed no further therein, but another judge shall be assigned to hear such proceeding.