# Eloquent peasant

## Parkinson (R)

Created on 2009-08-17 by Mark-Jan Nederhof. Last modified 2009-08-18.

Hieroglyphic following Parkinson (1991) for version R from line 1.1 to the point in line 8.5 where version B1, starting at line 33, can be considered to be the 'main' version. After that, only occasional snippets are included where version R differs significantly from the other versions.

### Bibliography

• R.B. Parkinson. *The Tale of the Eloquent Peasant*. Griffith Institute, Ashmolean Museum, Oxford, 1991.

## Parkinson (B1)

Created on 2009-08-17 by Mark-Jan Nederhof. Last modified 2009-08-30.

Hieroglyphic following Parkinson (1991) for version B1 from line 33 to the end of line 357.

### Bibliography

• R.B. Parkinson. *The Tale of the Eloquent Peasant*. Griffith Institute, Ashmolean Museum, Oxford, 1991.

## Parkinson (B2)

Created on 2009-08-17 by Mark-Jan Nederhof. Last modified 2009-08-30.

Hieroglyphic following Parkinson (1991) for version B2 from line 91 to the end of line 142.

### Bibliography

• R.B. Parkinson. *The Tale of the Eloquent Peasant*. Griffith Institute, Ashmolean Museum, Oxford, 1991.

## Nederhof (R) - English

Created on 2006-11-04 by Mark-Jan Nederhof. Last modified 2015-08-06.

Transliteration and translation for The Eloquent Peasant, following the transcription of Parkinson (1991). Version R is given where it is the main version, or where it differs substantially from the other versions.

The transliteration throughout follows Hannig (1995).

### Bibliography

• R. Hannig. *Grosses Handwörterbuch Ägyptisch-Deutsch: die Sprache der Pharaonen (2800-950 v.Chr.)*. Verlag Philipp von Zabern, 1995.

• R.B. Parkinson. *The Tale of the Eloquent Peasant*. Griffith Institute, Ashmolean Museum, Oxford, 1991.

## Nederhof (B1) - English

Created on 2006-11-04 by Mark-Jan Nederhof. Last modified 2015-08-06.

Transliteration and translation for The Eloquent Peasant, following the transcription of Parkinson (1991). Version B1 is given where it is the main version, or where it differs substantially from the other versions.

The transliteration throughout follows Hannig (1995).

For published translations, see Lichtheim (1975), pp. 169-184; Parkinson (1997), pp. 54-88; Simpson (1972), pp. 31-49. Further, Goedicke (1998) covers the second petition (the text from B1 119 to B1 170); Zonhoven (1992), pp. 271-272, covers the text up to B1 119. Also considered

where the examples from Allen (2000), Gardiner (1957), Graefe (1994) and Loprieno (1995).

## Bibliography

• J.P. Allen. *Middle Egyptian: An Introduction to the Language and Culture of Hieroglyphs*. Cambridge University Press, 2000.

• R.O. Faulkner. *A Concise Dictionary of Middle Egyptian*. Griffith Institute, Ashmolean Museum, Oxford, 1962.

• A. Gardiner. *Egyptian Grammar*. Griffith Institute, Ashmolean Museum, Oxford, 1957.

• H. Goedicke. Comments Concerning the "Story of the Eloquent Peasant". *Zeitschrift für ägyptische Sprache und Altertumskunde*, 125:109-125, 1998.

• E. Graefe. *Mittelägyptische Grammatik für Anfänger*. Harrassowitz Verlag, Wiesbaden, 1994.

• R. Hannig. *Grosses Handwörterbuch Ägyptisch-Deutsch: die Sprache der Pharaonen (2800-950 v.Chr.)*. Verlag Philipp von Zabern, 1995.

• A. Loprieno. *Ancient Egyptian: a linguistic introduction*. Cambridge University Press, 1995.

• M. Lichtheim. *Ancient Egyptian Literature -- Volume I: The Old and Middle Kingdoms*. University of California Press, 1975.

• R.B. Parkinson. *The Tale of the Eloquent Peasant*. Griffith Institute, Ashmolean Museum, Oxford, 1991.

• R.B. Parkinson. *The Tale of Sinuhe and Other Ancient Egyptian Poems 1940-1640 BC*. Oxford University Press, 1997.

• W.K. Simpson (editor). *The Literature of Ancient Egypt: An Anthology of Stories, Instructions, and Poetry*. Yale University Press, 1972.

• L.M.J. Zonhoven. *Middel-Egyptische Grammatica: Een Praktische Inleiding in de Egyptische Taal en het Hiërogliefenschrift*. Leiden, 1992.

# Nederhof (B2) - English

Created on 2006-11-04 by Mark-Jan Nederhof. Last modified 2009-06-15.

Transliteration and translation for The Eloquent Peasant, following the transcription of Parkinson (1991). Version B2 is given where it is the main version, or where it differs substantially from the other versions.

The transliteration throughout follows Hannig (1995).

## Bibliography

• R. Hannig. *Grosses Handwörterbuch Ägyptisch-Deutsch: die Sprache der Pharaonen (2800-950 v.Chr.)*. Verlag Philipp von Zabern, 1995.

• R.B. Parkinson. *The Tale of the Eloquent Peasant*. Griffith Institute, Ashmolean Museum, Oxford, 1991.

Pa R

1.1

Ne R | s pw wn(.w) Ḫw.n-Jnpw[1] rn≈f sḫtj pw n Sḫt-ḥmꜣt

Ne R | There was a man called Khunanup[2]. He was a peasant of the Wadi Natrun,

[1] Cf. p. 356 of Allen (2000).

[2] Transcription following Parkinson (1997).

Pa R

1.2

Ne R | jsṯ wn ḥmt≈f Mrt rn≈s

Ne R | and he had a wife called Meret[1].

[1] Transcription following Parkinson (1997).

Pa R

Ne R ḏd.jn sḫtj pn n ḥmt≈f tn

Ne R This peasant said to this wife of his:

Pa R

1.3

Ne R mṯ wj m hꜣt | r Kmt

Ne R 'Look, I am going | to Egypt

Pa R

Ne R r jnt ꜥqw jm n ẖrdw≈j    šm swt ḫꜣ n≈j nꜣ n jt

Ne R to fetch provisions there for my children. Go and measure for me the barley

Pa R

1.4

Ne R | ntj m pꜣ mẖr m ḏꜣt jt n sf

Ne R | that is in the barn as the remainder of yesterday's barley.'

1

**Pa** R

**Ne** R  ꜥḥꜥ.n ḥꜣ.n≈f n≈s      jt ḥqꜣt 6

**Ne** R  Then he measured for her six heqat of barley.

---

1.5

**Pa** R

1.5

**Ne** R  ḏd.jn sḫtj pn n ḥmt≈f tn

1.5

**Ne** R  Then this peasant said to this wife of his:

---

**Pa** R

**Ne** R  mṯ [...] n≈ṯ jt ḥqꜣt 2 r ꜥqw ḥnꜥ ẖrdw≈ṯ

**Ne** R  'Look, [...] two heqat of barley for rations to you and your children.

---

1.6

**Pa** R

1.6

**Ne** R  jr r≈ṯ n≈j swt tꜣ jt ḥqꜣt 6      m t ḥnqt n hrw nb

1.6

**Ne** R  But prepare for me the six heqat of barley as bread and beer for every day,

---

1.7

**Pa** R

1.7

**Ne** R  kꜣ ꜥnḫ≈j jm≈f      hꜣt pw jr.n sḫtj pn r Kmt

**Ne** R  so that I shall live on it.'   Then this peasant left for Egypt,

---

2.1

**Pa** R

2.1

**Ne** R  ꜣṯp.n≈f ꜥꜣw≈f      m jꜣꜣ

2.1

**Ne** R  after he had loaded his donkeys      with vine[1],

[1] Uncertain.



Pa R  2.2  2.3  2.4  2.5

Ne R  2.2 rdmt  2.3 ḥsmn  2.4 ḥmꜣt  2.5 ḫtw [...]

Ne R  2.2 purple nutsedge[1],  2.3 natron,  2.4 salt,  2.5 sticks from [...],

[1] Uncertain.

Pa R  2.6  2.7

Ne R  2.6 ꜥwnwt nt Tꜣ-jḥw  2.7 ḥnwt nt bꜣw

Ne R  2.6 pieces of wood from Farafra,  2.7 hides of panthers,

Pa R  3.1  3.2

Ne R  3.1 ḫꜣwt nt wnšw  3.2 nšꜣw

Ne R  3.1 skins of golden jackals,  3.2 pondweed,

Pa R  3.3  3.4  3.5  3.6

Ne R  3.3 ꜥnw  3.4 tnm  3.5 ḫpr-wr  3.6 sꜣḥwt

Ne R  3.3 ꜥnw-stone,  3.4 tnm-plants,  3.5 wild carrot[1],  3.6 serpentine[2],

[1] Uncertain.

[2] Uncertain.

Pa R  3.7  4.1  4.2  4.3

Ne R  3.7 sꜣkswt  4.1 mjswt  4.2 snt  4.3 [...]

Ne R  3.7 [???],  4.1 mjswt-plants,  4.2 ochre[1],  4.3 [...],

[1] Uncertain.



**Pa R** 4.4 | 4.5 | 4.6 | 4.7

**Ne R** 4.4 jbsȝ | 4.5 jnbj | 4.6 mnw | 4.7 nꜥrww

**Ne R** 4.4 wild mint[1], | 4.5 hedge plants, | 4.6 pigeons[2], | 4.7 nꜥrw-birds,

[1] Uncertain.

[2] Uncertain.

**Pa R** 5.1 | 5.2 | 5.3 | 5.4

**Ne R** 5.1 wgsw | 5.2 wbn | 5.3 tbsw | 5.4 gngnt

**Ne R** 5.1 gutted fish and plucked fowl, | 5.2 wbn-plants, | 5.3 tbsw-shrubs, | 5.4 gngnt-beans,

**Pa R** 5.5 | 5.6

**Ne R** 5.5 šnj-tȝ | 5.6 jnst

**Ne R** 5.5 fenugreek[1], | 5.6 and anise[2];

[1] Following Faulkner (1962); not confirmed by Hannig (1995).

[2] Uncertain.

**Pa R** 6.1

**Ne R** 6.1 mḥ(.w) m jnw nb nfr n Sḫt-ḥmȝt

**Ne R** 6.1 abound with all good products of the Wadi Natrun.

**Pa R** 6.2 | 6.3

**Ne R** 6.2 šmt pw jr.n sḫtj pn m ḫntyt | 6.3 r

**Ne R** 6.2 This peasant then went south | 6.3 to

Pa R

6.4

Ne R  Nnj-nsw      spr pw jr.n≈f r w n          Pr-Iffj     r mḥtj Mdnjt

6.4

Ne R  Herakleopolis, and he arrived in the district of   Per-IFefi[1], to the north of Mednit.

[1] Transcription following Parkinson (1997).

---

Pa R

6.5

Ne R  gm.n≈f s          I ꜥḥꜥ(.w) ḥr mryt

6.5

Ne R  He came across a man          I standing on the embankment.

---

Pa R

6.6

Ne R  Nmtj-nḫt rn≈f          sꜣ s pw          I Jsry rn≈f

6.6

Ne R  His name was Nemtinakht[1] and he was the son of a man I called Isry[2].

[1] Transcription following Parkinson (1997).
[2] Transcription following Parkinson (1997).

---

Pa R

6.7

Ne R  ḏt pw nt jmj-rꜣ pr wr          I Mrw sꜣ Rnsj

6.7

Ne R  These were liegemen of the high steward          I Rensi[1], son of Meru[2].

[1] Transcription following Parkinson (1997).
[2] Transcription following Parkinson (1997).

---

Pa R

7.1

Ne R  ḏd.jn Nmtj-nḫt pn          mꜣꜣ≈f          I ꜥw n sḫtj pn

7.1

Ne R  And this Nemtinakht said, when he saw          I the donkeys of this peasant,

**Pa R** [hieroglyphs] 7.2 [hieroglyphs]

**Ne R** ꜣbyw jb≈f | 7.2 ḫꜣ n≈j šsp nb

**Ne R** which were desirable to his heart: | 7.2 'Would that I had some divine image

---

**Pa R** [hieroglyphs] 7.3 [hieroglyphs]

**Ne R** ꜥwꜣ≈j ḥnw n | 7.3 sḫtj pn jm≈f

**Ne R** with which I could rob the goods of this peasant!'

---

**Pa R** [hieroglyphs] 7.4 [hieroglyphs]

**Ne R** jst rf pr Nmtj-nḫt pn ḥr smꜣ-tꜣ | 7.4 n rꜣ-wꜣt

**Ne R** Now, the house of this Nemtinakht was at a waterside path

---

**Pa R** [hieroglyphs]

**Ne R** ḥns pw n wsḫ js pw

**Ne R** that was narrow, it was not broad:

---

**Pa R** 7.5 [hieroglyphs]

**Ne R** 7.5 qnn≈f r sḫw n dꜣjw

**Ne R** 7.5 it measured the width of a loincloth.

---

**Pa R** [hieroglyphs] 7.6 [hieroglyphs]

**Ne R** jw wꜣt≈f wꜥt | 7.6 ḥr mw     kt ḫr jt

**Ne R** Its one side | 7.6 was under water, the other under barley.

---

**Pa R**  [hieroglyphs]

**Ne R** ḏd.jn Nmtj-nḫt pn n šmsw≈f

**Ne R** This Nemtinakht then said to a servant of his:

---

**Pa** R [hieroglyphs] **7.7**

**Ne** R js | jn n≈j jfd m pr≈j **7.7**

**Ne** R 'Hurry, | and bring me a cape from my house!' **7.7**

---

**Pa** R [hieroglyphs]

**Ne** R jn.jn.tw≈f n≈f ḥr-ʿ

**Ne** R And it was brought to him immediately.

---

**Pa** R [hieroglyphs] **8.1**

**Ne** R | ʿḥʿ.n sš.n≈f sw ḥr smꜣ-tꜣ n rꜣ-wꜣt **8.1**

**Ne** R | Then he spread it out on the waterside path, **8.1**

---

**Pa** R [hieroglyphs] **8.2**     **8.3**

**Ne** R | ḫnn sdb≈f ḥr mw          npnpt≈f      | ḥr jt **8.2**   **8.3**

**Ne** R | so that its hem came to rest on the water, and its selvage   | on the barley. **8.2**   **8.3**

---

**Pa** R [hieroglyphs]     **8.4**

**Ne** R šmt pw jr.n sḫtj pn ḥr wꜣt          | nt rmṯt nbt **8.4**

**Ne** R And this peasant came on the public path.

---

**Pa** R [hieroglyphs]     **8.5**

**Ne** R ḏd.jn Nmtj-nḫt pn      jr hrw      | sḫtj **8.5**

**Ne** R This Nemtinakht then said: 'Beware,          | peasant, **8.5**

---

7

Pa B1 | 33 [hieroglyphs] 34 [hieroglyphs]

Ne B1 | 33 n ḫnd≠k ḥr ḥbsw≠j        ḏd.jn sḫtj | 34 pn

Ne B1 | 33 you will not step on my clothes!' And this peasant said:

Pa B1 [hieroglyphs]

Ne B1 jry≠j ḥst≠k nfr mtn≠j

Ne B1 'I shall do what you wish; my way is good.'

Pa B1 | 35 [hieroglyphs]

Ne B1 | 35 prt pw jr.n≠f r ḥrw  ḏd.jn Nmtj-nḫt pn

Ne B1 | 35 And he went up higher. Then this Nemtinakht said:

Pa B1 | 36 [hieroglyphs]

Ne B1 | 36 jn-jw n≠k šmꜥ≠j r wꜣt        ḏd.jn sḫtj pn

Ne B1 | 36 'Is my Upper-Egyptian barley to be a path for you?' And this peasant said:

Pa B1 | 37 [hieroglyphs]

Ne B1 nfr | 37 mtnw≠j

Ne B1 'My ways are good;

Pa B1 [hieroglyphs] | 38 [hieroglyphs]

Ne B1 jḫmt qꜣ.tj        | 38 mtnw ḥr šmꜥ

Ne B1 the bank is steep, and        the ways are under barley

Pa B1 [hieroglyphs] | 39 [hieroglyphs]

Ne B1 ḥn≠k rf        wꜣt{t} | 39 ≠n m ḥbsw≠k

Ne B1 for you block        our path with your clothes!

**Pa B1** [hieroglyphs] 40 [hieroglyphs]

**Ne B1** jn nn rf ḏj≠k swꜣ≠n    40 ḥr wꜣt

**Ne B1** Will you then not allow us to pass    40 on the path?'

---

**Pa B1** [hieroglyphs]

**Ne R** pḥ.n≠f rf ḏd    9.4 mdt [...]

**Ne R** As he had finished saying    9.4 [...] words,

**Ne B1**    ꜥḥꜥ.n mḥ.n wꜥ m nꜣ n ꜥꜣ

**Ne B1**    Then one of the donkeys filled

---

**Pa B1** 41 [hieroglyphs]

**Ne B1** 41 rꜣ≠f m bꜣt nt šmꜥ    ḏd.jn Nmtj-nḫt pn

**Ne B1** 41 its mouth with a wisp of barley. And this Nemtinakht said:

---

**Pa B1** 42 [hieroglyphs]    43 [hieroglyphs]

**Ne R**    mk ḥm ꜥꜣ≠k    9.6 ḥr wnm jt≠j

**Ne R**    'But look, your donkey    9.6 is eating my barley!

**Ne B1** 42 mk wj r nḥm ꜥꜣ≠k sḫtj    ḥr    43 wnm≠f šmꜥ≠j

**Ne B1** 42 'Look, I shall take away your donkey, peasant, because    43 it ate my barley.

---

**Pa B1** [hieroglyphs]    44 [hieroglyphs]

**Ne B1** mk sw r hbt ḥr qn≠f    44 ḏd.jn sḫtj pn

**Ne B1** It will tread (grain) for its offence.'    44 This peasant then said:

**Pa** B1 [hieroglyphs] **45** [hieroglyphs]

**Ne** B1 nfr mtnw=j          w'̒t          **45** | ḥḏ.tw=s[1]

**Ne** B1 'My ways are good! A single thing          **45** | has been destroyed;

[1] What Parkinson (1991;1997) reads as 10 is here taken as =s.

---

**Pa** B1 [hieroglyphs]

**Ne** B1 jnn=j ʿȝ=j ḥr šnʿ 10

**Ne** B1 I will buy my donkey back for 10 times the value

---

**Pa** B1          **46** [hieroglyphs]

**Ne** B1 jṯ=k sw          **46** | ḥr mḥw n rȝ=f m bȝt nt šmʿ

**Ne** B1 if you take it away **46** | for filling its mouth with a wisp of barley.

---

**Pa** B1 [hieroglyphs]          **47** [hieroglyphs]

**Ne** B1 jw=j grt          **47** | rḫ.kw nb n spȝt tn

**Ne** B1 Now, I          **47** | know the lord of this district;

---

**Pa** B1 [hieroglyphs]          **48** [hieroglyphs]

**Ne** B1 nj sj jmj-rȝ pr wr Mrw sȝ          **48** | Rnsj

**Ne** B1 it belongs to the high steward          Rensi, son of Meru.

---

**Pa** B1 [hieroglyphs]          **49** [hieroglyphs]

**Ne** B1 ntf grt ḫsf ʿwȝ nb m tȝ pn          **49** r-ḏr=f

**Ne** B1 He is the one who restrains every thief in this entire land.

---

**Pa** B1 [hieroglyphs]

**Ne** B1 jn ʿwȝ.tw=j rf m spȝt=f

**Ne** B1 Shall I now be robbed in his district?'

**Pa** B1 [hieroglyphs]

**Ne** B1 ḏd.jn Nmtj-nḫt | pn

**Ne** B1 Then this Nemtinakht | said:

---

**Pa** B1 [hieroglyphs]

**Ne** B1 jn pꜣ pw ḫn n mdt ḏdw rmṯ

**Ne** B1 'Is this not the proverb that people say:

---

**Pa** B1 [hieroglyphs]

**Ne** B1 | dm.tw rn n ḥwrw          ḥr nb≠f

**Ne** B1 | "One mentions the name of a commoner only on account of his lord."?

---

**Pa** B1 [hieroglyphs]

**Ne** B1 jnk | pw mdw n≠k

**Ne** B1 I | am the one who is speaking to you,

---

**Pa** B1 [hieroglyphs]

**Ne** B1 jmj-rꜣ pr wr pw sḫꜣy≠k

**Ne** B1 and it is the high steward whom you are referring to.'

---

**Pa** B1 [hieroglyphs]

**Ne** B1 | ꜥḥꜥ.n ṯ.n≠f n≠f jꜣꜣyt nt jsr wꜣḏ

**Ne** B1 | Then, he took a rod of fresh tamarisk

---

**Pa** B1 [hieroglyphs]

**Ne** B1 | r≠f   ꜥḥꜥ.n ꜥꜣg≠f ꜥt≠f nb jm≠s

**Ne** B1 | to him, and he thrashed all his limbs with it,

---

**Pa** B1 [hieroglyphs]  55

**Ne** B1 nḥm ꜥꜣw⸗f   | sꜥq r spꜣt⸗f  55

**Ne** B1 took his donkeys away   | and drove them to his district.  55

---

**Pa** B1 [hieroglyphs]  56

**Ne** B1 wn.jn sḫtj pn ḥr   | rmyt ꜥꜣw wrt  56

**Ne** B1 Then this peasant proceeded to | wail very loudly  56

---

**Pa** B1 [hieroglyphs]

**Ne** B1 n-mr-n jrryt r⸗f

**Ne** B1 on account of the wickedness of what was done to him.

---

**Pa** B1 [hieroglyphs]  57

**Ne** B1 ḏd.jn Nmtj-nḫt pn      m qꜣ ḫrw⸗k sḫtj  57

**Ne** B1 But this Nemtinakht then said: 'Do not raise your voice, peasant,  57

[1] The following [hieroglyph] in Parkinson (1991) is an erratum, confirmed by p.c. with the author on Sep 4 2000.

---

**Pa** B1 [hieroglyphs]  58

**Ne** B1 mk ṯw r dmj n nb sgr  58

**Ne** B1 or you will go to the abode of the Lord of Silence.'  58

---

**Pa** B1 [hieroglyphs]  59

**Ne** B1 ḏd.jn sḫtj pn   | ḥw⸗k wj ꜥwꜣ⸗k ḥnw⸗j  59

**Ne** B1 Then this peasant said:   | 'You beat me, you rob my goods,  59

**Pa** B1

**Ne** B1  nḥm=k rf

60

**Ne** B1  nḥwt m rꜣ=j

**Ne** B1  and you even deprive me of

60

**Ne** B1  the lament from my mouth!

---

**Pa** B1

**Ne** B1  nb sgr ḏj=k rk n=j

61

**Ne** B1  jḫt=j      jḫ tm=j sbḥ

**Ne** B1  Lord of Silence, may you give me back

61

**Ne** B1  my things, so that I need not scream

---

**Pa** B1

12.3

**Ne** R  nrw=k

12.3

**Ne** R  to Your Fearsomeness.'

**Ne** B1  nr=k

62

**Ne** B1  jr.jn sḫtj pn ꜥḥꜥw {10} r hrw 10

**Ne** B1  to startle you.'

62

**Ne** B1  Then this peasant spent a period of 10 days

---

**Pa** B1

**Ne** B1  ḥr spr n

63

**Ne** B1  Nmtj-nḫt pn   n rḏj=f mꜣꜥ=f r=s

**Ne** B1  pleading with

63

**Ne** B1  this Nemtinakht, but he did not pay attention to it.

---

**Pa** B1

12.5

**Ne** R  šmt pw jr.n sḫtj pn m ḫntyt

12.5

**Ne** R  This peasant then went south

**Ne** B1  šmt pw

64

**Ne** B1  jr.n sḫtj pn r Nnj-nsw r spr

**Ne** B1  This peasant then went

64

**Ne** B1  to Herakleopolis in order to plead

13

**Pa** B1

**Ne** B1  n jmj-rꜣ pr wr     | Mrw sꜣ Rnsj

**Ne** B1  with the high steward     | Rensi, son of Meru.

---

**Pa** B1

**Ne** B1  gm.n≈f sw ḥr prt m sbꜣ     | n pr≈f

**Ne** B1  He found him emerging from the door     | of his house,

---

**Pa** B1

**Ne** B1  r ḫꜣt r qꜣqꜣw≈f n     ꜥrrꜣyt

**Ne** B1  to step into his official boat.

---

**Pa** B1

**Ne** B1  ḏd.jn sḫtj pn     ḫꜣ rḏj.tw     swḏꜣ≈j jb≈k

**Ne** B1  And this peasant said: 'May I be allowed to inform you

---

**Pa** B1

**Ne** B1  ḥr pꜣ ḫn n mdt

**Ne** B1  about this grievance.

---

**Pa** B1

**Ne** B1  sp pw     | rḏj.tw jwt n≈j šmsw≈k n ẖrt-jb≈k

**Ne** B1  Perhaps     | one may have a servant of your choice

---

**Pa** B1

**Ne** B1  hꜣb≈j     | n≈k sw ḥr≈s

**Ne** B1  come to me, so that I may have him report to you about it.'

---

**Pa** B1 [hieroglyphs] | 71 [hieroglyphs]

**Ne** B1 rḏj.jn jmj-rꜣ pr wr Mrw sꜣ Rnsj | 71 šm šmsw⸗f n ẖrt-jb⸗f tp-jm⸗f

**Ne** B1 And the high steward Rensi, son of Meru, had | 71 a servant of his choice go to him,

---

**Pa** B1 [hieroglyphs] | 72 [hieroglyphs]

**Ne** B1 hꜣb | 72 sw sẖtj pn

**Ne** B1 and this peasant had him report back | 72

---

**Pa** B1 [hieroglyphs] | 73 [hieroglyphs]

**Ne** B1 ḥr mdt tn mj | 73 qj⸗s nb

**Ne** B1 about this entire matter. | 73

---

**Pa** B1 [hieroglyphs]

**Ne** B1 wn.jn jmj-rꜣ pr wr Mrw sꜣ Rnsj ḥr srẖt

**Ne** B1 Then the high steward Rensi, son of Meru, accused

---

**Pa** B1 74 | [hieroglyphs]

**Ne** B1 74 | Nmtj-nẖt pn n srw ntj r-gs⸗f

**Ne** B1 74 | this Nemtinakht to the officials who were with him.

---

**Pa** B1 [hieroglyphs] | 75 [hieroglyphs]

**Ne** B1 ḏd.jn⸗sn | 75 n⸗f

**Ne** B1 But then they said | 75 to him:

---

**Pa** B1 [hieroglyphs]

**Ne** B1 smwn sẖtj⸗f pw jw n ky r-gs⸗f

**Ne** B1 'Perhaps it is a peasant of his who went to someone else beside him.

---

**Pa** B1 76

**Ne** B1 76 mk jrrt≈sn pw r sḫtjw≈sn

**Ne** B1 76 Look, that is what they do to peasants of theirs

---

**Pa** B1

**Ne** B1 jww n 77 kt-ḫt r-gs≈sn      mk jrrt≈sn pw

**Ne** B1 who have gone to 77 others beside them. That is what they do.

---

**Pa** B1 78

**Ne** B1 sp pw n 78 ḫsf.tw n Nmtj-nḫt pn

**Ne** B1 Is this a cause for 78 punishing this Nemtinakht,

---

**Pa** B1 79

**Ne** B1 ḥr nh n ḥsmn 79 ḥnꜥ nh n ḥmꜣt

**Ne** B1 on account of a little natron 79 and a little salt?

---

**Pa** B1 80

**Ne** B1 wḏ.tw n≈f ḏbꜣ 80 st ḏbꜣ≈f st

**Ne** B1 If he is ordered to replace 80 it, then he will replace

---

**Pa** B1 81

**Ne** B1 gr pw jr.n 81 jmj-rꜣ pr wr Mrw sꜣ Rnsj

**Ne** B1 it.' But the high steward Rensi, son of Meru, remained silent.

---

16

**Pa** B1 [hieroglyphs]                    **82** [hieroglyphs]

**Ne** B1 n wšb≠f                    **82** n nn n srw   wšb≠f n sḫtj pn

**Ne** B1 He did not answer                    **82** these officials, nor did he answer this peasant.

---

**Pa** B1 [hieroglyphs]                    **83** [hieroglyphs]

**Ne** R                    **14.1** jw.jn rf sḫtj pn        r spr n≠f

**Ne** R                    **14.1** Then this peasant came to plead with him

**Ne** B1                    **83** jw.jn rf sḫtj pn        r spr n

**Ne** B1                    **83** Then this peasant came to plead with

---

**Pa** B1 [hieroglyphs]                    **84** [hieroglyphs]

**Ne** R                                        sp tpj

**Ne** R                                        for the first time.

**Ne** B1 jmj-rꜣ pr wr Mrw sꜣ                    **84** Rnsj                        ḏd≠f

**Ne** B1 the high steward                    Rensi, son of Meru.                    He said:

---

**Pa** B1 [hieroglyphs]

**Ne** R                    **14.2** jmj-rꜣ pr wr nb≠j wr nb wrw

**Ne** R                    **14.2** 'High steward, my lord, great one, lord of the great,

**Ne** B1                    jmj-rꜣ pr wr nb≠j wr n wrw

**Ne** B1                    'High steward, my lord, greatest of the great,

---

**Pa** B1                    **85** [hieroglyphs]

**Ne** B1                    **85** sšmw n jwtt ntt

**Ne** B1                    **85** leader of all that is not and all that is,

---

**Pa** B1 [hieroglyphs]

**Ne** B1 jr h3=k r š n | m3ꜥt  sqd=k jm=f m m3ꜥw

**Ne** B1 if you go down to the Lake of | Truth, you will sail on it with a fair wind,

---

**Pa** B1 [hieroglyphs]

**Ne** B1 | nn kf ndbyt ḥt3=k

**Ne** B1 | the bunt will not strip away your sail,

---

**Pa** B1 [hieroglyphs]

**Ne** B1 nn | jhm dpwt=k nn jwt jyt m ḥt=k

**Ne** B1 your ship will not lag, | no disaster will befall your rudder stock,

---

**Pa** B1 [hieroglyphs]

**Ne** B1 nn | sw3 sgrgw=k nn sḥm=k ḫ3ꜥꜥ=k ḥr t3

**Ne** B1 your yards will not break, | you will not founder when you land,

---

**Pa** B1 [hieroglyphs]

**Ne** B1 | nn jṯ ṯw nwt

**Ne** B1 | no wave will carry you off,

---

**Pa** B1 [hieroglyphs]

**Ne** B1 nn dp=k ḏwt | nt jtrw

**Ne** B1 you will not taste the evil | of the river,

---

18

**Pa** B1 

**Ne** B1 nn mꜣ=k ḥr snḏ     jw n=k     rmw šnꜥyw

**Ne** B1 you will not see the face of fear, but shy fish will come to you

---

**Pa** B1

**Ne** B1 pḥ=k m ꜣpd     ḏdꜣ ḥr ntt ntk jt n nmḥ

**Ne** B1 and you will catch fatted fowl.     For you are a father to the orphan,

---

**Pa** B1

**Ne** B1 hꜣj n ḫꜣrt     sn n wḏꜥt

**Ne** B1 a husband to the widow, a brother to the divorced

---

**Pa** B1

**Ne** B1 šnḏyt     nt jwtw mwt=f

**Ne** B1 and an apron     to the motherless.

---

**Pa** B1

**Ne** B1 jm jry=j rn=k m     tꜣ pn r hp nb nfr

**Ne** B1 Let me make your name in     this land according to every good

---

**Pa** B1

**Ne** B1 sšmw šw     m ꜥwn-jb wr šw m nḏyt

**Ne** B1 rule: leader free     of greed,     great one free of arrogance,

**Pa B1** 98

**Ne B1** 98 sḥtm grg sḫpr mꜣꜥt

**Ne B1** 98 destroyer of falsehood, creator of truth,

---

**Pa B1** 99

**Ne R** 16.3 jm bw-ḏw r | tꜣ

**Ne R** 16.3 Cast evil on | the ground!

**Ne B1** jj ḥr | 99 ḫrw ḏd-rꜣ

**Ne B1** one who comes at | 99 the voice of the caller.

---

**Pa B1** 100

**Ne B1** ḏd=j sḏm=k          jr mꜣꜥt          ḥsy ḥss ḥsyw

**Ne B1** I speak so that you will hear. Do justice,          praised one whom the praised praise!

---

**Pa R** 16.6 

**Pa B1** 101

**Ne R** 16.5 | dr sꜣr=j          mk wj          16.6 | ꜣtp.kw [m] jꜥnw

**Ne R** 16.5 | Relieve my distress, for I          16.6 | am laden with sorrow

**Ne B1** dr          sꜣr mk wj          ꜣtp.kw

**Ne B1** Relieve the distress, for I          am burdened!

---

**Pa R** 16.7

**Ne R** mk wj          16.7 | fn.kw ḥr=f

**Ne R** and          16.7 | faint from it!

| | | |
|---|---|---|
| **Pa** R | | |
| **Pa** B1 | 102 | |
| **Ne** R | 16.8 | m ꜣhw |
| **Ne** R | 16.8 | in distress!' |
| **Ne** B1 | jp | 102 wj mk wj m nhw |
| **Ne** B1 | Examine | 102 me, I am at a loss!' |

| | |
|---|---|
| **Pa** B1 | 103 |
| **Ne** B1 | jsṯ rf  103 ḏd.n sḫtj pn mdt tn |
| **Ne** B1 | Now,  103 this peasant said these words |

| | |
|---|---|
| **Pa** B1 | 104 |
| **Ne** B1 | m rk ḥm n nsw-bjtj  104 Nb-kꜣw-Rᶜ |
| **Ne** B1 | in the time of the majesty of the king of Upper and Lower Egypt  104 Nebkaure, |

| | |
|---|---|
| **Pa** B1 | 105 |
| **Ne** B1 | mꜣᶜ-ḫrw šmt pw jr.n jmj-rꜣ pr wr  105 Mrw sꜣ Rnsj |
| **Ne** B1 | justified.   The high steward Rensi, son of Meru, then went |

| | |
|---|---|
| **Pa** B1 | |
| **Ne** B1 | tp-m ḥm=f ḏd=f |
| **Ne** B1 | before His Majesty and said: |

| | |
|---|---|
| **Pa** B1 | 106 |
| **Ne** B1 | nb=j jw  106 gm.n=j wᶜ m nn n sḫtj nfr mdw n |
| **Ne** B1 | 'My lord,  106 I have found one of these peasants who is truly eloquent. |

| | | |
|---|---|---|
| Pa R | | 17.5 |
| Pa B1 | | 107 |
| Ne R | | 17.5 jn s ntj r ꜥqꜣ=j |
| Ne R | | 17.5 by a man who is my peer, |
| Ne B1 | 107 wn-mꜣꜥ ꜥwꜣ ḫnw=f | |
| Ne B1 | His goods have been robbed | |

| | | |
|---|---|---|
| Pa R | | |
| Pa B1 | | 108 |
| Ne B1 | mk | 108 sw jw.w r spr n=j ḥr=s |
| Ne B1 | and | 108 he has come to plead with me about it.' |

| | | |
|---|---|---|
| Pa B1 | 109 | |
| Ne B1 | 109 ḏd.jn ḥm=f       m mrr=k mꜣ=j snb.kw | |
| Ne B1 | 109 And His Majesty said: As you wish to see me in health, | |

| | | |
|---|---|---|
| Pa B1 | | 110 |
| Ne B1 | swdf=k sw | 110 ꜣ    nn wšb r ḏdt=f nbt |
| Ne B1 | you will delay him | 110 here without answering anything he says. |

| | | |
|---|---|---|
| Pa B1 | | 111 |
| Ne B1 | jn-mrwt wn=f | 111 ḥr ḏd gr |
| Ne B1 | So that he keeps | 111 speaking, remain silent. |

**Pa B1** [hieroglyphs]

**Ne R** n-mrwt jn.tw n≈n mdw≈f          m sš          |
18.1

**Ne R** so that his speech will be brought to us in writing. |
18.1

**Ne B1** jḫ jn.tw n≈n          m sš     sḏm≈n st

**Ne B1** Then it will be brought to us          in writing  so that we may hear it.

---

112
**Pa B1** | [hieroglyphs]

**Ne R** jr swt ꜥnḫ ḥmt sḫtj pn          |
18.2

**Ne R** But provide sustenance for the wife of this peasant |
18.2

112
**Ne B1** | jr swt ꜥnḫ ḥmt≈f          ḥnꜥ ẖrdw≈f

112
**Ne B1** | But provide sustenance for his wife          and children.

---

113
**Pa B1** [hieroglyphs]

113
**Ne B1** mk jw wꜥ m nꜣ | n sḫtj     r šwt pr≈f r tꜣ

**Ne B1** That one of these peasants comes here is because his house is empty.

---

114
**Pa B1** [hieroglyphs]

**Ne R** | [...] ḥnꜥ swt     jrt ꜥnḫ sḫtj pn          ḥr ḥꜥw≈f
18.4     18.5

**Ne R** | [...] Furthermore, provide sustenance for this peasant          himself.
18.4

114
**Ne B1** jr grt ꜥnḫ sḫtj pn          | m-ḥꜥw≈f

114
**Ne B1** Furthermore, provide sustenance for this peasant | himself.

---

**Pa B1** 

**Ne R** nn rḫ≈f

**Ne R** without him knowing

**Ne B1** wnn≈k ḥr rḏjt ḏj.tw n≈f ꜥqw     nn rḏjt rḫ≈f

**Ne B1** You will let the provisions be given to him without letting him know

---

23

**Pa** B1  [115]

**Ne** R  ḏd.tw n ẖnmsw[≠f]

**Ne** R  They were given to friends of his,

**Ne** B1  [115] ntt ntk rḏj n≠f st

**Ne** B1  [115] that it is you who gave them to him.'

---

**Pa** B1

**Ne** R  [18.7] jn ẖnmsw≠f ḏd n≠f st

**Ne** R  [18.7] and his friends gave them to him.

---

**Pa** B1  [116]

**Ne** B1  wn.jn.tw ḥr rḏjt n≠f t 10 ḥnqt ds 2  [116] rꜥ nb

**Ne** B1  And he was given ten loaves of bread and two jars of beer [116] every day.

---

**Pa** B1 

**Ne** B1  ḏd st jmj-rꜣ pr wr Mrw sꜣ Rnsj

**Ne** B1  The high steward Rensi, son of Meru, gave them,

---

**Pa** B1  [117]

**Ne** B1  ḏd≠f st n ẖnms≠f ntf  [117] ḏd n≠f st

**Ne** B1  but he gave them to a friend of his, and it was he [117] who gave them to him.

---

**Pa** B1

**Ne** B1  ꜥḥꜥ.n hꜣb.n jmj-rꜣ pr wr Mrw sꜣ Rnsj

**Ne** B1  Then the high steward Rensi, son of Meru, sent a message

---

Pa B1

Ne B1  n ḥqȝ-ḥwt n | Sḫt-ḥmȝt

Ne B1  to the mayor of | the Wadi Natrun

Pa B1

Ne B1  ḥr jrt ꜥqw n ḥmt sḫtj pn

Ne B1  about making provisions for the wife of this peasant,

Pa B1

Ne B1  m jt ḥqȝt 3 rꜥ nb

Ne B1  consisting of three gallons of barley every day.

Ne R  | wn.jn jmj-rȝ pr wr Mrw sȝ Rnsj ḥr rḏjt  | ꜥqw

Ne R  | Then the high steward Rensi, son of Meru, gave | provisions

Ne R  n sḫtj pn m ḥnqt [ds] [...]  | t 50

Ne R  to this peasant, consisting of [...] [jars] of beer | and fifty loaves of bread.

Ne R  ḏd≈f st n ḫnmsw≈f  | jn ḫnmsw≈f ḏd n≈f st

Ne R  He gave them to friends of his, | and his friends gave them to him.

Pa B1

Ne B1  | jw.jn rf sḫtj pn r spr n≈f sp 2

Ne B1  | Then this peasant came to plead with him for a second time,

Pa B1

Ne R  gm.n≈f sw  | m prt m [...]

Ne R  and found him | emerging from [...]

**Pa B1** 120

**Ne B1** ḏd≈f jmj-rȝ pr wr nb≈j wr n wrw   120 ḫwd n ḫwdw

**Ne B1** and said: 'High steward, my lord, greatest of the great,   120 richest of the rich,

---

**Pa B1** 121

**Ne B1** ntj wn wr n wrw≈f   ḫwd n   121 ḫwdw≈f

**Ne B1** whose great ones have one greater, whose rich ones have one richer,

---

**Pa B1** 122

**Ne B1** ḥmw n pt   122 sȝw n tȝ

**Ne B1** rudder of heaven,   122 beam of earth,

---

**Pa B1**

**Ne B1** ḫȝy tȝ wdnw   ḥmw m sbn

**Ne B1** plumb-line that carries the weight! Rudder, do not deviate!

---

**Pa B1** 123

**Ne B1** 123 sȝw m gsȝ   ḫȝy m jr nwdw

**Ne B1** 123 Beam, do not tilt! Plumb-line, do not swing awry!

---

**Pa B1** 124

**Ne B1** nb wr   124 ḥr jtt m jwtt nb≈s

**Ne B1** A great lord   124 takes what is without owner

---

**Pa B1**

**Ne B1** ḥr ḥʿḏȝ ḥr wʿ   ḫrt≈k m pr≈k

**Ne B1** and robs only that. Your possessions are in your house.

---

**Pa** B1 | 125

**Ne** B1 | 125 ḥnqt hnw ḥnꜥ t 3

**Ne** B1 | 125 Half a litre of beer and three loaves of bread,

---

**Pa** B1 | 126

**Ne** B1 ptr pnqt=k m ssꜣt          126 twꜣw=k

**Ne** B1 what is it you expend to satisfy your dependants?

---

**Pa** B1

**Ne** B1 jn mwt mwt ḥnꜥ ẖrw=f          jn-jw=k r s n nḥḥ

**Ne** B1 A mortal man dies along with his underlings, or will you be a man of eternity?

---

**Pa** B1 | 127

**Ne** B1 n jw          127 js pw jwsw gsꜣw tẖ nnm

**Ne** B1 Is it not wrong,          a balance that is crooked, the pointer of a balance that errs,

---

**Pa** B1 | 128

**Ne** B1 mtj          128 mꜣꜥ ḫpr m tnbẖ mk mꜣꜥt wtẖ=s ḥr=k

**Ne** B1 a truly correct man who strays?          Look, justice is fleeing from you,

---

**Pa** B1 | 129

**Ne** B1 nš.tj m          129 st=s     srw ḥr jrt jyt

**Ne** B1 expelled from          129 its place. Officials are doing evil,

---

**Pa** B1

**Ne** B1 tp-ḥsb n mdt ḥr rḏt ḥr gs

**Ne** B1 the norm of speech is biased

---

**Pa B1** [130] 𓏺 (hieroglyphs)

**Ne B1** [130] sḏmyw ḥr ẖnp jtt=f

**Ne B1** [130] and judges are carrying off what it seizes.

---

**Pa B1** (hieroglyphs)

**Ne B1** sjꜣtj pw n mdt m ꜥqꜣ=s

**Ne B1** This means that he who twists speech from its correct sense

---

**Pa B1** [131] (hieroglyphs)

**Ne B1** [131] ḥr jrt rf nwdw jm=s

**Ne B1** is [131] acting corruptly thereby.

---

**Pa B1** (hieroglyphs)

**Ne B1** rḏj ṯꜣw ḥr gꜣt ḥr tꜣ

**Ne B1** He who should give breath is suffocating on the ground,

---

**Pa B1** (hieroglyphs) [132] (hieroglyphs)

**Ne B1** srfw [132] ḥr rḏjt nšp.tw   pssw m ꜥwnw

**Ne B1** he who should rest [132] is making people pant, the arbitrator is a cheat,

---

**Pa B1** (hieroglyphs) [133] (hieroglyphs)

**Ne B1** dr   [133] sꜣr{r} m wḏ jrt=f dmj m wḏnw=f

**Ne B1** he who should relieve distress is ordering its creation,   the harbour is flooded,

---

**Pa B1** (hieroglyphs) [134] (hieroglyphs)

**Ne B1** ẖsf jw ḥr   [134] jrt jyt

**Ne B1** he who should punish injustice is   [134] doing evil.'

**Pa** B1

**Ne** B1 ḏd.jn jmj-rꜣ pr wr Mrw sꜣ Rnsj

**Ne** B1 Then the high steward Rensi, son of Meru, said:

---

**Pa** B1

**Ne** B1 jn ꜥt pw n⸗k                    jmy ḥrj-jb⸗k

135

**Ne** B1 'Is what is on your mind of greater concern to you

---

**Pa** B1

**Ne** B1 r jt ṯw šmsw⸗j                    ḏd.jn sḫtj pn

**Ne** B1 than that my servant might seize you?' But this peasant said:

---

**Pa** B1

**Ne** B1 ḫꜣw n                    ꜥḥꜥw ḥr sjꜣt n⸗f

136

**Ne** B1 'He who measures heaps (of corn) is pilfering for himself;

---

**Pa** B1

**Ne** B1 mḥ n ky ḥr hqs ḫꜣw⸗f

**Ne** B1 he who fills for another is withholding from his amount;

---

**Pa** B1

**Ne** B1 sšm r                    hpw ḥr wḏ ꜥwꜣt

137

**Ne** B1 he who should govern according to the laws is ordering theft.

---

**Pa** B1

**Ne** B1 nm jrf ḫsf⸗f bw-ḥwrw

**Ne** B1 Who then will repel evil?

---

29

**Pa B1** | 138

**Ne B1** dr | 138 nw ḥr jrt nwdw

**Ne B1** He who should dispel | 138 weakness is acting corruptly;

**Pa B1**

**Ne B1** ꜥqꜣ ky ḥr ḫꜣbb

**Ne B1** he who should correct another is being crooked;

**Pa B1** | 139

**Ne B1** | 139 wfꜣ ky jr jyt          tr gm≠k rk n≠k

**Ne B1** | 139 he who should reproach another is an evildoer. Do you find anything for yourself?

**Pa B1** | 140

**Ne B1** ḥwꜥ ḫsf ꜣw | 140 jyt          jw bj r st≠f nt sf

**Ne B1** Redress is short but evil is long. A good deed returns to its place of yesterday.

**Pa B1** | 141

**Ne B1** wḏ rf pw          jr n jrr | 141 r rḏjt jr≠f

**Ne B1** This is the precept: act for him who acts, | 141 to make him act;

**Pa B1** | 142

**Ne B1** dwꜣ-nṯr n≠f pw ḥr jrrt≠f          njt jḫt pw tp-ꜥ | 142 st

**Ne B1** it is thanking him for what he does; it is parrying a thing before | 142 shooting;

**Pa B1**

**Ne B1** wḏ jḫt pw n nb ḥnt

**Ne B1** it is commissioning something from a craftsman.

30

**Pa B1** 

**Ne B1** ḫȝȝt        sḫtml≠s           pnᶜ m rwj≠k

**Ne B1** Would that a moment would destroy, havoc in your vineyard,

---

**Pa B1** 

**Ne B1** ᶜnḏ m ȝpdw≠k        ḫbȝ        | m qbḥw≠k

**Ne B1** decimation of your birds, destruction        | among your water-fowl!

---

**Pa B1** (hieroglyphs)

**Ne B1** pr mȝw šp jrwt              sḏmw sḫw

**Ne B1** He who should see has turned blind, one who should hear deaf,

---

**Pa B1** (hieroglyphs)

**Ne B1** | sšmw ḫpr(.w) m stnmw

**Ne B1** | and one who should lead has gone astray.

---

**Pa B1** (hieroglyphs)

**Ne B1** | ᶜnbrw jn tr snb.n≠k

**Ne B1** | Basket[1]! Have you (not) gone too far?

[1] Uncertain, but not altogether implausible if meant figuratively as "someone accumulating wealth"; cf. B1 164.

---

**Pa B1** (hieroglyphs)

**Ne B1** jrr≠k r≠k jrf              r-|m

**Ne B1** Why do you act against yourself?

---

**Pa B1** (hieroglyphs)

**Ne B1** mk ṯw nḫt(.tj) wsr.tj ᶜ≠k pr(.w)

**Ne B1** Look, you are strong and powerful, your arm is strenuous,

**Pa B1** [148]

**Ne B1** [148] jb=k ꜥwn(.w)      sf sw3(.w) ḥr=k

**Ne B1** [148] but your heart is greedy and mercy has left you.

---

**Pa B1**

**Ne B1** nḫ.wj      [149] m3r sky=k

**Ne B1** How lamentable      [149] is the poor man you ruin!

---

**Pa B1**

**Ne B1** twt=k n      [150] wpwtj n Ḫntj

**Ne B1** You are like      [150] the messenger of Khenty.

---

**Pa B1**

**Ne B1** mk ṯw sw3.tj ḥr      [151] nbt j3dw

**Ne B1** Look, you surpass      [151] the Lady of Pestilence;

---

**Pa B1**

**Ne B1** nn n=k nn n=s

**Ne B1** if something is not for you, it is not for her;

---

**Ne B1** nn (r)=s nn r=k

**Ne B1** if something is not against her, it is not against you;

---

**Pa B1** [152]

**Ne B1** [152] n jrr=k st n jrr=s st      sf nb t

**Ne B1** [152] if you won't do it, she won't do it. Who possesses bread should be merciful

---

32

**Pa** B1

**153**

**Ne** B1  nḫt n        twt t͗wt n jwtw jḫt≠f

**153**

**Ne** B1  whereas brutality is for | the criminal. Theft suits those without belongings,

---

**Pa** B1

**154**

**Ne** B1  ẖnp jḫt jn ẖnr

**154**

**Ne** B1  | things are robbed by a criminal.

---

**Pa** B1

**155**

**Ne** B1  sp bjn jwtj šwjw        nn rf t͗s.tw jm≠f

**155**

**Ne** B1  But an evil act of someone without need, | is he not to be rebuked?

---

**Pa** B1

**156**

**Ne** B1  ḥḥ n≠f pw      jw≠k swt s͗.tj       | m t≠k

**156**

**Ne** B1  It is self-seeking. But you are sated | with your bread

---

**Pa** B1

**157**

**Ne** B1  tḫ.tj m ḥnqt≠k        jw≠k ḥwd.tj m sšrw        | nbw

**157**

**Ne** B1  and drunk with your beer, and you are rich in every respect.

---

**Pa** B1

**158**

**Ne** B1  jw ḥr n ḥmy r-ḫ͗t        sbn dpt r        | mrr≠s

**158**

**Ne** B1  While the face of the helmsman is forward, the ship deviates as | it pleases.

---

**Pa** B1

**Ne** B1 jw nsw m ẖntj          jw ḥmw m ꜥ=k

**Ne** B1 While the king is in the stateroom and the helm is in your hand,

---

159

**Pa** B1

159

**Ne** B1 rḏj.tw jyt m hꜣw=k

159

**Ne** B1 evil is placed near you.

---

**Pa** B1

160

**Ne** B1 ꜣw sprw=j wdn          fdq

**Ne** B1 My plea is long, and the division is difficult.

---

**Pa** B1

**Ne** B1 jšst pw ntj jm          kꜣ.tw

**Ne** B1 "What's with him there?" people say.

---

161

**Pa** B1

161

**Ne** B1 jr jbw          snb mryt=k

161

**Ne** B1 Create shelter          so that your shore will be safe,

---

**Pa** B1

162

**Ne** B1 mk dmj=k šn.w          ꜥqꜣ ns=k

162

**Ne** B1 for look, your harbour is surrounded by crocodiles! May your tongue be truthful

---

163

**Pa** B1

163

**Ne** B1 jm=k tnmw          ꜣmw          pw n s ꜥt jm=f

**Ne** B1 so that you won't go astray! That organ in a man is his canker-worm.

---

34

**Pa B1** [hieroglyphs]

**Ne B1** m ḏd grg          sꜣw srw

**Ne B1** Don't speak falsehood! Beware of officials!

---

**Pa B1** 164 [hieroglyphs]

**Ne B1** 164 mnḏm pw ꜥḏyw sḏmyw

**Ne B1** 164 The judges are a fattened basket[1];

[1] Meant figuratively: "rich from bribes".

---

**Pa B1** [hieroglyphs] 165 [hieroglyphs]

**Ne B1** smw=sn          165 pw ḏd grg wn=f js.w ḥr jb=sn

**Ne B1** speaking falsehood is their herbage,          it lies light on their hearts.

---

**Pa B1** [hieroglyphs] 166 [hieroglyphs]

**Ne B1** rḫ-jḫt          166 n rmṯt nbṯ

**Ne B1** O wisest          166 of all mankind,

---

**Pa B1** [hieroglyphs] 167 [hieroglyphs]

**Ne B1** jn ḫm=k m hꜣw=j          167 dr sꜣr n mw nb

**Ne B1** are you unaware of my case?          167 Relieve all distress on the water!

---

**Pa B1** [hieroglyphs] 168 [hieroglyphs]

**Ne R** 26.4 mk wj ꜣṯp.kw m   26.5 jꜥnw   mk wj m ꜥ=k

**Ne R** 26.4 Look, I am laden with 26.5 sorrow. Look, I am in your hands,

**Ne B1** mk wj ḥr          168 mṯnw jw

**Ne B1** Look, I am under          168 way without a ship.

---

35

**Pa B1** [hieroglyphs] 169

**Ne R** jp=k wj                         mk wj m ꜣhw 26.7

**Ne R** so you should take account of me! Look, I am in distress. 26.7

**Ne B1** mnj mḥ nb                    šd bgꜣw 169

**Ne B1** Rescue all who are drowning,     save the shipwrecked, 169

---

**Pa B1** [hieroglyphs] 170

**Ne R** šd wj 26.8 m hꜣw ḏr[...]=k

**Ne R** save me 26.8 in the domain within your reach!'

**Ne B1** ẖdr=k wj m hꜣw          jrj ḏr=k 170

**Ne B1** rescue me in the domain     that is within your reach!' 170

---

**Pa B1** [hieroglyphs]

**Ne B1** jw.jn rf sḫtj pn        r spr n=f 3nw sp

**Ne B1** And this peasant came to plead with him for a third time.

---

**Pa B1** [hieroglyphs] 171 172

**Ne B1** ḏd=f 171 jmj-rꜣ pr wr nb=j     ntk Rꜥ nb pt ḥnꜥ     šnwt=k 172

**Ne B1** He said: 171 'High steward, my lord, you are Re, lord of heaven, with your courtiers.

---

**Pa B1** [hieroglyphs] 173

**Ne B1** jw ẖrt bw-nb jm=k mj          nwy 173

**Ne B1** Everyone has a need for you, like     water. 173

---

**Pa B1** [hieroglyphs]

**Ne B1** ntk Ḥꜥpj swꜣḏ šꜣw

**Ne B1** You are Hapi, who makes the meadows green

---

**Pa** B1 [hieroglyphs] | [hieroglyphs]

174

**Ne** B1 grg     | jꜣwt ḫbꜣwt     ḥsf ꜥwꜣ

174

**Ne** B1 and restores     | mounds that have been ravaged. Punish theft

---

**Pa** B1 [hieroglyphs]

175     176

**Ne** B1 | nḏ ḥr mꜣr     m ḫpr m     | wḏnw r sprw

175     176

**Ne** B1 | and protect the poor! Don't become a flood against the suppliant!

175

---

**Pa** B1 [hieroglyphs]

177

**Ne** B1 sꜣw tkn n nḥḥ     | mr wꜣḥ mj ḏd

177

**Ne** B1 Beware of the approach of eternity.     | Desire to last, as is said:

177

---

**Pa** B1 [hieroglyphs]

**Ne** B1 ṯꜣw pw n fnḏ jrt mꜣꜥt

**Ne** B1 "Doing justice is breath for the nose."

---

**Pa** B1 | [hieroglyphs]

178

**Ne** B1 | jr ḫsft r ḫsfw n≠f

178

**Ne** B1 | Inflict punishment on him who ought to be punished,

178

---

**Pa** B1 [hieroglyphs] | [hieroglyphs]

179

**Ne** B1 nn sn.tw r     tp-|ḥsb≠k     jn-jw jwsw nnm≠f

179

**Ne** B1 and none will surpass | your rectitude. Does the 'hand'-balance[1] err?

179

[1] "Handwaage".

---

37

**Pa B1**

**180**

**Ne B1** jn-jw        | mḫȝt ḥr rdjt ḥr gs

**180**

**Ne B1** Is        | the 'stand'-balance[1] biased?

[1] "Standwaage".

---

**Pa B1**

**181**

**Ne B1** jn-jw rf Ḏḥwtj        | sfn≠f  jḫ {r}[1] jr≠k jyt

**181**

**Ne B1** Is Thoth        | lenient? Then may you do evil!

[1] To be emended to ⎯ (Parkinson, 1991).

---

**Pa B1**

**182**

**Ne B1** rdj≠k ṯw snnw n        | 3 pn

**182**

**Ne B1** You should set yourself equal to | these three;

---

**Pa B1**

**183**

**Ne B1** jr sfn 3 ḫr≠k sfn≠k        m   | wšb nfrt m bjnt

**183**

**Ne B1** if the three are lenient, then you must be lenient. Do not | answer good with bad.

---

**Pa B1**

**Ne B1** m rdj kt m st kt

**Ne B1** Do not put one thing in place of another.

---

**Pa B1**

**184**

**Ne B1** rwḏ[1] mdt r snmyt

**184**

**Ne B1** The spoken word is more persistent than weed[2],

[1] Or rd, "grow".

[2] Lit. "snmyt-plants".

---

38

**Pa B1** [hieroglyphs] 185

**Ne B1** r    185  d|mj n ḫnm m wšb≠s

**Ne B1** to    185  | reach the smeller with its retort.

---

**Pa B1** [hieroglyphs] 186

**Ne B1** ntf jyt    186  | r rḏjt rd ḥbsw

**Ne B1** The one who waters mischief    186  | to make deception[1] grow,

[1] Uncertain.

---

**Pa B1** [hieroglyphs] 187

**Ne B1** spw 3    187  | pw r rḏjt jr≠f    jr rk ḥmw r ndbyt

**Ne B1** this is three times    187  | to induce him to act![1] Steer according to the sail.

[1] I.e. "this is already the third time that I induce him to act!"

---

**Pa B1** [hieroglyphs] 188

**Ne B1**    188  | šd wḏnw r jrt mꜣꜥt

**Ne B1**    188  | Withdraw the flood, so as to do justice.

---

**Pa B1** [hieroglyphs] 189

**Ne B1** sꜣw    189  | ḫꜣ≠k rk ḥr nfryt

**Ne B1** Be careful that    189  | you do not run aground, while at the tiller.

---

**Pa B1** [hieroglyphs] 190

**Ne B1** ꜥqꜣyt nt tꜣ    190  | jrt mꜣꜥt {w}

**Ne B1** To straighten out the land    190  | is to do justice.

**Pa** B1 — hieroglyphs —

**Ne** B1 m ḏd grg jw≈k wr.tj

**Ne** B1 Do not speak falsehood, for you are mighty.

---

**Pa** B1 — hieroglyphs — 191

**Ne** B1 m js    191 jw≈k dns.tj

**Ne** B1 Do not be light-hearted, 191 for you are weighty.

---

**Pa** B1 — hieroglyphs —

**Ne** B1 m ḏd grg ntk jwsw

**Ne** B1 Do not speak falsehood, for you are the balance.

---

**Pa** B1 192 — hieroglyphs —

**Ne** B1 192 m tnbḫw ntk tp

**Ne** B1 192 Do not be careless, for you are the key.

---

**Pa** B1 — hieroglyphs — 193

**Ne** B1 mk ṯw m tp wᶜ    193 ḥnᶜ jwsw

**Ne** B1 You are just    193 like the balance:

---

**Pa** B1 — hieroglyphs — 194

**Ne** B1 jr gsꜣ≈f ḫr≈k    194 g{w}sꜣ≈k

**Ne** B1 if it is crooked, then you must    194 be crooked.

---

**Pa** B1 — hieroglyphs — 195

**Ne** B1 m sbn jr rk ḥmw šd    195 ḥr nfryt

**Ne** B1 Do not deviate, but operate the rudder, pull    195 on the tiller rope.

---

40

**Pa** B1 [hieroglyphs]

**Ne** B1 m jt jr rk r jtw

**Ne** B1 Do not rob, but act against the robber.

---

**Pa** B1 [hieroglyphs] 196

**Ne** B1 196 n wr js pw wr jm ꜥwn-jb

**Ne** B1 196 A great one who is greedy is not (really) great.

---

**Pa** B1 [hieroglyphs] 197

**Ne** B1 tḫ pw 197 ns≈k

**Ne** B1 Your tongue is the pointer (of the balance),

---

**Pa** B1 [hieroglyphs] 198

**Ne** B1 dbn pw jb≈k rmnw≈f pw 198 sptj≈kj

**Ne** B1 your heart is the weight, and your lips are its arms.

---

**Pa** B1 [hieroglyphs] 199

**Ne** B1 jr ḥbs≈k ḥr≈k r nḫt-ḥr 199 nm jrf ḫsf≈f bw-ḥwrw

**Ne** B1 But if you shut your eyes to the impudent, 199 then who will repel evil?

---

**Pa** B1 [hieroglyphs] 200

**Ne** B1 mk ṯw m 200 ḥwrw n rḫtj

**Ne** B1 Look, you are 200 a dishonourable washerman

---

**Pa** B1 [hieroglyphs] 201

**Ne** B1 ꜥwn-jb ḥr ḥḏt 201 ḫnms

**Ne** B1 who is keen on destroying 201 friendship,

---

41

Pa B1  202

Ne B1 bt₃ n mḥnk≈f n                    tw₃|≈f

Ne B1 one who wrongs his confidant for his client;

---

Pa B1 

Ne B1 sn≈f pw jy jn n≈f

Ne B1 anyone who comes and supplies to him is his brother.

---

Pa B1 203

Ne B1 mk tw          m|ḫntj ḏ₃ nb ḥmt

Ne B1 Look, you are a ferryman | who ferries across anyone who has the fare,

---

Pa B1 204

Ne B1 ᶜq₃y          |ᶜq₃≈f fdq.w

Ne B1 a righteous man | whose righteousness has crumbled.

---

Pa B1

Ne B1 mk tw m ḥrj šnᶜw

Ne B1 Look, you are the chief of a workhouse

---

Pa B1 205

Ne B1 | n rḏj.n≈f sw₃ šw ḥr-ᶜ

Ne B1 | who won't let an unemployed person through at once.

---

Pa B1 206

Ne B1 mk tw          |ṯnḥr n rḥyt

Ne B1 Look, you are | a hawk to the people,

---

Pa B1 

Ne B1 ꜥnḫ m ḥwrww nw       | Ꜣpdw

**207**

Ne B1 one who lives on defenceless       | birds.

**207**

---

Pa B1 

Ne B1 mk ṯw wdpw rš≠f pw rḫs

Ne B1 Look, you are a cook whose joy is to slaughter,

---

**208**

Pa B1 | ...

**208**

Ne B1 | nn jꜣṯjw jrj r≠f       mk ṯw m mnjw

**208**

Ne B1 | and who is not touched by the gruesomeness thereof. Look, you are a herdsman;

---

**209**

Pa B1 | ...

**209**

Ne B1 n ḏw≠s js | r≠j       n jp.n≠k

Ne B1 is it not bad for me then that you cannot be prudent?

---

**210**

Pa B1 ...

**210**

Ne B1 jḫ jr≠k nhw m msḥ | skn

Ne B1 May you become less like a ravenous crocodile,

---

Pa B1 ...

Ne B1 jbw tš(.w) r dmj n tꜣ r-ḏr≠f

Ne B1 for shelter has vanished from the harbour of the entire land.

---

**211**

Pa B1 | ...

**211**

Ne B1 | sḏmw n Ꜣ sḏm.n≠k       tm≠k tr sḏm ḥr-m

**211**

Ne B1 | Hearer, you do not really hear. But why do you not hear?

---

**Pa B1**

**Ne B1** jw mjn — 212 — ʒ ḫsf.n≈j ʒdw

**Ne B1** Now — 212 — I have spoken out against the aggressor,

---

**Pa B1**

**Ne B1** jw msḥ ḫt≈f — ptr rf — 213 — km jrj n≈k

**Ne B1** and the crocodile retreats. But what is — 213 — the gain thereof to you?

---

**Pa B1**

**Ne B1** gm.tw jmnw mʒˤt — rḏj.tw sʒ — 214 — grg r tʒ

**Ne B1** The secret of the truth will be found, and falsehood will be cast on the ground.

---

**Pa B1**

**Ne B1** m grg dwʒ — n jjt≈f

**Ne B1** Do not make provision for the following day before it has come,

---

**Pa B1**

**Ne B1** n — 215 — rḫ.n.tw jyt jm≈f

**Ne B1** since one cannot know what is going to happen in it.'

---

**Pa B1**

**Ne B1** jsṯ rf ḏd.n sḫtj pn mdt — 216 — tn — jmj-rʒ pr wr Mrw sʒ Rnsj

**Ne B1** When this peasant had said these words, the high steward Rensi, son of Meru,

---

**Pa B1**

**Ne B1** r pgʒ n ˤrryt

**Ne B1** went to the entrance of the portal,

---

**Pa B1** [217]

**Ne B1** [217] ꜥḥꜥ.n rḏj.n≈f ꜥḥꜥ jmj-sꜣ 2 r≈f ḥr smjw

**Ne B1** [217] and made two guards turn against him with whips,

---

**Pa B1** [218]

**Ne B1** ꜥḥꜥ.n   [218] ꜥꜣlg≈sn ꜥt≈f nbt jm ḏd.jn sḫtj pn

**Ne B1** and they thrashed all his limbs therewith.        Then this peasant said:

---

**Pa B1** [219]

**Ne B1** sꜣ Mrw   [219] tnm.ḫr≈f

**Ne B1** 'So the son of Meru   [219] must go astray,

---

**Pa B1**

**Ne B1** ḥr≈f šp(.w) r mꜣꜣt≈f        sḫ(.w) r sḏmt≈f

**Ne B1** since his face is blind to what he sees and deaf to what he hears,

---

**Pa B1** [220]

**Ne B1** [220] th(.w) jb ḥr sḫꜣyt n≈f

**Ne B1** [220] and is straying from what it is reminded of.

---

**Pa B1** [221]

**Ne B1** mk ṯw m njwt   [221] nn ḥqꜣ-ḥwt≈s  mj ḫt nn wr≈s

**Ne B1** Look, you are a town   [221] without a mayor, like a meeting without a chairman,

---

45

Pa B1 [hieroglyphs] 222

Ne B1 mj dpt | 222 nn sḥry jm=s

Ne B1 like a ship | 222 without a captain,

Pa B1 [hieroglyphs] 223

Ne B1 smꜣyt nn    sšmw|=s 223

Ne B1 like a gang without a leader.

Pa B1 [hieroglyphs]

Ne B1 mk ṯw m šnṯ jṯ    ḥqꜣ-ḥwt šspw

Ne B1 Look, you are a policeman who steals, a major who accepts (bribes),

Pa B1 | 224 [hieroglyphs]

Ne B1 | 224 jmj-rꜣ w ḫsf ḥꜥḏꜣ

Ne B1 | 224 a district overseer who should restrain robbery

Pa B1 [hieroglyphs]

Ne B1 ḫpr m jmj-ḫꜣt n jrr

Ne B1 but who has become a pattern for the criminal.'

Pa B1 | 225 [hieroglyphs]

Ne B1 | 225 jw.jn rf sḫtj pn r spr n=f 4nw sp

Ne B1 | 225 And this peasant came to plead with him for a fourth time,

Pa B1 [hieroglyphs] 226 [hieroglyphs]

Ne B1 gm.n sw ḥr    | 226 prt m sbꜣ n ḥwt-nṯr nt Ḥrj-š=f

Ne B1 and found him    | 226 emerging from the gate of the temple of Arsaphes.

46

Pa B1 — [hieroglyphs] — 227

Ne B1 — 227 — ḏd=f ḥsw

Ne B1 — 227 — He said: 'Praised one,

Pa B1 — [hieroglyphs] — 228

Ne B1 — ḥs ṯw Ḥrj-š=f jj.n=k — 228 — m pr=f

Ne B1 — may Arsaphes, from whose temple you have come, praise you!

Pa B1 — [hieroglyphs]

Ne B1 — ḥḏ bw-nfr nn jꜥbt=f

Ne B1 — Goodness has been harmed; there is no accumulation of it,

Pa B1 — 229 — [hieroglyphs]

Ne B1 — ptḫ sꜣ n — 229 — grg r tꜣ — jn-jw tꜣ mẖnt sꜥq.tj

Ne B1 — nor is there casting of 229 falsehood on the ground. Has the ferry sunk?

Pa B1 — [hieroglyphs] — 230 — [hieroglyphs]

Ne B1 — 230 — s|ḏꜣ.tw jrf m

Ne B1 — Who can be ferried across

Pa B1 — [hieroglyphs]

Ne B1 — sḫpr sp m msḏḏ

Ne B1 — when the one who should bring about the deed is unwilling?

Pa B1 — 231 — [hieroglyphs]

Ne B1 — ḏꜣt — 231 — jtrw m sꜣ ṯbtj  ḏꜣt nfr nn

Ne B1 — Crossing 231 the river on foot: a good crossing, or not?

**Pa B1** | 232

**Ne B1** | 232 nm tr sḏr r sšp

**Ne B1** | 232 Now, who can sleep till dawn?

---

**Pa B1** | 233

**Ne B1** ḥḏ šmt m | 233 grḥ sbj m hrw

**Ne B1** For obstructed are going by | 233 night, travelling by day,

---

**Pa B1** | 234

**Ne B1** rḏjt ꜥḥꜥ s r | 234 sp≠f nfr n wn mꜣꜥt

**Ne B1** and letting a man attend | 234 his truly good cause.

---

**Pa B1** | 235

**Ne B1** mk nn km n ḏd | 235 n≠k st

**Ne B1** Look, it is no use to tell | 235 you this,

---

**Pa B1** | 236

**Ne B1** sf swꜣ(.w) ḥr≠k   nḫ.wj mꜣr | 236 sky≠k

**Ne B1** for mercy has left you. How lamentable is the poor man | 236 you ruin!

---

**Pa B1** | 237

**Ne B1** mk ṯw mḥw | 237 jꜥ jb≠f

**Ne B1** Look, you are a hunter | 237 who slakes his desire,

---



**Pa** B1 [hieroglyphs] 238 [hieroglyphs]

**Ne** B1 wdd r jrt mrt≈f        ẖꜤ dbw        238 | st smꜣw

**Ne** B1 bent on doing what he wants, who harpoons hippopotami,        238 | shoots wild bulls,

---

**Pa** B1 [hieroglyphs] 239 [hieroglyphs]

**Ne** B1 pḥ rmw sẖt        239 | ꜣpdw

**Ne** B1 catches fish and snares        239 | birds.

---

**Pa** B1 [hieroglyphs]

**Ne** B1 nn ẖꜣḫ rꜣ šw m wꜤrw

**Ne** B1 Yet there is none hasty of speech who is free of spluttering,

---

**Pa** B1 240 | [hieroglyphs]

**Ne** B1 240 | nn js-jb dns sẖr ẖt

**Ne** B1 240 | and none light of heart who is weighty of thought.

---

**Pa** B1 [hieroglyphs] 241 | [hieroglyphs]

**Ne** B1 wꜣḥ        241 | jb≈k rẖ≈k mꜣꜤt

**Ne** B1 Be tender-hearted, so that you will learn justice!

---

**Pa** B1 [hieroglyphs] 242 [hieroglyphs]

**Ne** B1 dꜣr stpt≈k r        242 | nfr bss grw

**Ne** B1 Suppress your choice for        242 | the good of him who enters

---

**Pa B1** [hieroglyphs] 243 [hieroglyphs]

**Ne B1** nn sẖmw | 243 mdd bw-jqr

**Ne B1** humbly. For there is no brute | 243 who attains excellence,

---

**Pa B1** [hieroglyphs] 244 [hieroglyphs]

**Ne B1** nn wn ẖꜣẖ jb | 244 jn.tw

**Ne B1** and there is no impatient man | 244 whom one turns to.

---

**Pa B1** [hieroglyphs]

**Ne B1** sgmḥ jrtj swdꜣ.tw jb

**Ne B1** Let the eyes see so that the heart be informed.

---

**Pa B1** [hieroglyphs] 245 [hieroglyphs]

**Ne B1** m  kꜣhꜣsw ẖft wsr≠k          245 tm spr bw-ḏw r≠k

**Ne B1** Don't be haughty in proportion to your might, so that evil doesn't reach you.

---

**Pa B1** | 246 [hieroglyphs]

**Ne B1** | 246 swꜣ ḥr sp jw≠f r snw

**Ne B1** | 246 Tolerate one misdeed, and it will become two.

---

**Pa B1** [hieroglyphs] 247 [hieroglyphs]

**Ne B1** jn wnm dp | 247 jw wšdw wšb≠f

**Ne B1** It is the eater who tastes, | 247 so one who is questioned replies;

---

**Pa B1** [hieroglyphs] 248 [hieroglyphs]

**Ne B1** jn sḏrw mꜣꜣ | 248 rswt

**Ne B1** it is the sleeper who dreams.

---

**Pa** B1 [hieroglyphs] 249 [hieroglyphs]

**Ne** B1 jr wḏꜥ-rwt m | ḫsfw n≠f

**Ne** B1 As for a judge | who ought to be punished,

---

**Pa** B1 [hieroglyphs] 250 [hieroglyphs]

**Ne** B1 jw≠f m jmj-ḫꜣt n jrr    wḫꜣ | mk ṯw pḥ.tj

**Ne** B1 he is a pattern for the criminal. Fool, | look, you are found out!

---

**Pa** B1 [hieroglyphs] 251 [hieroglyphs]

**Ne** B1 ḫm-jḫt mk ṯw | wšd.tj

**Ne** B1 Ignoramus, look, you | are questioned!

---

**Pa** B1 [hieroglyphs]

**Ne** B1 pnqy mw mk ṯw ꜥq.tj

**Ne** B1 Bailer of water[1], look, you are noticed!

[1] Meant figuratively: "someone urinating".

---

**Pa** B1 252 [hieroglyphs]

**Ne** B1 | ḥmy m sbn dpwt≠k

**Ne** B1 | Helmsman, don't let your ship go off course!

---

**Pa** B1 [hieroglyphs] 253 [hieroglyphs]

**Ne** B1 sꜥnḫw | m rḏj mwt.tw

**Ne** B1 Giver of life, | don't let people die!

51

**Pa** B1 [hieroglyphs]   254 [hieroglyphs]

**Ne** B1 sḫtmw m rḏj   254 ḥtm.tw

**Ne** B1 Destroyer, don't let   254 people perish!

---

**Pa** B1 [hieroglyphs]

**Ne** B1 šwyt m jr m šw

**Ne** B1 Shade, don't be as the blazing sun!

---

**Pa** B1 [hieroglyphs]   255 [hieroglyphs]

**Ne** B1 jbw   255 m rḏj jṯ msḥ

**Ne** B1 Shelter,   255 don't let the crocodile snatch!

---

**Pa** B1 [hieroglyphs]   256 [hieroglyphs]

**Ne** B1 4nw spꜣ m spr n≠k   256 jn rf wrš≠j r≠f

**Ne** B1 The fourth time already of pleading with you;   256 shall I spend all day at it?'

---

**Pa** B1 [hieroglyphs]   257 [hieroglyphs]

**Ne** B1 jw.jn rf sḫtj pn r   257 spr n≠f 5nw sp

**Ne** B1 And this peasant came to   257 plead with him for a fifth time.

---

**Pa** B1 [hieroglyphs]   258 [hieroglyphs]

**Ne** B1 ḏd≠f jmj-rꜣ pr wr nb≠j   jw 258 ḫwḏw ḥr [...] [mḥyt[1]]

**Ne** B1 He said: 'High steward, my lord, the netter is [...] [fish],

[1] Following the suggestion by Parkinson (1991).

---

**Pa** B1                                                                                                    259

**Ne** B1                    nꜣyw[1] ḥr smꜣ jy

**Ne** B1                    the nꜣyw-fisherman[2] is killing jy-fish,

[1] Uncertain.

[2] Uncertain.

---

**Pa** B1                                                                          260

**Ne** B1  st                                        rmꜣw ḥr ḫꜣḫ ꜥwbbw

**Ne** B1  the fish-spearer is harpooning ꜥwbbw-fish,

---

**Pa** B1                                                                                      261

**Ne** B1  ḏꜣbḥw                                                        261  r pꜣqrw

**Ne** B1  the ḏꜣbḥw-fisherman                              261  is after pꜣqr-fish.

---

**Pa** B1                                                                                  262

**Ne** B1  jw wḥꜥ ḫbꜣ≠f                               262  jtrw mk ṯw m mnt-jrj

**Ne** B1  The fisherman ravages the river.              Look, you are the same.

---

**Pa** B1                                                                                  263

**Ne** B1  m ꜥwn ḥwrw                                       263  ḥr jḫt≠f

**Ne** B1  Do not defraud a poor man                  263  of his property,

---

**Pa** B1                                                                                  264

**Ne** B1  fn rḫ.n≠k sw                 ṯw pw n                  264  mꜣr jḫt≠f

**Ne** B1  a slight man whom you know. The belongings of a pauper are his breath,

---



**Pa** B1 [hieroglyphs]  265

**Ne** B1 dbb fnḏ=f pw nḥm    265 | st

**Ne** B1 to take them away is to stop up his nose.

---

**Pa** B1 [hieroglyphs]

**Ne** B1 rḏj.n.tw=k r sḏm mdt    r wḏꜥ snwj

**Ne** B1 You were appointed to hear cases, to judge between litigants,

---

**Pa** B1 [hieroglyphs]  266

**Ne** B1 r    266 | ḫsf ꜥwꜣ-jrr=f

**Ne** B1 and to    266 | punish the robber.

---

**Pa** B1 [hieroglyphs]  267

**Ne** B1 mk fꜣ pw n jṯꜣ    267 | jrry=k

**Ne** B1 But look, what you are doing is supporting the thief.

---

**Pa** B1 [hieroglyphs]  268

**Ne** B1 jw mḥ.tw jb jm=k jw=k    268 | ḫpr.tj m thw

**Ne** B1 You are trusted,    yet you    268 | have become a transgressor.

---

**Pa** B1 [hieroglyphs]  269

**Ne** B1 rḏj.n.tw=k r dnjt    269 | n mꜣr

**Ne** B1 You were appointed to be a dike    269 | for the pauper,

---

**Pa** B1 [hieroglyphs]

**Ne** B1 sꜣw mḥ=f

**Ne** B1 so take care that he doesn't drown!

---

**Pa** B1 [hieroglyphs] | 270 [hieroglyphs]

**Ne** B1 mk ṯw | 270 m š=f sṯtw

**Ne** B1 But look, you | 270 are the lake that pulls him under.'

---

**Pa** B1 [hieroglyphs] | 271 [hieroglyphs]

**Ne** B1 jw.jn rf sḫtj pn | 271 r spr n=f 6nw sp

**Ne** B1 And this peasant came | 271 to plead with him for a sixth time,

---

**Pa** B1 [hieroglyphs] | 272 [hieroglyphs]

**Ne** B1 ḏd=f jmj-rꜣ pr wr nb=j | 272 nb sjsf grg

**Ne** B1 and he said: 'High steward, my lord, | 272 lord who eradicates falsehood,

---

**Pa** B1 [hieroglyphs] | 273 [hieroglyphs]

**Ne** B1 sḫpr mꜣꜥt sḫpr | 273 bw nb nfr   sḥtm bw[1]

**Ne** B1 who creates truth and creates | 273 all goodness, who destroys [evil],

[1] Perhaps meant was bw-ḏw.

---

**Pa** B1 [hieroglyphs] | 274 [hieroglyphs]

**Ne** B1 mj jw sꜣw | 274 ḏr=f ḥqr

**Ne** B1 like when satiety comes | 274 and ends hunger,

---

**Pa** B1 [hieroglyphs] | 275 [hieroglyphs]

**Ne** B1 ḥbsw ḏr=f | 275 ḥꜣwt

**Ne** B1 and clothes end nakedness,

---

55

**Pa** B1

276

**Ne** B1 mj ḥtp pt r-sꜣ ḏꜥ | 276 | qꜣ

**Ne** B1 like when the sky becomes calm after a heavy storm | 276 |

---

**Pa** B1

277

**Ne** B1 sšmm=s ḥsw nb | 277 | mj ḫt pst wꜣḏwt

**Ne** B1 and warms all who are chilled, | 277 | like fire that cooks what is raw,

---



**Pa** B1

278                                                                279

**Ne** B1 mj | 278 | mw ꜥḫm jbt          mꜣꜣ m | 279 | ḥr=k

**Ne** B1 like | 278 | water that quenches thirst! See with | 279 | your own eyes:

---

**Pa** B1

280

**Ne** B1 psšw m ꜥwnw | 280 | shrr m jr ꜣhw

**Ne** B1 the arbitrator is a cheat, | 280 | the appeaser is causing misery,

---

**Pa** B1

281

**Ne** B1 | 281 | stwt m jr mnt

**Ne** B1 and he who should mitigate is causing suffering.

---

**Pa** B1

282

**Ne** B1 jw sjꜣt | 282 | sšrr=f mꜣꜥt mḥ nfr

**Ne** B1 Cheating | 282 | diminishes justice, so render good account,

---

56

**Pa B1** [hieroglyphs] 283

**Ne B1** n ḥqs | n wbn mꜣꜥt

**Ne B1** and justice will be neither insufficient nor excessive.

**Ne B2** jr twt

**Ne B2** So act accordingly!

---

**Pa B1** [hieroglyphs]   284 [hieroglyphs]

**Ne B1** jr jn=k jm n snnw=k   284 | wgyt šw.tj m ꜥqꜣ

**Ne B1** If you acquire, then give to your fellow man, | for chewing is without merit.

**Ne B2** jw gs n | ꜣtpw=k r šdt=k   13

**Ne B2** and your share of the cargo will be what you seize,

---

**Pa B1** [hieroglyphs]   285 [hieroglyphs]   286 [hieroglyphs]

**Ne B1** 285 | jw ꜣhw=j sšm=f r   286 jw | dt

**Ne B1** 285 | My anguish leads to separation

---

**Pa B1** [hieroglyphs]   287 [hieroglyphs]

**Ne B1** jw srḫy=j jn.n=f   287 rww | t

**Ne B1** and my accusation brought departure;

---

**Pa B1** [hieroglyphs]

**Ne B1** n rḫ.n.tw wnnt m jb

**Ne B1** one cannot know what is in the heart.

---

**Pa B1** 288 [hieroglyphs]

**Ne B1** 288 | m wsf jr rk r smjt   fdq=k nm ṯs=f

**Ne B1** 288 | Don't be negligent, act at the accusation! If you sever, who will join?

---

**Pa** B1 [hieroglyphs] 289

**Ne** B1 | 289 ꜥḫꜣ-mw m ꜥ=k

**Ne** B1 | 289 The sounding rod is in your hand,

---

**Pa** B1 [hieroglyphs]

**Ne** B1 mj ḫt wn sp n mwy ḫpr(.w)

**Ne** B1 a rod that makes waters accessible that have stayed behind (during low tide).

---

**Pa** B1 [hieroglyphs] 290

**Ne** B1 | 290 jr ꜥq dpt jw šd.tw=s        ꜣq ꜣtpw=s n tꜣ

**Ne** B1 | 290 If a ship goes down, it is looted and its cargo perishes on the ground

---

**Pa** B1 [hieroglyphs] 291

**Ne** B1 | 291 ḥr mrywt nbt

**Ne** B1 | 291 at every embankment.

**Ne** B2 ḥr mryt nbt        | 14 jw rḫ.tw

**Ne** B2 at every embankment. | 14 It is known:

---

**Pa** B1 [hieroglyphs]        292

**Ne** B1 jw=k sbꜣ.tj jw=k wbꜣ.tj jw=k        | 292 twt(.tj)

**Ne** B1 You are educated, enlightened        | 292 and accomplished,

---

**Pa** B1 [hieroglyphs]

**Ne** B1 n js n ꜥwn        jw=k jrr=k twtw bw-nb

**Ne** B1 but not for cheating! You act the same as everyone,

---

**Pa B1** [293] [hieroglyphs]

**Ne B1** [293] jw h3w=k m nwdw ꜥq3

**Ne B1** [293] and your environment is corrupt.

**Ne B2** jw h3w=k m nwdw [17] ꜥq3 n bw-nb

**Ne B2** and every man in your environment is corrupt.

---

**Pa B1** [294] [hieroglyphs]

**Ne B1** [294] j3ḏtj n t3 r-ḏr=f

**Ne B1** Molester of the entire land!

---

**Pa B1** [hieroglyphs] [295] [hieroglyphs]

**Ne B1** k3ny n bw-ḥwrw ḥr          [295] ntf ḥsp=f m jwyt

**Ne B1** The cultivator of wickedness is          [295] watering his garden with

---

**Pa B1** [hieroglyphs] [296] [hieroglyphs]

**Ne B1** r sḫpr ḥsp=f          [296] m grg

**Ne B1** evil, to make his garden grow          [296] with falsehood

---

**Pa B1** [hieroglyphs]

**Ne B1** r ntf jyt n ḏt

**Ne B1** and to water everlasting doom.'

---

**Pa B1** [297] [hieroglyphs]

**Ne B1** [297] jw.jn rf sḫtj pn r spr n=f 7nw sp

**Ne B1** [297] And this peasant came to plead with him for a seventh time,

---

59

Pa B1 [hieroglyphs]

**298**

Ne B1 ḏd=f ǀ jmj-rꜣ pr wr nb=j    ntk ḥmw n tꜣ r-ḏr=f

**298**

Ne B1 and he said: ǀ 'High steward, my lord, you are the helm of the entire land,

---

Pa B1 [hieroglyphs]

**299**

Ne B1 sqdd ǀ tꜣ ḫft wḏ=k            ntk snnw n Ḏḥwtj

Ne B1 the land sails in accordance with your command. You are the equal of Thoth,

---

Pa B1 [hieroglyphs]

**300**

Ne B1 ǀ wḏꜥ nn rdjt ḥr gs

Ne B1 ǀ who judges without being partial.

---

Pa B1 [hieroglyphs]            [hieroglyphs]

**301**

Ne B1 nb=j wꜣḥ=k njs ṯw s ǀ r sp=f n wn-mꜣꜥ

**301**

Ne B1 My lord, may you condone that a man calls upon you ǀ concerning his just cause.

---

Pa B1 [hieroglyphs]

Ne B1 m šnṯ jb=k n n=k st

Ne B1 Don't be outrageous, it is not for you!

---

Pa B1 [hieroglyphs]

**302**

Ne B1 ǀ ḫpr ꜣw ḥr m ḥw jb            m wꜣ n ntt n jjt

**302**

Ne B1 ǀ One who was happy becomes anxious. Do not scheme for what has not yet come,

---

60

**303**

Pa B1 [hieroglyphs]

Ne B1 | m ḥꜥw n ntt n ḫprt          jw wḏd sꜣw≠f m ḫnms
**303**

Ne B1 | do not rejoice in what has not yet happened! Considerateness extends friendship
**303**

---

**304**

Pa B1 [hieroglyphs]

Ne B1 | sḥtm sp ḫpr
**304**

Ne B1 | and dismisses an offence that happens;
**304**

---

**305**

Pa B1 [hieroglyphs]

Ne B1 n rḫ.n.tw wnnt m jb          | ḫbꜣ hp ḥḏ tp-ḥsb
**305**

Ne B1 one cannot know what is in the heart. | Subverter of the law, destroyer of rectitude!
**305**

---

**306**

Pa B1 [hieroglyphs]

Ne B1 nn mꜣr          | ꜥnḫ
**306**

Ne B1 There will be no poor man          | alive
**306**

---

Pa B1 [hieroglyphs]

Ne B1 ḥꜥḏꜣw≠f n wšd sw mꜣꜥt

Ne B1 if justice does not attend to him when he is robbed.

---

**307**

Pa B1 [hieroglyphs]

Ne B1 jw grt          | ḫt≠j mḥ.tj          jb≠j ꜣtp(.w)
**307**

Ne B1 Now,          | my body is full (of misery) and my heart is laden (with grief).
**307**

---

Pa B1 [hieroglyphs]

Ne B1 pr js m ḫt≠j n ꜥ jrj

Ne B1 It comes from my body because of the condition thereof:

---

**Pa** B1 | 308 ...

**Ne** B1 | ngt pw m dnjt mw=s ȝs(.w)          wn          | 309 rȝ=j r mdt

**Ne** B1 | 308 it is the breach of a dike, its waters pouring through, as my mouth opens to speak.

---

**Pa** B1 ...

**Ne** B1 ꜥḥꜣ ꜥḥꜣ.n=j mrj=j          pnq.n=j          | 310 mwy=j

**Ne** B1 So, I have now plied my sounding rod, bailed          | 310 my water,

---

**Pa** B1 ...

**Ne** B1 snf.n=j ntt m ẖt=j          jꜥ.n=j ššmw=j

**Ne** B1 given vent to what was on my mind and washed my dirty linen.

---

**Pa** B1 | 311 ...

**Ne** B1 | 311 ḫn=j ḫpr(.w)     mꜣr=j ḏr(.w) ḫft-ḥr=k

**Ne** B1 | 311 My speech is done and my misery has ended up before you,

---

**Pa** B1 | 312 ...

**Ne** B1 ptr     | 312 ḏȝrw=k          jw wsf=k r tht=k

**Ne** B1 what (more) | 312 do you need? Your neglect will lead you astray,

---

**Pa** B1 | 313 ...

**Ne** B1 jw ꜥwn-jb=k          | 313 r swḫȝ=k

**Ne** B1 your avarice          | 313 will befool you

---

**Pa** B1 ...

**Ne** B1 jw snm=k r sḫpr ḫrwyw=k

**Ne** B1 and your greed will make you acquire enemies.

---

**Pa B1** [314] [hieroglyphs]

**Ne B1** [314] jn-jw≈k swt r gmt ky sḫtj mjtw≈j

**Ne B1** [314] Will you even find another peasant like me?

---

**Pa B1** [315] [hieroglyphs]

**Ne B1** [315] jn-jw wsfw spry r ꜥḥꜥ r rꜣ n pr≈f

**Ne B1** [315] Or will the lazy petitioner be waiting at the door of his house?

---

**Pa B1** [316] [hieroglyphs]

**Ne B1** [316] nn gr rdj.n≈k mdw≈f          nn sḏr rdj.n≈k rs≈f

**Ne B1** [316] There is none silent whom you let speak, none sleeping whom you roused,

**Ne B2** nn sḏr srs.n≈k

**Ne B2** none sleeping whom you roused,

---

**Pa B1** [317] [hieroglyphs]

**Ne B1** [317] nn ḫbꜣ ḥr sspd.n≈k

**Ne B1** [317] none downcast whom you enlivened,

---

**Pa B1** [hieroglyphs] [318] [hieroglyphs]

**Ne B1** nn tm rꜣ          [318] wn.n≈k

**Ne B1** none speechless whose mouth you opened,

---

**Pa B1** [hieroglyphs]

**Ne B1** nn ḫm rdj.n≈k rḫ≈f          nn wḫꜣ sbꜣ.n≈k

**Ne B1** none ignorant whom you let know, none foolish whom you educated.

**Ne B2** [48] ḫm sbꜣ.n≈k

**Ne B2** [48] uneducated whom you instructed.

---

63

Pa B1 — 319

Ne B1 — 319 — ḫsrw ḏwt pw srw                    nbw bw-nfr pw

Ne B1 — 319 — Yet officials should be people who dispel injustice, lords of goodness,

---

Pa B1 — 320

Ne B1 — 320 — ḥmwt pw nt sḫpr ntt        ṯsw tp ḥsq

Ne B1 — 320 — craftsmen in creating what is, people who mend a severed head.'

---

Pa B1 — 321

Ne B1 — 321 — jw.jn rf sḫtj pn r spr n=f 8nw sp

Ne B1 — And this peasant came to plead with him for an eighth time,

---

Pa B1 — 322

Ne B1 — ḏd=f jmj-rꜣ pr wr nb=j        jw 322 ḥr.tw n ḫnt wꜣ

Ne B1 — and said: 'High steward, my lord, one sinks low through greed.

---

Pa B1

Ne B1 — jw ꜥwn-jb šw=f m sp

Ne B1 — A greedy man is without achievement,

---

Pa B1 — 323

Ne B1 — 323 — jw wn sp=f n wht    jw ꜥwn jb=k nn n=k st

Ne B1 — 323 — he achieves only failure. You are greedy but it does nothing for you,

---

Pa B1 — 324

Ne B1 — jw ꜥwꜣ=k — 324 — nn ꜣḫ n=k

Ne B1 — you steal — 324 — but it's of no benefit to you.

---

**Pa** B1 [hieroglyphs]

**Ne** B1 rḏj ꜣ ꜥḥꜥ s r sp≈f nfr n wn-mꜣꜥ

**Ne** B1 You who should let a man attend his truly good cause!

---

**Pa** B1 325 [hieroglyphs]

**Ne** B1 325 ḫrt≈k pw m pr≈k          ẖt≈k mḥ.tj

**Ne** B1 325 In fact, your possessions are in your house and your stomach is full;

---

**Pa** B1 [hieroglyphs]

**Ne** B1 wbn jt ṯtf≈s

**Ne** B1 the barley brims over since it is so abundant

---

**Pa** B1 326 [hieroglyphs] 327 [hieroglyphs]

**Ne** B1 326 ꜣq prw≈s n tꜣ     327 jtw ꜥwꜣ nḥmw

**Ne** B1 326 and its excess perishes on the ground.   327 Thief, robber, snatcher!

---

**Pa** B1 [hieroglyphs] 2 [hieroglyphs] 328 [hieroglyphs]

**Ne** B1 srw jr.n.tw r {r}[1] ḫsf r          328 jyt

**Ne** B1 The officials who were appointed to repel          328 evil

[1] Error by Parkinson (1991) or scribal error?

[2] I assume the repetition of the [hieroglyph] is an error by Parkinson (1991).

---

**Pa** B1 [hieroglyphs]

**Ne** B1 jbww pw n ꜣdw

**Ne** B1 should be shelters from the agressor;

**Pa B1** [hieroglyphs] 329

**Ne B1** srw jr.n.tw r ḫsf | 329 r grg

**Ne B1** the officials who were appointed to eradicate | 329 falsehood!

---

**Pa B1** [hieroglyphs]

**Ne B1** n rḏj.n snḏ≈k spr                    n≈k

**Ne B1** And the fear of you wouldn't permit appealing to you?

**Ne B2** n rḏj.n snḏ≈k spr≈j | 62 n≈k

**Ne B2** And the fear of you wouldn't permit me to appeal | 62 to you?

---

**Pa B1** [hieroglyphs] 330

**Ne B1** n sjꜣ.n≈k jb≈j                    gr | 330 ꜥnn sw

**Ne B1** You do not perceive my heart! The humble man | 330 who returns

---

**Pa B1** [hieroglyphs]

**Ne B1**    r jrt ṯst n≈k            n snḏ.n≈f r twꜣ n≈f st

**Ne B1**    to make a complaint to you, he cannot fear him to whom it is submitted,

**Ne B2** | 63 r jrt ṯst≈f            n snḏ.n≈k n twꜣ n≈k st

**Ne B2** | 63 to make his complaint,        you cannot fear him who submits it to you.

---

**Pa B1** | 331 [hieroglyphs]

**Ne B1** | 331 n jn sn≈f r≈k                    m-ḫnw mrrt

**Ne B1** | 331 though no brother of his can be fetched to side against you in the street.

---

**Pa B1** [hieroglyphs] | 332 [hieroglyphs]

**Ne B1** jwꜣ šdww≈k m sḫt | 332 jw fqꜣ≈k m spꜣt

**Ne B1** Your plots of land are in the country, | 332 your earnings are in the estate

---

66

**Pa B1**

**Ne B1** jw ꜥqw≠k m šnꜥ                              jw srw ḥr rdjt n≠k

**Ne B1** and your provisions in the storehouse. Officials are giving to you,

**Ne B2**                                        67
                                        | ḥr rdjt jn n≠k

**Ne B2**                                        67
                                        | are giving gifts to you,

---

**Pa B1** 333

**Ne B1** 333
| jw≠k ḥr jṯt                jn-jw≠k        m ꜥwꜣy jw sꜣ̱.tw n≠k

**Ne B1** 333
| and you are still robbing. Are you a thief?        People are ushered in to you,

**Ne B2**                        68
        jn-jw≠k rf | m ꜥwꜣy jn-jw sꜣ̱.tw n≠k

**Ne B2**        Are you a thief then?   Are people ushered in to you,

---

**Pa B1**                        334

**Ne B1**                334
                | skw    ḥnꜥ≠k            r psšt šdwwt

**Ne B1**                334
                | troops being with you,   for the division of plots of land.

**Ne B2**                        69
                skw | ḥnꜥ≠k            r psšt m šdwwt

**Ne B2**                69
                troops | being with you, for the division of plots of land?

---

**Pa B1**                                335

**Ne B1**                                335
                                | jr mꜣꜥt n                | nb mꜣꜥt

**Ne B1**                                335
                                | Do justice for                | the Lord of Justice,

---

**Pa B1**

**Ne B1** ntj wn mꜣꜥt nt mꜣꜥt≠f

**Ne B1** whose justice has justice!

**Pa** B1 | 336 [hieroglyphs] | 337 [hieroglyphs]

**Ne** B1 | 336 ꜥr šfdw gstj Ḏḥwtj | 337 ḥr.tj r jrt jyt

**Ne** B1 | 336 Pen, papyrus, palette of Thoth, | 337 beware of doing evil!

---

**Pa** B1 [hieroglyphs] | 338 [hieroglyphs]

**Ne** B1 nfr nfrt nfr r=f | 338 jw swt mꜣꜥt r nḥḥ

**Ne** B1 The goodness of a good man is good to him, | 338 but justice is for eternity.

**Ne** B2 nfr nfrt nfr rf nfrt

**Ne** B2 When goodness is good, goodness is good indeed,

---

**Pa** B1 [hieroglyphs] | 339 [hieroglyphs]

**Ne** B1 hꜣ=s | 339 m-ꜥ jrr sj r ẖrt-nṯr

**Ne** B1 It goes down | 339 with him who does it to the necropolis.

---

**Pa** B1 [hieroglyphs] | 340 [hieroglyphs]

**Ne** B1 jw qrs.tw=f | 340 smꜣ tꜣ jm=f

**Ne** B1 When he is buried, and earth envelops him,

---

**Pa** B1 [hieroglyphs] | 341 [hieroglyphs]

**Ne** B1 n sjn.tw | 341 rn=f tp tꜣ

**Ne** B1 his name is not effaced on earth

---

**Pa** B1 [hieroglyphs] | 342 [hieroglyphs]

**Ne** B1 {jw=f} jw sḫꜣ.tw=f ḥr          bw-nfr

**Ne** B1 and he is remembered on account of the goodness.

---

68

**Pa** B1 *(hieroglyphs)* | 343

**Ne** B1 tp-ḥsb pw n mdw-nṯr          jn jwsw          | 343 pw

**Ne** B1 This is the norm of the divine word. If it is a 'hand'-balance,

**Ne** B2 tp-ḥsb n mdw-nṯr

**Ne** B2 The norm of the divine word:

---

**Pa** B1 *(hieroglyphs)* | 344

**Ne** B1 n g{r}sꜣ.n≠f          jn mḫꜣt          | 344 pw

**Ne** B1 then it is not crooked. If it is a 'stand'-balance,

---

**Pa** B1 *(hieroglyphs)* 345 | *(hieroglyphs)*

**Ne** B1 n rḏj.n≠s ḥr gs     mk wj          | 345 r jwt     mk ky r jwt

**Ne** B1 then it is not biased. Look, I          | 345 will come, and another will come,

---

**Pa** B1 *(hieroglyphs)*

**Ne** B1 wšd≠k

**Ne** B1 so you should inquire!

---

**Pa** B1 346 | *(hieroglyphs)* 347 | *(hieroglyphs)*

**Ne** B1 346 | m wšbw m wšd          347 gr|w

**Ne** B1 346 | But do not respond as one who questions a humble man.

---

**Pa** B1 *(hieroglyphs)* 348 | *(hieroglyphs)*

**Ne** B1 m pḥ ntj n pḥ.n≠f          n     348 sfḫ.n≠k n mn.n≠k

**Ne** B1 Do not attack one who cannot attack. You show no mercy, you are not troubled,

---

69

**Pa B1** [hieroglyphs] 349 [hieroglyphs]

**Ne B1** n    sksk.n≠k [349]

**Ne B1** you do not destroy,

**Ne B2** n bḥꜣ.n≠k

**Ne B2** you do not flee,

---

**Pa B1** [hieroglyphs] 350 [hieroglyphs]

**Ne B1** n rḏj.n≠k n≠j ḏbꜣw n mdt    tn nfrt [350]

**Ne B1** nor do you give me a reward for this good speech

---

**Pa B1** [hieroglyphs]

**Ne B1** prrt m rꜣ n Rꜥ ḏs≠f

**Ne B1** that comes forth from the mouth of Re himself!

---

**Pa B1** 351 [hieroglyphs]

**Ne B1** ḏd mꜣꜥt jr mꜣꜥt     ḏr-ntt wr sj [351]

**Ne B1** Speak justice and do justice!     For it is mighty, [351]

**Ne B2** jr rk n≠j mꜣꜥt [85]

**Ne B2** Do justice to me! [85]

---

**Pa B1** 352 [hieroglyphs]

**Ne B1** ꜥꜣ sj wꜣḥ sj     gmw.tw kft≠s [352]

**Ne B1** it is great, it is enduring, one will find its trustworthiness, [352]

70

**Pa** B1 [glyphs] 353 ... 354

**Ne** B1 353 | sbw≠s r jmȝḫ        jn gsȝ        354 | jwsw

**Ne** B1 353 | it will lead to blessedness. Can a balance be crooked

**Ne** B2        n gsȝ jwsw

**Ne** B2        A balance cannot be crooked

---

**Pa** B1 [glyphs] 355

**Ne** B1 ḥnkww≠f pw        355 | fȝyw jḫwt

**Ne** B1 when it is its pans that weigh things?

---

**Pa** B1 [glyphs] 356

**Ne** B1 n ḫpr.n        356 | pr|w n tp-ḥsb

**Ne** B1 There can be no excess of rectitude.

---

**Pa** B1 [glyphs] 357

**Ne** B1 n spr.n sp ḥs r        357 | {r} dmj

**Ne** B1 An evil deed cannot reach        357 | harbour,

---

**Pa** B1 [glyphs]

**Ne** B1 ḫrj-sȝ r sȝḫ tȝ

**Ne** B1 but the hindermost will reach land.'

---

**Pa** B2 91 [glyphs]

**Ne** B2 91 | jw.jn rf sḫtj pn r spr n≠f 9nw sp

**Ne** B2 91 | And this peasant came to plead with him for a ninth time,

---

71

**Pa B2** [92] 

**Ne B2** [92] ḏd≈f jmj-rꜣ pr wr nb≈j    mḥꜣt pw nt    [93] rmṯ ns≈sn

**Ne B2** [92] and said: 'High steward, my lord, the tongue of people is their 'stand'-balance,

**Pa B2**  [94]

**Ne B2** jn jwsw ḏꜥr    [94] ḏꜣt

**Ne B2** and it is the 'hand'-balance that detects    [94] deficiency

**Pa B2** 

**Ne B2** jrr ḫsft r ḫsfw n≈f

**Ne B2** and inflicts punishment on him who ought to be punished.

**Pa B2** [95] 

**Ne B2** sn.tw tp-ḥsb r≈k    [95] [...] grg ḫpr ḫrt≈f

**Ne B2** One sets the standard after you.    [95] Falsehood [...] when its need arises,

**Pa B2** [96]  [97]

**Ne B2** [96] ꜥnn sj mꜣꜥt r ꜥqꜣ≈f    jḫt pw nt    [97] grg mꜣꜥt

**Ne B2** [96] but the truth returns to correct it. Truth is an aspect of falsehood,

**Pa B2** 

**Ne B2** swꜣḏ≈f pw    n nw.tw≈f

**Ne B2** which means it is made to thrive but it is not gathered in.

**Pa B2** [98] 

**Ne B2** [98] jr šm grg jw≈f tnm≈f

**Ne B2** [98] When falsehood sets out, it goes astray.

**Pa** **B2** 

**Ne** **B2** n · ⁹⁹ ḏꜣ.n≠f m mẖnt n sšꜣꜣ.n≠f[1]

**Ne** **B2** It cannot cross in a ferry · and it cannot row.

[1] Restored as proposed in the note by Parkinson (1991).

---

**Pa** **B2** 

**Ne** **B2** ¹⁰⁰ jr ẖwd {ẖ} ẖr≠f

**Ne** **B2** ¹⁰⁰ As for him who is enriched by it,

---

**Pa** **B2** 

**Ne** **B2** nn msw≠f · ¹⁰¹ nn jwꜥww≠f tp tꜣ

**Ne** **B2** he has no children · ¹⁰¹ and no heirs on earth.

---

**Pa** **B2** 

**Ne** **B2** jr sqdd · ¹⁰² ẖr≠f  n sꜣḥ.n≠f tꜣ

**Ne** **B2** As for him who sails · ¹⁰² with it, he cannot reach land,

---

**Pa** **B2** 

**Ne** **B2** n mnj.n · ¹⁰³ dpwt≠f r dmj≠s

**Ne** **B2** his boat cannot moor in its harbour.

---

**Pa** **B2** 

**Ne** **B2** m dns n js≠k

**Ne** **B2** Don't be heavy, you haven't been light!

---

| | | |
|---|---|---|
| Pa B2 | [104] hieroglyphs | |
| Ne B2 | [104] m jhm n ẖḏḥ≈k | m nmᶜ |
| Ne B2 | [104] Don't delay, you haven't been swift! Don't be partial! |

| | |
|---|---|
| Pa B2 | hieroglyphs [105] hieroglyphs |
| Ne B2 | m sḏm n [105] jb     m ḥbs ḥr≈k r rḫ.n≈k |
| Ne B2 | Don't listen to [105] the heart! Don't disregard someone you know! |

| | |
|---|---|
| Pa B2 | hieroglyphs [106] hieroglyphs |
| Ne B2 | m šp ḥr≈k r [106] dg n≈k |
| Ne B2 | Don't be blind to [106] someone who looks to you! |

| | |
|---|---|
| Pa B2 | hieroglyphs [107] hieroglyphs |
| Ne B2 | m nj tw3 ṯw     h3≈k [107] m p3 wsf |
| Ne B2 | Don't fend off someone who appeals to you! May you abandon [107] this neglect, |

| | |
|---|---|
| Pa B2 | hieroglyphs [108] hieroglyphs |
| Ne B2 | smj.tw ṯs≈k [108] jr n jrr n≈k |
| Ne B2 | and may your verdict be accounced! [108] Act for him who acts for you |

| | |
|---|---|
| Pa B2 | hieroglyphs |
| Ne B2 | m sḏm n bw-nb r≈f |
| Ne B2 | and don't listen to anyone who is against him! |

74

**Pa** B2 109

**Ne** B2 njs s | r sp=f n wn-mꜣꜥ     nn sf n wsfw

**Ne** B2 Summon a man | concerning his just cause! There is no yesterday for the negligent,

**Pa** B2 110

**Ne** B2 | nn ḫnms n sẖ mꜣꜥt

**Ne** B2 | no friend for him who is deaf to truth

**Pa** B2 111

**Ne** B2 nn hrw       | nfr n ꜥwn-jb

**Ne** B2 and no holiday for the greedy.

**Pa** B2 112

**Ne** B2 ḫpr wtsw m       | mꜣry

**Ne** B2 The accuser becomes       | wretched,

**Pa** B2

**Ne** B2 mꜣry r sprw

**Ne** B2 wretched to be a suppliant,

**Pa** B2 113

**Ne** B2 | ḫpr ḫft m smꜣw

**Ne** B2 | and the opponent becomes a murderer.

**Pa B2**

**Ne B2** mk wj ḥr spr | n≈k n sḏm.n≈k st

**Ne B2** Look, I am pleading with | you   but you do not hear it.

---

**Pa B2**

**Ne B2** jw≈j r šmt spr≈j | ḥr≈k n Jnpw

**Ne B2** I will go and plead | concerning you with Anubis.'

---

**Pa B2**

**Ne B2** rḏj.jn jmj-rȝ pr wr | Mrw sȝ Rnsj šm jmj-sȝ 2 r ꜥn n≈f

**Ne B2** Then the high steward Rensi, son of Meru, sent two guards      to bring him back.

---

**Pa B2**

**Ne B2** | wn.jn sḫtj pn snḏ(.w)

**Ne B2** | And this peasant was afraid,

---

**Pa B2**

**Ne B2** jb≈f jrr.tw | r ḫsf n≈f

**Ne B2** thinking it was done | to punish him

---

**Pa B2**

**Ne B2** ḥr mdt tn ḏdt.n≈f          ḏd.jn sḫtj pn

**Ne B2** on account of these words that he had said. And this peasant said:

**Pa** B2  [hieroglyphs] 119

**Ne** B2  119 ḫsfw n jb m mw

**Ne** B2  119 'A thirsty man's approach of water,

---

**Pa** B2  [hieroglyphs] 120

**Ne** B2  ḏꜣt rꜣ  120 n ḫrd n sbnt m jrtt

**Ne** B2  the reach of a nurseling's mouth for milk,

---

**Pa** B2  [hieroglyphs] 121

**Ne** B2  121 ntf mwt    n nḥy mꜣ=f n jy=f

**Ne** B2  121 such is death for him who prays to see it come

---

**Pa** B2  [hieroglyphs] 122

**Ne** B2  122 jj wdf mwt=f r=f

**Ne** B2  122 when his death comes tardily for him.'

---

**Pa** B2  [hieroglyphs] 123

**Ne** B2  ḏd.jn jmj-rꜣ pr wr  123 Mrw sꜣ Rnsj        m snḏ sḫtj

**Ne** B2  Then the high steward Rensi, son of Meru, said: 'Don't be afraid, peasant!

---

**Pa** B2  [hieroglyphs] 124   125

**Ne** B2  mk  124 jrr=k r jrt ḥnꜥ=j        rḏj.jn sḫtj pn  125 ꜥnḫ ḥr

**Ne** B2  Look,  124 you will arrange the matter with me.' But this peasant swore  125 an oath:

---

77

**Pa B2**

**Ne B2** wnm≈j ꜣ m t≈k        swr≈j ꜣ        | [ḥnqt]≈k r nḥḥ

**Ne B2** 'So I will eat your bread and drink        | your [beer] forever!'

---

**Pa B2**

**Ne B2** ḏd.n jmj-rꜣ pr wr        | Mrw sꜣ Rnsj sꜣ grt ꜥꜣ

**Ne B2** The high steward Rensi, son of Meru, said:        'Now wait here

---

**Pa B2**

**Ne B2** | sḏm≈k nꜣy≈k n sprwt

**Ne B2** | and hear your petitions!'

---

**Pa B2**

**Ne B2** rḏj.jn≈f šd.tw        | ḥr ꜥrt mꜣt sprt nbt

**Ne B2** And from a new papyrus roll he had every petition read out

---

**Pa B2**

**Ne B2** r ẖrt[≈s]

**Ne B2** according to [its] content.

---

**Pa B2**

**Ne B2** | sꜥq.jn sj jmj-rꜣ pr wr Mrw sꜣ Rnsj

**Ne B2** | Then the high steward Rensi, son of Meru, delivered them

---

**Pa B2**

**Ne B2** | n ḥm n nsw-bjtj        Nb-kꜣw-Rꜥ mꜣꜥ-ẖrw

**Ne B2** | to the majesty of the king of Upper and Lower Egypt Nebkaure, justified,

---

Pa B2 | 132

Ne B2 | wn.jn nfr st ḥr jb≠f | 132 | r jḫt nbt ntt m tꜣ pn r-ḏr≠f

Ne B2 | and they pleased his heart | 132 | more than anything in this entire land.

---

Pa B2 | 133

Ne B2 | ḏd.jn ḥm≠f | 133 | wḏꜥ tw ḏs≠k sꜣ Mrw

Ne B2 | Then His Majesty said: | 133 | 'Pass judgement yourself, son of Meru!'

---

Pa B2 | 134

Ne B2 | rḏj.jn jmj-rꜣ pr wr | 134 | Mrw sꜣ Rnsj šm jmj-sꜣ 2 r [jnt Nmtj-nḫt]

Ne B2 | And the high steward Rensi, son of Meru, sent two guards to [fetch Nemtinakht].

---

Pa B2 | 135

Ne B2 | 135 | ꜥḥꜥ.n≠f jn(.w)      jr wpwt m [...]

Ne B2 | 135 | Then he was brought and an inventory was made of [...]

---

Pa B2 | 136

Ne B2 | 136 | ꜥḥꜥ.n gm.n≠f tpw 6

Ne B2 | 136 | He found six persons

---

Pa B2 | 137

Ne B2 | ḥrw-r [...] | 137 | r šmꜥ≠f r btj≠f r ꜥꜣw≠f

Ne B2 | as well as [...] | 137 | his barley, his emmer, his donkeys,

---

**Pa B2**

138

**Ne B2** | r šꜣw≠f r ꜥwt[≠f] [...]

138

**Ne B2** | his swine, [his] small cattle, [...]

138

---

**Pa B2**

139        140

**Ne B2** [...] | Nmtj-nḫt pn n sḫtj pn [...]     [...] | [...]≠f nbt [...]

139        140

**Ne B2** [...] | this Nemtinakht [...] to this peasant [...] [...] | [...] all his [...]

139        140

---

**Pa B2**

141

**Ne B2** [...] | n Nmtj-nḫt pn [...]

141

**Ne B2** [...] | of this Nemtinakht [...]

141

---

**Pa B2**

142

**Ne B2** | jw≠f pw [ḫꜣt≠f r pḥwj≠fj mj gmyt m sš]

142

**Ne B2** | This was copied [from start to finish as found in writing].

142