Federal District Court
Eastern District of Texas

Rev. Ryan Sasha Gallagher v. Ken Paxton, et al, 4:18cv00575 (TX ED 2019)

Affidavit: Prepared by Plaintiff and Signed by Family

Ryan was raised by a Christian Mother and Father but had more influence from his mother who believes in a Spirit World overlapping the Temporal World, and would occasionally use Ouija boards and other Spiritualist Practices; including Eastern Medicine (Acupuncture, Homeopathy, Herbal Medicines, Dowsing, Stones/Crystals, Reiki etc, etc). With his Mother and Father and Sister he went to a Methodist Church and at the age of 12 or 13 went through Confirmation, which included a Confirmation Class, and during that time he began asking Church leaders and others questions, example: "Do Jews go to Hell?" and did not receive the Confirmation he desired from the Church, and further during this time the Youth Minister began to single out him, Erin (Ryan's Sister) and their friends because they did not dress the same as the other kids at the Church. But they continued to go to Youth Group every Wednesday, Church on Sunday, and Boy Scouts at the same Church once a week. He also began reading various Religious texts during this time. This is a Church that him and his Family had been involved in since before they even had a Physical building and were more of a Church in the way the word is used in the Bible (meaning, a Body of People united by their God).

Ryan has Asthma, and at this time was still having bad Asthma attacks from things as simple as the Cottonwood in the air, or other allergens. At the age of 13 or 14 he smoked Marijuana with his friend, and previous to this he believed that if he ever smoked anything he would have an Asthma attack and die. After this him and his Sister and Friends began going to the Woods before going to Church and would smoke Marijuana previous to every Youth Group. He read the Bible cover to cover asked his Parents if they would buy him a copy of the Nag Hammadi Scriptures after visiting a Museum that included the Dead Sea Scrolls, and began to practice Christian Gnosticism and study the Spiritual World overlapping the Temporal World in a deeper way, believing in Magic Herbs, and the various abilities of Various Herbs to do Various things, which some people may call

Witchcraft.

Due to the Conflict with the Youth Minister, and due to his Parents sending him away for a short period of time at the suggestion of his Boy Scout Troop leader (to a Program which they now regret allowing the Troop leader to convince them to do which was connected to the now Notorious "Tranquility Bay" where kids were Tortured) because of his Marijuana use, they stopped going to Church, and during this time Ryan began to study other Religions, including Wicca, Druidism, Shamanism, and various other Animistic Religions, as well as Polytheistic Religions including the Greek Religion and Kemeticism (Egyptian Religion). During this time his Mother gave him an old book she had that had 3,000 "Spells" from various Cultures, like a Magic Book, but full of actual Historic Rituals. He then met a Wiccan friend and began studying various Herbs and Books, including the Dead Sea Scrolls, the Book of the Dead, the Nag Hammadi Scriptures, and the Rig Veda. He also became Adamant that Marijuana was from God, and was put on Probation for Possession of Marijuana.

He asked his Parents, due to his integrity during the Probation process to not use Marijuana, but in line with his beliefs in Herbs and Animism, if they could buy a then Legal Herb (Salvia Divinorum), and began studying Ayahuasca when his Grandfather got Cancer, as some people claim that Ayahuasca can Cure Cancer, as well as various other Ailments; Salvia Divinorum is a Divinatory Herb from Central America used by the Mazatec people by whom it is called "Ska Pastora" or "The Shepherdess". He did not buy the Salvia Extract that people were using recreationally (such as 10x, 50x, or 100x as it is called in the Standardization system) but instead bought the Plain "1x" leaves, the same as is used by the Mazatec people. They also did things with their friends including Seances at the Town Lake, and various other Spiritualist activities.

He and his Sister during this time became friends with 2 Muslim girls at their School who Smoked Sheesha (Tobacco and Flavored Molasses in a device called a Hookah) as part of their Religion, and had been since Kindergarten with their Mother, and he converted to their Religion for a short time after a Scare with a Ouija Board, and subsequent strange events related to Gnostic Christianity, and they let him borrow a Quran, taught him about Muslim Talismans and the Harsh Anti-Magic stance of the Islamic faith. Including various Quranic Prayers "cast" by their Mother over him to protect him from evil Spirits. They also

taught him about Djinn (the Islamic Angels and Demons, called "Genies" by everyone else) who are made of Light and Fire, and are either with God or Rebelling against God with Satan. They also told him various stories of their Family in Jordan who had had experiences with Djinn who had cast illusions in the Desert in an attempt to deceive them in various ways, and had various discussions about Djinn.

He left Islam, and soon after became Hindu, after reading the Rig Veda and decided that it contained the Correct Practices and Beliefs, or "Sadhana" as they are called in the Hindu Religion. This was to him simply the Religion that was most in line with his beliefs in Polytheism, Animism, and Magical/Ritualistic Herbs.

He later, around age 17 or 18, Discovered that Shiva, the Hindu God was the God of Marijuana, which was completely in line with his long time belief that Marijuana was a God, and he became not just a Hindu at this time, but a Hindu Shaivite. Hindu Shaivism is his Religion, and always had been, he just had to find it. And it is not just due to the Marijuana, but the Medical Practice called "Ayurveda" which is the Hindu Practice of Eastern Medicine, Divination, Gods and Demons, the Spirit World overlapping the Temporal World in place of a Belief of Heaven and Hell rather than along with a Belief in Heaven and Hell, Reincarnation, etc, etc. And in 2013 when his 12 year old brother died he put 3 lines of Marijuana Oil on his forehead in line with Hindu Shaivite Practices, and his family Cremated him, which is also in line with Hinduism.

Hindu Shaivism simply is his Religion, and has been since he began to Question Religion. Many others became Atheist, or non-Practicing Christians/Jews/Mormons, etc, but he became a Sincere Hindu Shaivite.

I swear that everything contained is True to the best of my knowledge under Penalty of Perjury.

_____
Tracy Lopez-Wight (Ryan's Mother)