- [26th Amendment]
- [27th Amendment]
- [Bill of Rights]
  - [Bill of Rights]
  - [First Amendment]
  - [Second Amendment]
  - [Third Amendment]
  - [Fourth Amendment]
  - [Fifth Amendment]
  - [Sixth Amendment]
  - [7th Amendment]
  - [8th Amendment]
  - [9th Amendment]
  - [10th Amendment]
- [Founding Fathers]
  - [Founding Fathers]
  - [Sketches]
  - [Demographics]
  - [The Constitutional Convention]
  - [Constitutional Convention Timeline]
- [Constitutional Topics]
  - [Constitutional Topics]
  - [The Second Ammendment (Firearms)]
  - [Citizenship]
  - [Separation of Powers]
  - [Checks and Balances]
  - [How a Bill Becomes a Law]
  - [Marriage]
  - [Religion]
  - [Slavery]
  - [Miranda Rights]
  - [* More Constitutional Topics]

**Quick Links:**

[FAQ]  [Topics]  [Forums]  [Documents]  [Timeline]  [Kids]  [Vermont Constitution]  [Map]  [Citation]

# U.S. Constitution - Article 1 Section 9

## Article 1 - The Legislative Branch
## Section 9 - Limits on Congress

shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

The privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

No Bill of Attainder or ex post facto Law shall be passed.

(No capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or Enumeration herein before directed to be taken.) **(Section in parentheses clarified by the 16th Amendment.)**

No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another: nor shall Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another.

No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.

No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince or foreign State.

Notes for this section:
FAQ: What *can't* Congress do?
FAQ: What is habeas corpus?
16th Amendment

<<Back | Table of Contents | Next>>

|Home| |Constitution| |FAQ| |Topics|
|Forums| |Documents| |Timeline| |Kids|