IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RYAN GALLAGHER, *ALSO KNOWN AS* REV. RYAN "SASHA" GALLAGHER, Plaintiff, | § § § § § | |
| v. | § § | CIVIL CASE NO. 3:19-CV-1151-N-BK |
| THE BITCOIN FOUNDATION, ET AL., Defendants. | § § § | |

**JUDGMENT**

The Court has entered its Order Accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge in this case. It is therefore ORDERED, ADJUDGED AND DECREED that this action is summarily **DISMISSED WITH PREJUDICE** as frivolous and malicious. *See* 28 U.S.C. § 1915(e)(2)(B).

The Clerk of the Court is **directed** to close this case.

SO ORDERED this 28th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE