<u>Notice of Appeal</u>

This is to alert the Court that I am appealing De Novo and Certiorari to the 5th Circuit