IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 19-10734
_____



RYAN GALLAGHER,

    Plaintiff - Appellant

**A True Copy**
**Certified order issued Aug 12, 2019**

*Lyle W. Cayce*

v.

**Clerk, U.S. Court of Appeals, Fifth Circuit**

THE BITCOIN FOUNDATION; MARTTI MALMI, Representing Bitcointalk.org,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Northern District of Texas
_____

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of August 12, 2019, for want of prosecution. The appellant failed to timely comply with this Court's notice dated July 9, 2019.

    LYLE W. CAYCE
    Clerk of the United States Court
    of Appeals for the Fifth Circuit

    By: _____
    Mary Frances Yeager, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

August 12, 2019

Ms. Karen S. Mitchell  
Northern District of Texas, Dallas  
United States District Court  
1100 Commerce Street  
Earle Cabell Federal Building  
Room 1452  
Dallas, TX 75242

    No. 19-10734   Ryan Gallagher v. The Bitcoin Foundation, et al  
                            USDC No. 3:19-CV-1151

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Mary Frances Yeager, Deputy Clerk  
504-310-7686

cc w/encl:  
    Mr. Ryan Gallagher