<u>Notice of AO91s</u>

I fully intend to file Federal Criminal Charges against all involved in USC Title 18 S 242/243/2292 and other Federal Crimes Committed Against me.

S/_Ryan_Gallagher___  
Rev. Ryan "Sasha" Gallagher  
Mahatmajapa@gmail.com  
1723 Candleglow  
Castle Rock, Co 80109

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| United States of America<br>v.<br><br><br><br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of _____ in the _____ District of _____ , the defendant(s) violated:

*Code Section*          *Offense Description*

This criminal complaint is based on these facts:

❒ Continued on the attached sheet.

_____
*Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*